JAN 12 2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR.,<br>    Plaintiff<br><br>v.<br><br>CITY OF BOSTON, Massachusetts;<br>THOMAS MENINO, in his capacity as<br>Mayor of the City of Boston;<br>JAMES HUSSEY, in his capacity as<br>Acting Commissioner of the City of Boston;<br>MITT ROMNEY, in his capacity as<br>Governor of the Commonwealth of<br>Massachusetts; and the<br>COMMONWEALTH OF<br>MASSACHUSETTS,<br><br>    Defendants | Civil Action No. 03-12538 PBS |

## WAIVER OF SERVICE

Defendants, City of Boston and James Hussey, Acting Commissioner for the City of Boston, hereby agree to waive service of process and accept service of the Complaint in this manner as if served in accordance with the Federal Rules of Civil Procedure.

        Respectfully submitted,

        CITY OF BOSTON; and JAMES HUSSEY, in his
        capacity as Acting Commissioner of the City of
        Boston,

        By their attorney,

        /s/ William V. Hoch
        William V. Hoch, Esq., BBO #564465
        Boston Police Department
        Legal Advisor's Office
        One Schroeder Plaza
Dated: January 7, 2004   Boston, MA 02120
        (617) 343-4550

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

Paul DeLeo, Jr.

V.

City of Boston; Thomas Menino, Mayor of Boston;
James Hussey, Acting Commissioner for the City of
Boston; Mitt Romney, Governor of Massachusetts;
and Commonwealth of Massachusetts

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  03-12538 PBS

TO: (Name and address of Defendant)

**03 12538 PBS**

James Hussey, Acting Commissioner for the City of Boston
c/o William V. Hoch, Esq.
   Boston Police Department
   Legal advisor's Office
   One Schoeder Plaza
   Boston, MA 02120

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Harold L. Lichten
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE   12-17-03

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _MASSACHUSETTS_

Paul DeLeo, Jr.

V.

City of Boston; Thomas Menino, Mayor of Boston; James Hussey, Acting Commissioner for the City of Boston; Mitt Romney, Governor of Massachusetts; and Commonwealth of Massachusetts

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-12538 PBS

**03 12538 PBS**

TO: (Name and address of Defendant)

City of Boston, MA
c/o William V. Hoch, Esq.
 Boston Police Department
 Legal Advisor's Office
 One Schroeder Plaza
 Boston, MA 02120

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Harold L. Lichten
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  12-17-03