AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Paul DeLeo, Jr.

V.

City of Boston; Thomas Menino, Mayor of Boston; James Hussey, Acting Commissioner for City of Boston; Mitt Romney, Governor of Massachusetts; and Commonwealth of Massachusetts

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-12538 PBS

03 12538 PBS

TO: (Name and address of Defendant)

Commonwealth of Massachusetts
c/o Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Harold L. Lichten
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

an answer to the complaint which is served on you with this summons, within twenty days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.




CLERK

DATE 12-17-03

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other (specify): ____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ Date

____________________ *Signature of Server*

____________________ *Address of Server*

04 CV 418

Deputy Sheriff Edward J. Tobin

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

FEB - 6 2004

*Suffolk, ss.*

February 6, 2004

I hereby certify and return that on 2/6/2004 at 8:50:00 AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to L. Green, Clerk in the office of the Attorney General, agent, person in charge at the time of service for Massachusetts, Commonwealth Of, at , C/O Attorney General's Office, One Ashburton Place Boston, MA. Basic Service Fee (IH) ($35.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff Edward J. Tobin

Edward J. Tobin

Deputy Sheriff