UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL DELEO, JR.,

           Plaintiff,

    v.

CITY OF BOSTON, *et al.*,

           Defendants.

CIVIL ACTION
NO. 03-12538-PBS

## APPEARANCE

Please enter on the docket my appearance as counsel on behalf of the State defendants, Governor Mitt Romney and the Commonwealth of Massachusetts.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

Ginny Sinkel, BBO #629147
Assistant Attorney General
Government Bureau, Rm. 2019
One Ashburton Place
Boston, MA 02108-1698
(617) 727-2200, ext. 2096

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 2/24/04.

Dated: 24 Feb 2004