UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL DELEO, JR.,

                Plaintiff,

v.

CITY OF BOSTON, *et al.*,

                Defendants.

CIVIL ACTION
NO. 03-12538-PBS

STATE DEFENDANTS' (ASSENTED TO) MOTION
FOR A 30 DAY EXTENSION OF TIME WITHIN WHICH TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT

The State defendants in this case, Governor Mitt Romney and the Commonwealth of Massachusetts, request a 30-day enlargement of time within which they may answer or otherwise respond to the Complaint, up to and including March 31, 2004. As set forth in the attached affidavit of counsel, the state defendants state that their counsel was assigned this case on Thursday, February 19, 2004, and has a Motion in Opposition to Class Certification and a Motion in Opposition to Preliminary Injunction--and a hearing thereon--in DiDonato et al., v. Department of Transitional Assistance, et al., Suffolk No. 04-CV-00085, on February 27, 2004; an Appeals Court brief due in Gage v. the Group Insurance Commission, App. Ct. No. 2003-P-1607, on March 1, 2004; and an answer or other responsive pleading due in Massachusetts Redemption Coalition v. Hertzfelder, Suffolk No. 03-1508-A, on March 1, 2004. Additionally, undersigned counsel was engaged in a trial in Hancock et al v. Driscoll et al, No. SJ-90-128,

SUCV2002-02978, a constitutional challenge to the provisions of the 1993 state Education Reform Act, in Suffolk Superior Court that began on June 12, 2003, concluded in late January 2004, and for which the Commonwealth's trail brief and proposed findings of fact were due February 13, 2004. The state defendants further state that Harold Lichten, Esq., counsel for the plaintiff, and counsel for the co-defendants City of Boston, have assented to this motion.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

Ginny Sinkel, BBO #629147
Assistant Attorney General
Government Bureau, Rm. 2019
One Ashburton Place
Boston, MA 02108-1698
(617) 727-2200, ext. 2096

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 2/24/04.

Dated: 24 Feb 2004

## Certificate of Compliance with Local Rule 7.1(A)(2)

I, Ginny Sinkel, Assistant Attorney General, certify that, pursuant to Local Rule 7.1(A)(2), I have conferred with counsel for the plaintiffs, Harold Lichten, Esq., by phone on February 23, 2004, and counsel for the co-defendant, City of Boston, and both counsel indicated that they assent to this motion.

Date: 24 Feb 2004

Ginny Sinkel, BBO #629147

## Affidavit of Ginny Sinkel

The undersigned hereby deposes and says:

1. I am an Assistant Attorney General and was assigned responsibility for the above titled action on February 19, 2004.

2. I currently have a Motion in Opposition to Class Certification and a Motion in Opposition to Preliminary Injunction due--and a hearing thereon--in DiDonato et al., v. Department of Transitional Assistance, et al., Suffolk No. 04-CV-00085, on February 27, 2004; an Appeals Court brief due in Gage v. the Group Insurance Commission, App. Ct. No. 2003-P-1607, on March 1, 2004; and an answer or other responsive pleading due in Massachusetts Redemption Coalition v. Hertzfelder, Suffolk No. 03-1508-A, on March 1, 2004.

3. Additionally, I was co-counsel in Hancock et al v. Driscoll et al, No. SJ-90-128, SUCV2002-02978, a constitutional challenge to the provisions of the 1993 state Education Reform Act, which was tried in Suffolk Superior Court beginning on June 12, 2003, concluding in late January 2004, and for which the Commonwealth's Trial Brief and Proposed Findings of Fact were due February 13, 2004.

4. I have contacted Harold Lichten, Esq., counsel for the plaintiff, and counsel for the co-defendants City of Boston, both of whom have assented to this motion.

Signed under the pains and penalties of perjury this the 24th day of February 2004.

Ginny Sinkel, BBO #629147
(617) 727-2200, ext.2096