UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
PAUL DELEO, JR.,                    )
                                    )
         Plaintiff,                 )
                                    )          Civil Action No. 03-12538-PBS
v.                                  )
                                    )
CITY OF BOSTON, et al.,             )
                                    )
         Defendant.                 )
_____)

## APPEARANCE

Please enter appearances for William V. Hoch and Stephen G. Cox as counsel on behalf

of the City defendants:  City of Boston; Thomas Menino, Mayor of Boston; and James Hussey,

Acting Police Commissioner for the City of Boston.[1]

Respectfully submitted,

CITY OF BOSTON; THOMAS MENINO, MAYOR OF BOSTON; AND JAMES HUSSEY,
ACTING POLICE COMMISSIONER FOR THE CITY OF BOSTON

By their attorneys,

S/William V. Hoch                            S/Stephen G. Cox
_____            _____
William V. Hoch, BBO #564465                 Stephen G. Cox  BBO# 566943
Staff Attorney                               Assistant Corporation Counsel
Office of the Legal Advisor                  City of Boston Law Department
Boston Police Department                     Room 615, City Hall
One Schroeder Plaza                          Boston, MA 02201
Boston, MA  02120                            (617) 635-4064
(617) 343-4550

### CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for
the plaintiff and the attorney of record for the Commonwealth by first class mail.

_____                                      _____
**Date**                                     **William V. Hoch**

_____
[1] At the time of the filing of this Appearance, James Hussey is no longer Acting Police Commissioner for the City of
Boston.