UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PAUL DELEO, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 03-12538-PBS |
| v. | ) | |
| | ) | |
| CITY OF BOSTON, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**CITY DEFENDANTS' ASSENTED TO MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Now comes the City of Boston; Thomas Menino, Mayor of the City of Boston; and James Hussey, Acting Police Commissioner of the City of Boston[1] (hereinafter "City defendants") and respectfully requests that this Court grant an extension until March 31, 2004 to file a response to plaintiff's complaint. In support for this request, the City defendants state as follows:

1. The City defendants' answer or responsive pleading is due on March 9, 2004;

2. The newly appointed police commissioner has not had an opportunity to review and discuss this case with counsel;

3. On information and belief, plaintiff intends to amend his complaint to add additional legal claims and additional plaintiffs and the extension of time will allow the City defendants the opportunity to respond to the anticipated amended complaint;

4. The State defendants in this case have requested an extension of time until March 31, 2004 to respond to the complaint;

---

[1] At the time of the filing of this Appearance, James Hussey is no longer Acting Police Commissioner for the City of Boston.

5. There is no prejudice to the parties in allowing this motion;

6. Counsel for all parties have assented to this motion.

Wherefore, for the reasons stated herein, the City defendants respectfully request that this Court grant this motion and extend the time to answer the plaintiff's complaint until March 31, 2004.

        Respectfully submitted,

        CITY OF BOSTON; THOMAS MENINO, MAYOR OF BOSTON; AND JAMES HUSSEY, ACTING POLICE COMMISSIONER FOR THE CITY OF BOSTON

        By their attorneys,

        S/William V. Hoch

        William V. Hoch, BBO #564465
        Staff Attorney
        Office of the Legal Advisor
        Boston Police Department
        One Schroeder Plaza
        Boston, MA  02120
        (617) 343-4550

        S/Stephen G. Cox

        Stephen G. Cox  BBO# 566943
        Assistant Corporation Counsel
        City of Boston Law Department
        Room 615, City Hall
        Boston, MA 02201
        (617) 635-4064

Dated: March 5, 2004

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day a true copy of the above document was served upon the attorney of record for the plaintiff and the attorney of record for the Commonwealth by first class mail.

_____                              _____
**Date**                                    **William V. Hoch**

3