UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF BOSTON, et al., )<br>)<br>Defendant. )<br>) | Civil Action No. 03-12538-PBS |

## APPEARANCE

Please enter an appearance for William V. Hoch as counsel on behalf of the Police Commissioner Kathleen M. O'Toole.

Respectfully submitted,

S/William V. Hoch

William V. Hoch, BBO #564465
Staff Attorney
Office of the Legal Advisor
Boston Police Department
One Schroeder Plaza
Boston, MA  02120
(617) 343-4550

### CERTIFICATE OF SERVICE

**I hereby certify that on this day a true copy of the above document was served upon the attorney of record for the plaintiff and the attorney of record for the Commonwealth by first class mail.**

_____                                         _____
**Date**                                                  **William V. Hoch**