UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF BOSTON, et al., )<br>)<br>Defendant. )<br>) | Civil Action No. 03-12538-PBS |

## APPEARANCE

Please enter my appearance as counsel on behalf of the City defendants: City of Boston, Thomas Menino, and Kathleen O'Toole.

Respectfully submitted,

CITY OF BOSTON, THOMAS MENINO,
AND KATHLEEN O'TOOLE

By their attorney,

_____
Stephen G. Cox  BBO# 566943
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4064

Dated: March 8, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for the plaintiff and the attorney of record for the Commonwealth by first class mail.

___3/8/04___   _____
Date             Stephen G. Cox