UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BOSTON, *et al.*, <br><br> Defendants. | CIVIL ACTION <br> NO. 03-12538-PBS |

## APPEARANCE

Please enter on the docket my appearance as co-counsel (along with Assistant Attorney General Ginny Sinkel) for the State defendants, Governor Mitt Romney and the Commonwealth of Massachusetts.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Robert L. Quinan Jr.
Robert L. Quinan, Jr., BBO #553010
Assistant Attorney General
Government Bureau, Rm. 2019
One Ashburton Place
Boston, MA 02108-1698
(617) 727-2200, ext. 2554

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on March 11, 2004.
/s/ Robert Quinan Jr.

Dated: March 11, 2004



THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

March 11, 2004

Tony Anastas, Clerk
United Stated District Court
John Joseph Moakley Federal Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

    *Re:*   *Paul DeLeo, Jr., et al. v. City of Boston, et al.,*
           *U.S. District Court No. 03-12538-PBS*

Dear Mr. Anastas:

    Enclosed for filing and docketing in the above-captioned action please find my Notice of Appearance as co-counsel for the State Defendants, the Commonwealth of Massachusetts and Governor Mitt Romney.

    Thank you for your attention to this matter.

                                            Very truly yours,

                                            Robert L. Quinan, Jr.
                                            Assistant Attorney General
                                            Government Bureau
                                            (617) 727-2200, ext. 2554

GS/jac
Enclosures

cc:    Harold L. Lichten, Esq.
        William V. Hoch, Esq.
          Stephen Cox, Esq.