UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.   03-12538-PBS

PAUL DELEO, JR., THOMAS BARRETT,
MICHAEL CONEELY, MATTHEW HOGARDT,
BRENDAN DEVER, PATRICK ROGERS,
CHRISTOPHER CARR, and BRIAN DUNFORD
        Plaintiffs,

v.

CITY OF BOSTON, Massachusetts, THOMAS
MENINO, in his capacity as Mayor of the City if
Boston; KATHLEEN O'TOOLE, in her capacity as
Commissioner of the City of Boston; MITT
ROMNEY, in his capacity as Governor of the
Commonwealth of Massachusetts; and the
COMMONWEALTH OF MASSACHUSETTS,

        Defendants.

## STIPULATION OF DISMISSAL AS TO DEFENDANTS
## THOMAS MENINO AND KATHLEEN O'TOOLE

Now come the Parties in the above-captioned case and hereby stipulate pursuant

to Fed. R. Civ. P. 41(a)(1) to dismiss all counts as they relate to Defendants Thomas

Menino and Kathleen O'Toole.  This stipulation shall not apply to the remaining claim or

claims made by the Plaintiff against the other Defendants, the City of Boston, Mitt

Romney and the Commonwealth of Massachusetts.

DEFENDANTS,
THOMAS MENINO and
KATHLEEN O'TOOLE

Merita A. Hopkins
Corporation Counsel, City of Boston
By their attorneys,


S/William V. Hoch                                    S/Stephen G. Cox

_____            _____

William V. Hoch, BBO #564465            Stephen G. Cox,  BBO# 566943
Staff Attorney                                       Assistant Corporation Counsel
Office of the Legal Advisor               City of Boston Law Department
Boston Police Department                 Room 615, Boston City Hall
One Schroeder Plaza                        Boston, Massachusetts 02201
Boston, MA  02120                           (617) 635-4064
(617) 343-4550


PLAINTIFFS PAUL DELEO, JR. et al.        DEFENDANT, MITT ROMNEY and the
                                                             COMMONWEALTH OF
                                                             MASSACHUSETTS


S/Harold L. Lichten                                  S/Robert L. Quinan

_____            _____

Harold L. Lichten, BBO#549689           Robert L. Quinan, Jr., BBO#553010
Pyle, Rome, Lichten & Ehrenberg, P.C.   Ginny Sinkel,, BBO#629147
18 Tremont Street, Suite 500               Office of the Attorney General
Boston, MA  02108                            Government Bureau/Admin Law
(617) 367-7200                                  1 Ashburton Place, Rm 2019
                                                        Boston MA 02108
                                                        (617) 727-2200, ext. 2554/2096


Dated:   March 31, 2004