UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Paul Deleo, et al
          Plaintiffs,          CIVIL ACTION
                                      NO.   03-12538-PBS

    v.

City of Boston, Massachusetts, et al
          Defendants.

**NOTICE OF SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                               May 12, 2004

       TAKE NOTICE that the above-entitled case has been set for a Scheduling Conference on **June 2, 2004**, at **2:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                By the Court,

                                                              /s/ Robert C. Alba
                                                              Deputy Clerk

Copies to:  All Counsel