UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paul Deleo, et al<br>             Plaintiffs,<br><br>v.<br><br>City of Boston, Massachusetts, et al<br>             Defendants. | CIVIL ACTION<br>NO.  03-12538-PBS |

**NOTICE OF SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                                                       May 12, 2004

      TAKE NOTICE that the above-entitled case has been set for a Scheduling Conference on **June 2, 2004**, at **2:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                              By the Court,

                                              /s/ Robert C. Alba
                                              Deputy Clerk

Copies to:  All Counsel