UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD,<br>　　　　　　　Plaintiffs<br><br>v.<br><br>CITY OF BOSTON, Massachusetts; MITT ROMNEY, in his capacity as Governor of the Commonwealth of Massachusetts; and COMMONWEALTH OF MASSACHUSETTS,<br><br>　　　　　　　Defendants<br><br>BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,<br><br>　　　　　　　Intervenors | Docket No. 03-12538-PBS |

## PLAINTIFFS' RESPONSE TO CITY OF BOSTON'S
## MOTION TO STAY PROCEEDINGS

Plaintiffs, by their attorney, hereby respond to the City of Boston's Motion to Stay Proceedings in the above-titled case as follows:

1.　　Because the Motion to Stay Proceedings is based upon a Motion for Clarification filed in another 30-year old case which has not been assigned to any Judge, the Motion to Stay Proceedings is wholly premature.

2.　　Because it is likely that the Plaintiffs will be seeking preliminary injunctive relief this summer in order to avoid further unconstitutional race-based hiring in the

1

Boston Police Department, the motion should not be considered and/or should be denied at the present time.

    3.    This motion is based upon Plaintiffs' Memorandum of Law filed herewith.

Respectfully submitted,

PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD,
By their attorneys,

Dated: May 18, 2004

_____
Harold L. Lichten, BBO #549689
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorney of record for each party by first class mail, postage prepaid on May 18, 2004.

_____
Harold L. Lichten