UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 70-1220-W
74-2982-C

| | |
|---|---|
| PEDRO CASTRO, et al., <br> Plaintiffs <br><br> v. <br><br> NANCY BEECHER, et al., <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION OF PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, AND BRIAN DUNFORD TO INTERVENE, SHOULD THE COURT GRANT DEFENDANT CITY OF BOSTON'S REQUEST TO CONSIDER CLARIFICATION OF CONSENT DECREE**

Paul DeLeo, Jr., Thomas Barrett, Michael Conneely, Matthew Hogardt, Brendan Dever, Patrick Rogers, Christopher Carr, and Brian Dunford, by their attorney, hereby move this Honorable Court for permission to intervene in the above-titled case should the Court grant Defendant City of Boston's Request to Consider Clarification of Consent Decree in the above-titled matter.

In support of this motion, the proposed interveners state that they are currently the plaintiffs in an action which is the impetus for the City's motion, and which raises the identical issues as raised by the City in its motion for clarification. Moreover, it is likely that the decision of this Court, if it resolves the motion for clarification on the merits, will likely dispose of the claims of the plaintiffs in the DeLeo case.

1

WHEREFORE, interveners should be permitted to intervene as a matter of right.

Respectfully submitted,

Paul DeLeo, Jr., Thomas Barrett,
Michael Conneely, Matthew Hogardt,
Brendan Dever, Patrick Rogers,
Christopher Car, and Brian Dunford,
By their attorneys,

Dated: May 18, 2004

*Harold Lichten*

Harold L. Lichten, BBO #549689
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by First Class Mail, postage prepaid on May 18, 2004.

*Harold Lichten*

Harold L. Lichten