UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
PAUL DELEO, JR., THOMAS BARRETT,            )
MICHAEL CONNEELY, MATTHEW HOGARDT,          )
BRENDAN DEVER, PATRICK ROGERS,              )
CHRISTOPHER CARR, and BRIAN DUNFORD,        )
                                            )
                        Plaintiffs,         )
                                            )
v.                                          )  Civil Action No. 03-12538-PBS
                                            )
CITY OF BOSTON, Massachusetts,              )
MITT ROMNEY, in his Capacity as Governor of the )
Commonwealth of Massachusetts, and          )
the COMMONWEALTH OF MASSACHUSETTS,          )
                                            )
                        Defendants,         )
                                            )
BOSTON BRANCH OF THE NATIONAL               )
ASSOCIATION FOR THE ADVANCEMENT OF          )
COLORED PEOPLE AND MASSACHUSETTS            )
ASSOCIATION OF MINORITY LAW                 )
ENFORCEMENT OFFICERS,                       )
                                            )
                        Intervenors.        )
_____)

## UNOPPOSED MOTION BY INTERVENORS FOR THREE-DAY EXTENSION

The Boston Branch of the National Association For the Advancement of Colored People and Massachusetts Association of Minority Law Enforcement Officers (collectively, the "Intervenors") move for an extension of three business days, until Tuesday, June 1, 2004, of the time to respond to defendant City of Boston's Motion To Stay Proceedings and Motion For Clarification Of Consent Decree. Counsel for the Intervenors requires additional time to confer with their clients. This motion is unopposed.

BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE AND MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,

By their attorneys,

/s/ Mark D. Selwyn

Harry T. Daniels (BBO # 113800)
Mark D. Selwyn (BBO #565595)
Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000

Robin L. Alperstein
Hale and Dorr LLP
300 Park Avenue
New York, New York  10022
(212) 937-7200

Nadine Cohen (BBO # 090040)
Lawyers' Committee For Civil Rights
  Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts  02108
(617) 482-1145

Dated:  May 26, 2004

## CERTIFICATE OF SERVICE

I, Mark D. Selwyn, hereby certify that a copy of the foregoing has been served via first class mail this 26th day of May, 2004 to the following attorneys of record:

Harold L. Lichten, Esq.
Pyle, Rome Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA  02108

Stephen G. Cox, Esq.
City of Boston
Boston City Hall, Room 615
Boston, MA  02201

William V. Hoch, Esq.
Office of the Legal Advisor
Boston Police Department
One Schroeder Plaza
Boston, MA  02120

Ginny Sinkel, Esq.
Attorney General's Office
One Ashburton Place, Room 2019
Boston, MA  02108-1698

Robert L. Quinan, Jr., Esq.
Attorney General's Office
One Ashburton Place, Room 2019
Boston, MA  02108-1698

/s/ Mark D. Selwyn
_____
Mark D. Selwyn