UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 27  P 3: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD,<br>　　　　　　　　　Plaintiffs<br><br>v.<br><br>CITY OF BOSTON, Massachusetts; MITT ROMNEY, in his capacity as Governor of the Commonwealth of Massachusetts; and COMMONWEALTH OF MASSACHUSETTS,<br>　　　　　　　　　Defendants<br><br>BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,<br>　　　　　　　　　Intervenors | Docket No. 03-12538-PBS |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Counsel for the parties to the above-captioned matter have conferred and now file this joint statement pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference.

1

I. **Proposed Pretrial Schedule:**

    A.     <u>Liability</u>

The parties have agreed that the issue of liability should be addressed and decided by the court before the issue of remedy is considered. Therefore, the parties agree that initial discovery should be limited to liability, and that any discovery on remedy would be appropriate after the court resolves the issue of liability.

    B.     <u>Discovery</u>

The parties agree that all discovery shall be limited in accordance with Local Rule 26.1(C) and that Intervenors shall be permitted an equal number of discovery events as the other parties. The parties further agree on the following proposed joint discovery plan:

    All discovery on liability issues shall be completed by December 1, 2004.

    Plaintiffs' disclosure of expert reports will be completed no later than August 1, 2004.

    Defendants' expert reports (including any expert reports from the Intervenors) will be completed no later than October 1, 2004.

    C.     <u>Motions</u>

The parties propose that any dispositive motions shall be filed no later than January 15, 2005.

The plaintiffs have indicated to defendants that notwithstanding the discovery schedule and time for filing dispositive motions, it is plaintiffs' intent to file a request for preliminary injunctive relief prior to the hiring of a new police recruit class for the Boston Police Department.

D.    Final Pretrial Conference and Trial

The parties propose that the final pretrial conference and trial be scheduled by the court as soon as dispositive motions are resolved by the court.

Again, plaintiffs wish to note that to the extent they request preliminary injunctive relief and that the court finds that factual issues need to be tried, plaintiffs reserve the right to seek consolidation of the trial for preliminary injunction with the merits of the case.

## II.    Other Scheduling Conference Agenda Items

A.    The City of Boston's Motion to Stay Proceedings in light of its Motion for Clarification of the Castro v. Beecher consent decree.

B.    Response of other parties to City of Boston's Motion to Stay Proceedings.

## III.    Trial By Magistrate Judge

Plaintiffs do not consent to trial by a Magistrate Judge.

## IV.    Certifications

The parties' certifications pursuant to Local Rule 16.1(D)(3) will be provided to the court at the scheduling conference.

## V. **Settlement Proposal**

Pursuant to Local Rule 16.1(C), the parties have discussed settlement but at the present time are unable, after good faith discussion, to settle the matter.

Respectfully submitted,

| FOR DEFENDANTS<br>CITY OF BOSTON, MASSACHUSETTS, | FOR PLAINTIFFS<br>PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD, |
|---|---|
| *Stephen Cox* /s/ | *Harold Lichten* /s/ |
| Stephen G. Cox, BBO #566943<br>City of Boston<br>Boston City Hall, Room 615<br>Boston, MA 02201<br>(617) 635-4064 | Harold L. Lichten, BBO #549689<br>Pyle, Rome, Lichten & Ehrenberg, P.C.<br>18 Tremont St., Ste. 500<br>Boston, MA 02108<br>(617) 367-7200 |

MITT ROMNEY, IN HIS CAPACITY AS
GOVERNOR OF THE COMMONWEALTH
OF MASSACHUSETTS; and
COMMONWEALTH OF MASSACHUSETTS,

*Robert Quinan* /s/

Robert L. Quinan, Jr., BBO #553010
Office of the Attorney General
Government Bureau
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 727-2200, Ext. 2554

FOR THE INTERVENORS

BOSTON BRANCH OF THE NATIONAL
ASSOCIATION FOR THE ADVANCEMENT
OF COLORED PEOPLE and
MASSACHUSETTS ASSOCIATION OF
MINORITY LAW ENFORCEMENT OFFICERS,

*Nadine Cohen /HU*  
Nadine Cohen, BBO # 090040  
Lawyers Committee for Civil Rights  
294 Washington Street  
Boston, MA 02108  
(617) 482-1145  

Dated: May 27, 2004

*Mark Selwyn /HU*  
Harry T. Daniels, BBO #143800  
Mark D. Selwyn, BBO #565595  
Hale and Dorr LLP  
60 State Street  
Boston, MA 02109  
(617) 526-6000

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-ing on 5/27/04

*Harold [signature]*

5