UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 27  P 3:44

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD,<br>　　　　　　Plaintiffs<br><br>v.<br><br>CITY OF BOSTON, Massachusetts; THOMAS MENINO, in his capacity as Mayor of the City of Boston; KATHLEEN O'TOOLE, in her capacity as Commissioner of the City of Boston; MITT ROMNEY, in his capacity as Governor of the Commonwealth of Massachusetts; and the COMMONWEALTH OF MASSACHUSETTS,<br><br>　　　　　　Defendants | Docket No. 03-12538-PBS |

## PLAINTIFF, MATTHEW HOGARDT'S CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), plaintiff, Matthew Hogardt, and his counsel, Harold L. Lichten, hereby certify that they have conferred:

(a) with the view of establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Matthew Hogardt

DATE: 5/5/04

_____
Harold L. Lichten, BBO #549689
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 5/27/04

_____