UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PAUL DELEO, JR., THOMAS BARRETT, )
MICHAEL CONNEELY, MATTHEW )
HOGARDT, BRENDAN DEVER, )
PATRICK ROGERS, CHRISTOPHER )
CARR, and BRIAN DUNFORD, )
            Plaintiffs )
)
v. )  Docket No. 03-12538-PBS
)
CITY OF BOSTON, Massachusetts; THOMAS )
MENINO, in his capacity as Mayor of the )
City of Boston; KATHLEEN O'TOOLE, )
in her capacity as Commissioner of the )
City of Boston; MITT ROMNEY, in his )
capacity as Governor of the Commonwealth )
of Massachusetts; and the )
COMMONWEALTH OF MASSACHUSETTS, )
)
            Defendants )

## PLAINTIFF, BRIAN DUNFORD'S CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), plaintiff, Brian Dunford, and his counsel, Harold L. Lichten, hereby certify that they have conferred:

(a) with the view of establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____  _____
Brian Dunford                              Harold L. Lichten, BBO #549689
                                                      Pyle, Rome, Lichten & Ehrenberg, P.C.
                                                      18 Tremont St., Ste. 500
                                                      Boston, MA 02108
                                                      (617) 367-7200

DATE: 5/10/04

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 5/27/04
Harold Lichten