UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12538-PBS

PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD,
　　Plaintiffs,

v.

CITY OF BOSTON, Massachusetts, MITT ROMNEY, in his capacity as Governor of the Commonwealth of Massachusetts; and the COMMONWEALTH OF MASSACHUSETTS,

　　Defendants,

BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,
　　Intervenors.

**CERTIFICATION OF DEFENDANT CITY OF BOSTON**

　　Defendant City of Boston hereby certifies pursuant to Local Rule of Federal Procedure 16.1(D)(3) that undersigned counsel and the City's representatives have conferred: (1) with a view toward establishing a budget for the costs of conducting the full course – and various courses – of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　DEFENDANT, CITY OF BOSTON
　　　　　　　　　　　　　　　　　　　　Merita A. Hopkins
　　　　　　　　　　　　　　　　　　　　Corporation Counsel
　　　　　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　　　　　S/Stephen G. Cox
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Stephen G. Cox, BBO# 566943
　　　　　　　　　　　　　　　　　　　　Assistant Corporation Counsel
　　　　　　　　　　　　　　　　　　　　City of Boston Law Department
　　　　　　　　　　　　　　　　　　　　Room 615, Boston City Hall
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02201
　　　　　　　　　　　　　　　　　　　　(617) 635-4064