UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Paul Deleo, et al
Plaintiffs,

    V.         Civil Action Number
              03-12538-PBS

City of Boston, et al
Defendants.           June 2, 2004

## SCHEDULING ORDER

Saris, D.J.,

City and State brief on Motion for Clarification: 7/15/04

Plaintiffs to file Motion for Preliminary Injunction: 7/15/04

Opposition to Motion for Preliminary Injunction: 8/5/04

Reply to Opposition: 8/12/04

Hearing on Motions for Preliminary Injunction and Clarification: 8/20/04 at 2:00 p.m.

           By the Court,

           /s/ Robert C. Alba
           Deputy Clerk