UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -2  P 3: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

PAUL DELEO, JR., *et al.*,

            Plaintiffs,

       v.

CITY OF BOSTON, *et al.*,

            Defendants.

CIVIL ACTION
NO. 03-12538-PBS

## THE COMMONWEALTH DEFENDANTS' CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned Assistant Attorney General and an authorized representative of the Commonwealth defendants hereby certify that they have conferred:

(a) with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the above-captioned litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

John Marra
General Counsel
Commonwealth of Massachusetts
Human Resources Division
One Ashburton Place, Room 203
Boston, MA 02108

Robert L. Quinan, Jr., BBO #553010
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2554

Dated: June 1, 2004