UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF BOSTON, *et al.*,<br><br>　　　　　　　　Defendants. | FILED<br>IN CLERKS OFFICE<br><br>2004 JUN -2  P 3: 31<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br><br>CIVIL ACTION<br>NO. 03-12538-PBS |

**THE COMMONWEALTH DEFENDANTS'**
**RULE 26 DISCLOSURE STATEMENT**

The Commonwealth defendants, through the undersigned Assistant Attorney General, hereby submit their Rule 26 disclosure statement.

A.　Identification of Individuals Likely to Have Discoverable Information Pertaining to the Defendants' Defenses.

　　(1)　Sally McNeely, who is the Director of the Organizational Development Group in the Commonwealth's Human Resources Division ("HRD"), and Regina Caggiano, who is the Assistant Director of HRD's Civil Service Unit, are knowledgeable about how eligibility and certification lists are drawn up, the process for approving requests for selective certification lists, and how HRD has implemented the terms of the *Castro v. Beecher* consent decrees.

　　(2)　Mildred Asano, HRD's Deputy Director for Test Development and Elizabeth Dennis, formerly Director of HRD's Civil Service Unit (now retired), are knowledgeable concerning the construction and validation of entry-level municipal police officer civil service examinations.

 (3) Edward Callahan, Personnel Director, Boston Police Department.

 (4) Paul Evans, former Commissioner of the Boston Police Department.

B. <u>Identification of Relevant Documents</u>

The Commonwealth defendants may rely upon the following documents, copies of which are in the possession of HRD, in supporting its defenses in this case:

(1) *Report on the Proposed Passing Point for the Police Officer Entry-Level Written Examination Administered on April 28, 2001* (with appendices);

(2) *2001 Item Analysis Printout from Police Officer Examination*;

(3) *Adverse Impact Analysis Overall Examination* (April 2001 Exam) (with codes for special responses);

(4) *Adverse Impact Calculation by Ability Area*;

(5) *Boston Police Officer Eligible List in Consent Decree Order* (dated September 2001);

(6) Individual Eligibility Records;

(7) Civil Service Requisition forms submitted by the Boston Police Department ("BPD");

(8) Requests for Selective Certification civil service lists;

(9) Documentation approving the BPD's Request for a Gender-based Selective Certification list;

(10) Certification Lists of those eligible for appointment to the BPD following the April 2001 examination;

(11) Correspondence between HRD and the BPD concerning civil service requisitions and/or certification lists;

(12) Certification report supplements;

(13) Authorization of Employment forms; and

(14) Documents from the files of Castro v. Beecher, C.A. Nos. 70-1220-W and 74-2982-C, and related cases.

        Respectfully submitted on behalf of the
        Commonwealth of Massachusetts and Ruth
        Bramson, in her official capacity as Chief
        Human Resources Officer for the
        Commonwealth of Massachusetts,

/s/ Robert L. Quinan Jr.
Robert L. Quinan, Jr., BBO #553010
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2554

Dated: June 1, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party ~~by mail~~ (by hand) on June 2, 2004.

/s/ Robert L. Quinan Jr.