UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -2 P 3:05

U.S. DISTRICT COURT
DISTRICT OF MASS.

------------------------------ x
PAUL DELEO, JR., THOMAS BARRETT,      :
MICHAEL CONNEELY, MATTHEW
HOGARDT, BRENDAN DEVER, PATRICK       :
ROGERS, CHRISTOPHER CARR, and BRIAN
DUNFORD                               :

             Plaintiff,         :

vs.                                   :

CITY OF BOSTON, Massachusetts,        :
MITT ROMNEY, in his Capacity as Governor of
the Commonwealth of Massachusetts, and the   :
COMMONWEALTH OF MASSACHUSETTS,

             Defendants,         :

BOSTON BRANCH OF THE NATIONAL         :
ASSOCIATION FOR THE ADVANCEMENT OF
COLORED PEOPLE AND MASSACHUSETTS
ASSOCIATES OF MINORITY LAW
ENFORCEMENTS OFFICERS,                :

             Intervenors.       :
------------------------------ x

Civil Action No. 03-12538-PBS

FILING FEE PAID:
RECEIPT #_____
AMOUNT $ 50.00
BY DPTY CLK_____
DATE_____

### INTERVENORS' ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE OF ROBIN L. ALPERSTEIN

Pursuant to Local Rule 83.5.3(b), intervenors NAACP and MAMLEO (collectively, the "Intervenors") submit this motion for the admission pro hac vice of their counsel, Robin L. Alperstein. In support of their motion, Intervenors refer the Court to the Declaration of Robin L. Alperstein, filed herewith, and further state that Intervenors have retained a member of the bar of

NEWYORK 97565v1

this Court, Harry T. Daniels, Esq. of Wilmer Cutler Pickering Hale and Dorr LLP, who has filed an appearance in this action.

June 2, 2004

Respectfully submitted,

NAACP and MAMLEO

By their attorneys,

_____
Harry T. Daniels (BBO # 113800)
Mark D. Selwyn (BBO #565595)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Robin L. Alperstein
Wilmer Cutler Pickering Hale and Dorr LLP
300 Park Avenue
New York, New York 10022
(212) 937-7200

Nadine Cohen (BBO #090040)
Lawyers' Committee for Civil Rights Under Law of the Boston Bar Association
294 Washington Street
Boston, MA 02108
(617) 482-1145

## CERTIFICATE UNDER L. R. 7.1 (a)(2)

I hereby certify, pursuant to Local Rule 7.1(a)(2), that I conferred with counsel for the plaintiffs and counsel for the defendants prior to filing this motion, and that they have assented to this motion.

_____
Harry T. Daniels

## CERTIFICATE OF SERVICE

I, Harry T. Daniels, hereby certify that I have this 2nd day of June, 2004 caused to be served upon counsel for plaintiffs and defendants the foregoing Motion for Admission Pro Hac Vice of Robin L. Alperstein by delivering a copy to counsel by hand.

_____
Harry T. Daniels