UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -2  P 3: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

----------------------------------------x
PAUL DELEO, JR., THOMAS BARRETT,       :
MICHAEL CONNEELY, MATTHEW
HOGARDT, BRENDAN DEVER, PATRICK        :
ROGERS, CHRISTOPHER CARR, and BRIAN
DUNFORD                                :

                Plaintiff,           :

Civil Action No. 03-12538-PBS

vs.                                    :

CITY OF BOSTON, Massachusetts,         :
MITT ROMNEY, in his Capacity as Governor of
the Commonwealth of Massachusetts, and the :
COMMONWEALTH OF MASSACHUSETTS,

                           :

                Defendants,         :

BOSTON BRANCH OF THE NATIONAL
ASSOCIATION FOR THE ADVANCEMENT OF :
COLORED PEOPLE AND MASSACHUSETTS
ASSOCIATES OF MINORITY LAW            :
ENFORCEMENTS OFFICERS,

                           :

                Intervenors.       :
----------------------------------------x

## DECLARATION OF ROBIN L. ALPERSTEIN

I, Robin L. Alperstein, declare as follows:

    1.    I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 300 Park Avenue, New York, New York 10022.

    2.    I am currently a member of the Bar of the State of New York, having been admitted in 1997. I am also a member of the United States District Court for the Southern and Eastern Districts of New York, and of the United States Court of Appeals for the Ninth Circuit.

    3.    I am a member in good standing of all Bars to which I have been admitted.

4. There are no disciplinary proceedings pending against me in any Bar to which I have been admitted.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare that the foregoing is true and correct under penalty of the laws of perjury.

Robin L. Alperstein

Executed this 1st day of June 2004