UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL DELEO, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF BOSTON, et al., )<br>)<br>Defendant. )<br>) | Civil Action No. 03-12538-PBS |

## APPEARANCE

Please enter an appearance for Betsy J. Facher as counsel on behalf of the City of Boston. Stephen Cox, who has already entered an appearance on behalf of the City, also will continue to represent the City in this matter.

Respectfully submitted,

S/Betsy J. Facher

_____
Betsy J. Facher, BBO #637613
Staff Attorney
Office of the Legal Advisor
Boston Police Department
One Schroeder Plaza
Boston, MA  02120
(617) 343-4550

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for the plaintiff , the attorney of record for the Commonwealth, and the attorney of record for third party intervenors,  by first class mail.

_____                                               _____
**Date**                                                            **Betsy J. Facher**