UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BOSTON, Massachusetts, MITT ROMNEY, in his Capacity as Governor of the Commonwealth of Massachusetts, and the COMMONWEALTH OF MASSACHUSETTS, <br><br> Defendants, <br><br> BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE AND MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS, <br><br> Intervenors. | Civil Action No. 03-12538-PBS |

## **NOTICE OF FIRM NAME CHANGE**

Effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new Firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. Our address remains the same. Our respective e-mail addresses have changed as follows:

| | |
|---|---|
| Harry T. Daniels | harry.daniels@wilmerhale.com |
| Mark D. Selwyn | mark.selwyn@wilmerhale.com |
| Robin L. Alperstein | robin.alperstein@wilmerhale.com |
| Jennifer L. Carpenter | jennifer.carpenter@wilmerhale.com |
| Christopher R. Noyes | christopher.noyes@wilmerhale.com |

- 2 -

BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE AND MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,

By their attorneys,

 /s/ Mark D. Selwyn
_____
Harry T. Daniels (BBO # 113800)
Mark D. Selwyn (BBO #565595)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000

Robin L. Alperstein (admitted pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
300 Park Avenue
New York, New York  10022
(212) 937-7200

Nadine Cohen (BBO # 090040)
Lawyers' Committee For Civil Rights
   Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts   02108
(617) 482-1145

Dated:  June 23, 2004

- 3 -

**CERTIFICATE OF SERVICE**

      I, Mark D. Selwyn, hereby certify that a copy of the foregoing has been served via first class mail this 23${}^{rd}$ day of June, 2004 to the following attorneys of record:

Harold L. Lichten, Esq.
Pyle, Rome Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA  02108


Stephen G. Cox, Esq.
City of Boston
Boston City Hall, Room 615
Boston, MA  02201

William V. Hoch, Esq.
Office of the Legal Advisor
Boston Police Department
One Schroeder Plaza
Boston, MA  02120

Ginny Sinkel, Esq.
Attorney General's Office
One Ashburton Place, Room 2019
Boston, MA  02108-1698

Robert L. Quinan, Jr., Esq.
Attorney General's Office
One Ashburton Place, Room 2019
Boston, MA  02108-1698

                                                                       /s/ Mark D. Selwyn
                                                                       _____
                                                                       Mark D. Selwyn