UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD,<br>　　　　　　　　　Plaintiffs<br><br>v.<br><br>CITY OF BOSTON, Massachusetts;<br>MITT ROMNEY, in his capacity as Governor of the Commonwealth of Massachusetts; and COMMONWEALTH OF MASSACHUSETTS,<br><br>　　　　　　　　　Defendants<br><br>BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,<br><br>　　　　　　　　　Intervenors | Docket No. 03-12538-PBS |

## MOTION FOR PROTECTIVE ORDER
## TO QUASH THE INTERVENORS' NOTICED
## DEPOSITIONS OF THE PLAINTIFFS

Plaintiffs move the court to issue a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure preventing the noticed depositions of the plaintiffs in this matter at this time.

In support of this motion, the Plaintiffs respectfully state that they have, through their attorneys, in good faith attempted to confer with the Intervenors in an effort to resolve this dispute.

1

Respectfully submitted,

PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD,

By their attorneys,

*/s/ Harold Lichten*
Harold L. Lichten, BBO #549689
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Date: ~~June 30~~ July 1, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by **FedEx** (method) on July 1, 2004.

*/s/ Harold Lichten*
Harold L. Lichten

2