UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.   70-1220-W[1]
74-2982-C

PEDRO CASTRO et al.,
    Plaintiffs,

v.

NANCY BEECHER et al.,
    Defendants.

### DEFENDANT CITY OF BOSTON'S
### RENEWED MOTION FOR CLARIFICATION OF CONSENT DECREE

Now comes the Defendant City of Boston and moves this Honorable Court for clarification of the consent decree in the above case.  As reasons for this Motion, the Defendant states that because of the decision in Quinn v. City of Boston, 325 F.3d 18 (1st Cir. 2003), clarifying the method for measuring parity is necessary to ensure that hiring is in conformity with the decree and in conformity with 42 U.S.C. §1983 pursuant to the Fourteenth Amendment, Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000, et. seq., and M.G.L. c.151B, §4.  In further support of this Motion, the Defendant submits the attached Memorandum of Law.

**WHEREFORE,** Defendant City of Boston requests that this Court clarify the consent decree in the above case.

---

[1] For filing purposes this Motion is brought under 03-12538-PBS, a case that contains related issues.

Respectfully submitted,

DEFENDANT CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel, City of Boston
By its attorneys,


S/Stephen G. Cox
_____
Stephen G. Cox, BBO# 566943
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, Massachusetts 02201
(617) 635-4064


S/Betsy J. Facher
_____
Betsy J. Facher, BBO #637613
Staff Attorney
Office of the Legal Advisor
Boston Police Department
One Schroeder Plaza
Boston, MA  02120
(617) 343-4550

Dated:  July 15, 2004