UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., *et al.*, Plaintiffs, v. CITY OF BOSTON, *et al.*, Defendants. | CIVIL ACTION No. 03-12538-PBS |

**NOTICE OF FILING WITH THE CLERK'S OFFICE ATTACHMENTS TO THE COMMONWEALTH DEFENDANTS' RESPONSE TO THE CITY OF BOSTON'S MOTION FOR CLARIFICATION OF THE *CASTRO V. BEECHER* CONSENT DECREE**

Notice is hereby given that Exhibits 1 through 7 attached to "The Commonwealth Defendants' Response To The City Of Boston's Motion For Clarification Of The *Castro v. Beecher* Consent Decree" are being manually filed with the Court and are available in paper form only. The original documents will be maintained in the case file in the Clerk's Office.

Respectfully submitted,

THE COMMONWEALTH OF MASSACHUSETTS

By its attorneys

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Robert L. Quinan, Jr.
_____
Robert L. Quinan, Jr.
BBO # 553010
Victoria S. Cole
BBO # 654996
Assistant Attorneys General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108
(617) 727-2200, ext. 2554

Dated: July 15, 2004