UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., *et al.*, <br> Plaintiffs, <br><br> v. <br><br> CITY OF BOSTON, *et al.*, <br> Defendants. | CIVIL ACTION <br> NO. 03-12538-PBS |

**JOINT MOTION TO SUBSTITUTE THE COMMONWEALTH'S CHIEF HUMAN RESOURCES OFFICER FOR THE STATE'S GOVERNOR AS A PARTY DEFENDANT**

Now come the parties to the above-captioned action and respectfully request that this Honorable Court substitute **Ruth Bramson**, in her official capacity as Chief Human Resources Officer for the Commonwealth of Massachusetts, as a defendant in lieu of Massachusetts Governor Mitt Romney.

As grounds therefor, the parties state that this case raises issues related to the case of Castro v. Beecher, C.A. nos. 70-1220-W and 74-2982-C. The lead defendant in the Castro litigation, Nancy Beecher, was the Commonwealth's Personnel Administrator, which is functionally the same position that is held today by Ms. Bramson (although the title has changed). Ms. Bramson is the titular head of the Commonwealth's Human Resources Division, which among state entities is fully responsible for the actions challenged in this litigation. Ms. Bramson is in a better position than the Governor of the Commonwealth to respond to discovery requests and to initiate or respond to overtures of settlement, should any be forthcoming. The substitution of Ms. Bramson for Governor Romney will cause no delay in, nor prejudice any

party to, this action.

Respectfully submitted,

Counsel for the PLAINTIFFS:

*Alfred Gordon /reg*
Harold L. Lichten, BBO #549689
Pyle, Rome, Lichten & Ehrenberg
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Attorney for the COMMONWEALTH OF MASSACHUSETTS and GOV. MITT ROMNEY:

*Robert Quinan Jr.*
Robert L. Quinan, Jr. BBO # 553010
Assistant Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108
(617) 727-2200, ext. 2554

Counsel for the CITY OF BOSTON:

*Stephen G. Cox /reg*
Stephen G. Cox, BBO # 566943
City of Boston Law Department
City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4064

Betsy Facher, BBO # 637613
Office of the Legal Advisor
Boston Police Department
One Schroeder Plaza
Boston, MA 02120
(617) 343-4550

Counsel for the defendants-intervenors, the BOSTON BRANCH OF THE NAACP and the MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS:

*Mark D. Selwyn /reg*
Harry T. Daniels, BBO #113800
Mark D. Selwyn, BBO #565595
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Robin L. Alperstein (admitted pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
300 Park Avenue
New York, NY 10022
(212) 937-7200

Nadine Cohen, BBO #090040
Lawyers Committee for Civil Rights Under Law
294 Washington Street, Suite 443
Boston, MA 02108
(617) 482-1145

Dated: July 15, 2004

-2-

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above (principal)
document was served upon the attorney of
record for each other party by mail (by hand)
on July 15, 2004.
*Robert Quinan Jr.*