UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL DELEO, JR., et al.,

              Plaintiffs,

v.

CITY OF BOSTON, et al.,

              Defendants.

CIVIL ACTION
NO. 03-12538-PBS

## APPEARANCE

Please enter on the docket my appearance as co-counsel (along with Assistant Attorneys General Robert L. Quinan, Jr. and Ginny Sinkel) for the Commonwealth defendants.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_/s/ Victoria S. Cole_
Victoria S. Cole, BBO # 654996
Assistant Attorney General
Government Bureau, Rm. 2019
One Ashburton Place
Boston, MA 02108-1698
(617) 727-2200, ext. 2083

Dated: July 15, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 7/15/04.

_/s/ Victoria S. Cole_