UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD, <br>　　　　　　　　　Plaintiffs <br><br> v. <br><br> CITY OF BOSTON, Massachusetts; MITT ROMNEY, in his capacity as Governor of the Commonwealth of Massachusetts; and COMMONWEALTH OF MASSACHUSETTS, <br><br>　　　　　　　　　Defendants <br><br> BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS, <br><br>　　　　　　　　　Intervenors | Docket No. 03-12538-PBS |

PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT A
MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES

　　The Plaintiffs, Paul DeLeo, Jr., Thomas Barrett, Michael Conneely, Matthew Hogardt, Brendan Dever, Patrick Rogers, Christopher Carr, and Brian Dunford, hereby move for leave to submit a Memorandum of Law in excess of twenty (20) pages pursuant to Local Rule 7.1(B)(4).

　　In support of this Motion, the Plaintiffs state that the Memorandum of Law exceeds twenty pages because the Memorandum supports a Motion with two purposes — i.e., the

1

Motion is both for Summary Judgment and for a Preliminary Injunction and therefore the corresponding Memorandum is longer than each would be individually. The Plaintiffs also state that the complex and weighty legal issues in this case require that the Summary Judgment Motion be supported by a Memorandum of adequate length to properly apprise the Court of the relevant facts and precedent.

                                        Respectfully submitted,

                                        PAUL DELEO, JR., THOMAS BARRETT,
                                        MICHAEL CONNEELY, MATTHEW
                                        HOGARDT, BRENDAN DEVER,
                                        PATRICK ROGERS, CHRISTOPHER
                                        CARR, and BRIAN DUNFORD,

                                        By their attorneys,

                                        _____
                                        Harold L. Lichten, BBO #549689
                                        Alfred Gordon, BBO #630456
                                        Pyle, Rome, Lichten & Ehrenberg, P.C.
                                        18 Tremont Street, Suite 500
                                        Boston, MA 02108
Date:  July 15, 2004                     (617) 367-7200


## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served on the attorneys of record for each party by _____hand delivery_____ on July 15, 2004.

                                          _____
                                          Alfred Gordon