UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., et al., <br>      Plaintiffs <br><br> v. <br><br> CITY OF BOSTON, et al. <br>      Defendants <br><br> BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br>      Intervenors | Docket No. 03-12538-PBS |

## NOTICE OF APPEARANCE

Please enter an appearance for Alfred Gordon as counsel on behalf of the Plaintiffs. Harold L. Lichten, who has already entered an appearance, will continue as lead counsel for Plaintiffs in this matter.

Respectfully submitted,

_____
Alfred Gordon, BBO #630456
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Date: July 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by hand delivery on July 15, 2004.

_____
Alfred Gordon