UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO CASTRO, et al., <br>     Plaintiffs <br><br> v. <br><br> NANCY BEECHER, et al., <br>     Defendants | ) <br> ) <br> ) <br> ) Civil Action No. 70-1220-W <br> )                   74-2982-C <br> ) <br> ) <br> ) <br> ) |

PROPOSED INTERVENORS' MOTION FOR LEAVE TO SUBMIT AN
OPPOSITION TO DEFENDANT CITY OF BOSTON'S RENEWED MOTION
FOR CLARIFICATION OF CONSENT DECREE

On May 18, 2004, Paul DeLeo, Jr., Thomas Barrett, Michael Conneely, Matthew Hogardt, Brendan Dever, Patrick Rogers, Christopher Carr, and Brian Dunford filed a motion to intervene in the above-captioned matter should the Court grant Defendant City of Boston's request to consider clarification of the consent decree in this matter. In support of their motion, the proposed Intervenors explained that they are Plaintiffs in an action (Civil Action No. 03-12538-PBS) which is the impetus for the City's motion for clarification and which raises identical issues raised by the City in its motion. On July 15, 2004, per the June 2 scheduling order issued by this Court, the City and Commonwealth Defendants filed briefs concerning the City's motion for clarification.

Now come the proposed Intervenors and move this Court for leave to submit a reply in response to the City and Commonwealth Defendants' briefs. To avoid duplication of effort and judicial resources, the Intervenors propose that such reply be filed in conjunction with the reply to opposition in the related action, which is due on August 12, 2004, as the two briefs will address the same issues and raise identical arguments.

1

WHEREFORE, the proposed Intervenors request that they be permitted to file a reply to the City and Commonwealth Defendants' briefs relating to the City's motion for clarification and that the proposed Intervenors' reply be filed in conjunction with the Plaintiffs' reply to opposition in Civil Action No. 03-12538-PBS on August 12, 2004.

Respectfully submitted,

PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD,

By their attorneys,

*/s/ Alfred Gordon/*
Harold L. Lichten, BBO #549689
Alfred Gordon, BBO #630456
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Date: July 21, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by _____first class mail_____ on July 21, 2004.

*/s/ Alfred Gordon/*
Alfred Gordon

2