UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Paul DeLeo, et al

        Plaintiffs,                    CIVIL ACTION
                                             NO.   03-12538-PBS

    v.

The City of Boston, et al

        Defendants.

## NOTICE OF RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.                                                                                 August 6, 2004

      The Motion Hearing re: Motion for Summary Judgment and /or for Preliminary Injunction previously scheduled for August 20, 2004, has been **rescheduled** to **September 17, 2004, at 2:00 p.m.**

                                                                       By the Court,

                                                                     /s/ Robert C. Alba
                                                                   Deputy Clerk

Copies to:  All Counsel

resched.ntc