UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12538-PBS

PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD,
    Plaintiffs,

v.

CITY OF BOSTON, Massachusetts, MITT ROMNEY, in his capacity as Governor of the Commonwealth of Massachusetts; and the COMMONWEALTH OF MASSACHUSETTS,

    Defendants,

BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,
    Intervenors.

**DEFENDANT CITY OF BOSTON'S MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES**

Defendant, City of Boston ("City") hereby moves for leave to submit a Memorandum of Law in excess of twenty (20) pages pursuant to Local Rule 7.1(B)(4).

In support of this Motion, the Defendant states that the Memorandum exceeds twenty pages because the Plaintiffs in this case have moved for summary judgment as well as for a preliminary injunction. The issues raised by the Plaintiffs are complex and have great consequence to the future hiring practices in the City of Boston's Police Department. A

1

Memorandum of sufficient length to respond to the Plaintiffs arguments and to adequately apprise the Court of the City's position was therefore necessary

                                                Respectfully submitted,
                                                DEFENDANT CITY OF BOSTON
                                                Merita A. Hopkins
                                                Corporation Counsel, City of Boston
                                                By its attorneys,

| S/Betsy J. Facher | S/Stephen G. Cox |
|---|---|
| _____ | _____ |
| Betsy J. Facher, BBO #637613 | Stephen G. Cox, BBO# 566943 |
| Staff Attorney | Assistant Corporation Counsel |
| Office of the Legal Advisor | City of Boston Law Department |
| Boston Police Department | Room 615, Boston City Hall |
| One Schroeder Plaza | Boston, Massachusetts 02201 |
| Boston, MA  02120 | (617) 635-4064 |
| (617) 343-4550 | |

Dated:   September 2, 2004