ADVERSE IMPACT ANALYSIS
FREQUENCY BY SCORE

ATTACHMENT I

### 2001 POLICE OFFICER WRITTEN EXAMINATION
### ADVERSE IMPACT ANALYSIS BY SCORE

| SCORES | ALL APP | NO. OF MAJ APPS | CUM FREQ OF MAJ | % OF TOTAL MAJ | NO. OF BLACK | NO. OF HISP | NO. OF ALL MIN | CUM FREQ OF MIN | % OF TOTAL MIN | RATIO DECIMAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 304 | 289 | 289 | 2.5% | 9 | 6 | 15 | 15 | 0.6% | 0.228 |
| 99 | 909 | 854 | 1143 | 10.0% | 31 | 24 | 55 | 70 | 2.7% | 0.269 |
| 98 | 1428 | 1325 | 2468 | 21.5% | 51 | 52 | 103 | 173 | 6.6% | 0.308 |
| 97 | 1538 | 1396 | 3864 | 33.6% | 78 | 64 | 142 | 315 | 12.0% | 0.358 |
| 96 | 1464 | 1306 | 5170 | 45.0% | 77 | 81 | 158 | 473 | 18.1% | 0.401 |
| 95 | 1211 | 1068 | 6238 | 54.3% | 81 | 62 | 143 | 616 | 23.5% | 0.433 |
| 94 | 1131 | 978 | 7216 | 62.8% | 84 | 69 | 153 | 769 | 29.4% | 0.468 |
| 93 | 856 | 684 | 7900 | 68.8% | 95 | 77 | 172 | 941 | 36.0% | 0.523 |
| 92 | 759 | 617 | 8517 | 74.2% | 77 | 65 | 142 | 1083 | 41.4% | 0.558 |
| 91 | 592 | 463 | 8980 | 78.2% | 75 | 54 | 129 | 1212 | 46.3% | 0.592 |
| 90 | 499 | 392 | 9372 | 81.6% | 51 | 56 | 107 | 1319 | 50.4% | 0.618 |
| 89 | 445 | 348 | 9720 | 84.6% | 46 | 51 | 97 | 1416 | 54.1% | 0.639 |
| 88 | 339 | 240 | 9960 | 86.7% | 48 | 51 | 99 | 1515 | 57.9% | 0.667 |
| 87 | 328 | 236 | 10196 | 88.8% | 40 | 52 | 92 | 1607 | 61.4% | 0.692 |
| 86 | 240 | 171 | 10367 | 90.3% | 30 | 39 | 69 | 1676 | 64.0% | 0.709 |
| 85 | 219 | 151 | 10518 | 91.6% | 33 | 35 | 68 | 1744 | 66.6% | 0.728 |
| 84 | 186 | 119 | 10637 | 92.6% | 31 | 36 | 67 | 1811 | 69.2% | 0.747 |
| 83 | 162 | 101 | 10738 | 93.5% | 31 | 30 | 61 | 1872 | 71.5% | 0.765 |
| 82 | 130 | 86 | 10824 | 94.3% | 26 | 18 | 44 | 1916 | 73.2% | 0.777 |
| 81 | 146 | 87 | 10911 | 95.0% | 30 | 29 | 59 | 1975 | 75.5% | 0.794 |
| 80 | 115 | 62 | 10973 | 95.6% | 31 | 22 | 53 | 2028 | 77.5% | 0.811 |
| 79 | 107 | 60 | 11033 | 96.1% | 20 | 27 | 47 | 2075 | 79.3% | 0.825 |
| 78 | 79 | 41 | 11074 | 96.4% | 19 | 19 | 38 | 2113 | 80.7% | 0.837 |
| 77 | 82 | 50 | 11124 | 96.9% | 13 | 19 | 32 | 2145 | 82.0% | 0.846 |
| 76 | 67 | 28 | 11152 | 97.1% | 23 | 16 | 39 | 2184 | 83.5% | 0.859 |
| 75 | 59 | 28 | 11180 | 97.4% | 16 | 15 | 31 | 2215 | 84.6% | 0.869 |
| 74 | 57 | 27 | 11207 | 97.6% | 12 | 18 | 30 | 2245 | 85.8% | 0.879 |
| 73 | 49 | 20 | 11227 | 97.8% | 12 | 17 | 29 | 2274 | 86.9% | 0.889 |
| 72 | 50 | 20 | 11247 | 97.9% | 15 | 15 | 30 | 2304 | 88.0% | 0.899 |
| 71 | 36 | 18 | 11265 | 98.1% | 8 | 10 | 18 | 2322 | 88.7% | 0.905 |
| 70 | 50 | 23 | 11288 | 98.3% | 16 | 11 | 27 | 2349 | 89.8% | 0.913 |
| 69 | 45 | 16 | 11304 | 98.4% | 12 | 17 | 29 | 2378 | 90.9% | 0.923 |
| 68 | 44 | 21 | 11325 | 98.6% | 13 | 10 | 23 | 2401 | 91.7% | 0.930 |
| 67 | 39 | 15 | 11340 | 98.7% | 11 | 13 | 24 | 2425 | 92.7% | 0.938 |
| 66 | 40 | 20 | 11360 | 98.9% | 12 | 8 | 20 | 2445 | 93.4% | 0.944 |
| 65 | 22 | 11 | 11371 | 99.0% | 7 | 4 | 11 | 2456 | 93.8% | 0.948 |

19

ADVERSE IMPACT ANALYSIS
FREQUENCY BY SCORE

ATTACHMENT I

2001 POLICE OFFICER WRITTEN EXAMINATION
ADVERSE IMPACT ANALYSIS BY SCORE

| SCORES | ALL APP | NO. OF MAJ APPS | CUM FREQ OF MAJ | % OF TOTAL MAJ | NO. OF BLACK | NO. OF HISP | NO. OF ALL MIN | CUM FREQ OF MIN | % OF TOTAL MIN | RATIO DECIMAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 64 | 24 | 12 | 11383 | 99.1% | 8 | 4 | 12 | 2468 | 94.3% | 0.951 |
| 63 | 27 | 10 | 11393 | 99.2% | 6 | 11 | 17 | 2485 | 95.0% | 0.957 |
| 62 | 24 | 10 | 11403 | 99.3% | 6 | 8 | 14 | 2499 | 95.5% | 0.962 |
| 61 | 16 | 8 | 11411 | 99.4% | 4 | 4 | 8 | 2507 | 95.8% | 0.964 |
| 60 | 20 | 6 | 11417 | 99.4% | 6 | 8 | 14 | 2521 | 96.3% | 0.969 |
| 59 | 11 | 6 | 11423 | 99.5% | 1 | 4 | 5 | 2526 | 96.5% | 0.970 |
| 58 | 12 | 5 | 11428 | 99.5% | 3 | 4 | 7 | 2533 | 96.8% | 0.973 |
| 57 | 12 | 6 | 11434 | 99.6% | 1 | 5 | 6 | 2539 | 97.0% | 0.974 |
| 56 | 16 | 5 | 11439 | 99.6% | 8 | 3 | 11 | 2550 | 97.4% | 0.978 |
| 55 | 18 | 12 | 11451 | 99.7% | 5 | 1 | 6 | 2556 | 97.7% | 0.980 |
| 54 | 10 | 3 | 11454 | 99.7% | 3 | 4 | 7 | 2563 | 97.9% | 0.982 |
| 53 | 9 | 3 | 11457 | 99.8% | 6 | 0 | 6 | 2569 | 98.2% | 0.984 |
| 52 | 5 | 3 | 11460 | 99.8% | 1 | 1 | 2 | 2571 | 98.2% | 0.984 |
| 51 | 9 | 2 | 11462 | 99.8% | 3 | 4 | 7 | 2578 | 98.5% | 0.987 |
| 50 | 7 | 3 | 11465 | 99.8% | 1 | 3 | 4 | 2582 | 98.7% | 0.988 |
| 49 | 8 | 3 | 11468 | 99.9% | 2 | 3 | 5 | 2587 | 98.9% | 0.990 |
| 48 | 5 | 2 | 11470 | 99.9% | 2 | 1 | 3 | 2590 | 99.0% | 0.991 |
| 47 | 2 | 1 | 11471 | 99.9% | 1 | 0 | 1 | 2591 | 99.0% | 0.991 |
| 46 | 1 | 1 | 11472 | 99.9% | 0 | 0 | 0 | 2591 | 99.0% | 0.991 |
| 45 | 4 | 2 | 11474 | 99.9% | 1 | 1 | 2 | 2593 | 99.1% | 0.992 |
| 44 | 3 | 2 | 11476 | 99.9% | 0 | 1 | 1 | 2594 | 99.1% | 0.992 |
| 43 | 4 | 1 | 11477 | 99.9% | 1 | 2 | 3 | 2597 | 99.2% | 0.993 |
| 42 | 1 | 0 | 11477 | 99.9% | 0 | 1 | 1 | 2598 | 99.3% | 0.993 |
| 41 | 1 | 0 | 11477 | 99.9% | 1 | 0 | 1 | 2599 | 99.3% | 0.994 |
| 40 | 4 | 0 | 11477 | 99.9% | 3 | 1 | 4 | 2603 | 99.5% | 0.995 |
| 39 | 1 | 0 | 11477 | 99.9% | 1 | 0 | 1 | 2604 | 99.5% | 0.996 |
| 38 | 1 | 0 | 11477 | 99.9% | 0 | 1 | 1 | 2605 | 99.5% | 0.996 |
| 37 | 0 | 0 | 11477 | 99.9% | 0 | 0 | 0 | 2605 | 99.5% | 0.996 |
| 36 | 1 | 0 | 11477 | 99.9% | 1 | 0 | 1 | 2606 | 99.6% | 0.996 |
| 35 | 1 | 0 | 11477 | 99.9% | 1 | 0 | 1 | 2607 | 99.6% | 0.997 |
| 34 | 2 | 0 | 11477 | 99.9% | 2 | 0 | 2 | 2609 | 99.7% | 0.998 |
| 33 | 2 | 0 | 11477 | 99.9% | 0 | 2 | 2 | 2611 | 99.8% | 0.998 |
| 32 | 1 | 0 | 11477 | 99.9% | 0 | 1 | 1 | 2612 | 99.8% | 0.999 |
| 31 | 0 | 0 | 11477 | 99.9% | 0 | 0 | 0 | 2612 | 99.8% | 0.999 |
| 30 | 0 | 0 | 11477 | 99.9% | 0 | 0 | 0 | 2612 | 99.8% | 0.999 |
| 29 | 1 | 1 | 11478 | 99.9% | 0 | 0 | 0 | 2612 | 99.8% | 0.999 |

ADVERSE IMPACT ANALYSIS
FREQUENCY BY SCORE

ATTACHMENT I

| SCORES | ALL APP | NO. OF MAJ APPS | CUM FREQ OF MAJ | % OF TOTAL MAJ | NO. OF BLACK | NO. OF HISP | NO. OF ALL MIN | CUM FREQ OF MIN | % OF TOTAL MIN | RATIO DECIMAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 2001 POLICE OFFICER WRITTEN EXAMINATION | | | | | | | | | | |
| ADVERSE IMPACT ANALYSIS BY SCORE | | | | | | | | | | |
| 28 | 0 | 0 | 11478 | 99.9% | 0 | 0 | 0 | 2612 | 99.8% | 0.999 |
| 27 | 1 | 1 | 11479 | 100.0% | 0 | 0 | 0 | 2612 | 99.8% | 0.999 |
| 26 | 0 | 0 | 11479 | 100.0% | 0 | 0 | 0 | 2612 | 99.8% | 0.999 |
| 25 | 1 | 0 | 11479 | 100.0% | 0 | 1 | 1 | 2613 | 99.8% | 0.999 |
| 24 | 0 | 0 | 11479 | 100.0% | 0 | 0 | 0 | 2613 | 99.8% | 0.999 |
| 23 | 0 | 0 | 11479 | 100.0% | 0 | 0 | 0 | 2613 | 99.8% | 0.999 |
| 22 | 0 | 0 | 11479 | 100.0% | 0 | 0 | 0 | 2613 | 99.8% | 0.999 |
| 21 | 0 | 0 | 11479 | 100.0% | 0 | 0 | 0 | 2613 | 99.8% | 0.999 |
| 20 | 0 | 0 | 11479 | 100.0% | 0 | 0 | 0 | 2613 | 99.8% | 0.999 |
| 19 | 0 | 0 | 11479 | 100.0% | 0 | 0 | 0 | 2613 | 99.8% | 0.999 |
| 18 | 0 | 0 | 11479 | 100.0% | 0 | 0 | 0 | 2613 | 99.8% | 0.999 |
| 17 | 1 | 1 | 11480 | 100.0% | 0 | 0 | 0 | 2613 | 99.8% | 0.999 |
| 16 | 0 | 0 | 11480 | 100.0% | 0 | 0 | 0 | 2613 | 99.8% | 0.999 |
| 15 | 0 | 0 | 11480 | 100.0% | 0 | 0 | 0 | 2613 | 99.8% | 0.999 |
| 14 | 0 | 0 | 11480 | 100.0% | 0 | 0 | 0 | 2613 | 99.8% | 0.999 |
| 13 | 0 | 0 | 11480 | 100.0% | 0 | 0 | 0 | 2613 | 99.8% | 0.999 |
| 12 | 0 | 0 | 11480 | 100.0% | 0 | 0 | 0 | 2613 | 99.8% | 0.999 |
| 11 | 0 | 0 | 11480 | 100.0% | 0 | 0 | 0 | 2613 | 99.8% | 0.999 |
| 10 | 1 | 0 | 11480 | 100.0% | 0 | 1 | 1 | 2614 | 99.9% | 0.999 |
| 9 | 0 | 0 | 11480 | 100.0% | 0 | 0 | 0 | 2614 | 99.9% | 0.999 |
| 8 | 1 | 1 | 11481 | 100.0% | 0 | 0 | 0 | 2614 | 99.9% | 0.999 |
| 7 | 1 | 0 | 11481 | 100.0% | 0 | 1 | 1 | 2615 | 99.9% | 1.000 |
| 6 | 1 | 0 | 11481 | 100.0% | 0 | 1 | 1 | 2616 | 100.0% | 1.000 |
| 5 | 1 | 0 | 11481 | 100.0% | 0 | 1 | 1 | 2617 | 100.0% | 1.000 |
| 4 | 0 | 0 | 11481 | 100.0% | 0 | 0 | 0 | 2617 | 100.0% | 1.000 |
| 3 | 3 | 3 | 11484 | 100.0% | 0 | 0 | 0 | 2617 | 100.0% | 1.000 |
| 2 | 0 | 0 | 11484 | 100.0% | 0 | 0 | 0 | 2617 | 100.0% | 1.000 |
| 1 | 0 | 0 | 11484 | 100.0% | 0 | 0 | 0 | 2617 | 100.0% | 1.000 |
| 0 | 0 | 0 | 11484 | 100.0% | 0 | 0 | 0 | 2617 | 100.0% | 1.000 |
| TOTAL | 14101 | 11484 | | 100.0% | 1342 | 1275 | 2617 | | 100.0% | 1.000 |

21