Form 16-11 (PAR 09)　　　　　　　　Human Resource Division　　　　　　Certification #211023
City of Boston　　　　　　　　　　　Certification Report Supplement　　　　Certification
Police Department　　　　　　　　　　　Original Appointment

| NAME | PAGE | DESIGNATION | Non-Selection Reason | S | NS |
|---|---|---|---|---|---|
| NORMEDO, BRIAN J. | 1 | CH ** ① | | Selected | |
| MATACHUN, LISA A. | 1 | D** | ▬▬ | | X |
| DALMAR, ROHAN | 1 | CB* | | | X |
| AUTIO, KENNETH R. | 1 | D** | | Selected | |
| JOHNSON, ANDREW | 1 | CB* ② | | Selected | |
| RODRIQUEZ, HECTOR | 1 | CH* | ▬▬ | | X |
| RUGGIERO, JOHN R. | 1 | D** | ▬▬ | | X |
| RAMIERZ, MARIANO J. | 1 | CH* | ▬▬ | | X |
| HAYES, PATRICK S. | 1 | D** | ▬▬ | | X |
| BROOKS, THOMAS C. | 2 | D** | | Selected | |
| COX, BRUCE | 2 | CB* | ▬▬ | | X |
| DONOVAN, PATRICK J. | 2 | D** | | Selected | |
| BERTE, SEAN M. | 2 | D** | ▬ | | X |
| HICKS, JASON B. | 2 | CB* | ▬ | | X |
| LOFTUS, PATRICK | 2 | D** | | Selected | |
| LOPEZ, MARIANO | 2 | CH* ③ | | Selected | |
| GIANNETTI, ANTHONY J. | 2 | D** | ▬▬ | | X |
| KENNEALLY, BRIAN | 2 | D** | ▬▬ | | X |
| TOLAND, DENNIS | 2 | D** | ▬▬ | | X |
| MEADE, ANDRE A. | 2 | CB* | ▬▬ | | X |
| CARSON, GERROD D. | 2 | D* | ▬▬ | | X |
| THAMES, ANDRE | 3 | CB* | ▬ | | X |
| BEHNKE, JOSEPH R. | 3 | D* | | Selected | |
| WILLIAMS, KARL M. | 3 | CB* | ▬ | | X |
| COLEMAN, WILLIE E. | 3 | CB* | ▬▬ | | X |
| HEALEY, KEVIN T. | 3 | D* | ▬▬ | | X |
| FOXWORTH, KEVIN A. | 3 | CB* | ▬▬ | | X |
| LYNCH, JOSEPH | 3 | D* | | Selected | |
| BLANEY, CHRISTOPHER | 3 | D* | ▬ | | X |
| MCGRATH, DOUGLAS | 3 | D* | ▬ | | X |
| FEAGIN, TYCIA Y. | 4 | CB* ④ | | Selected | |
| CAREY, HELESHA | 4 | CB | ▬ | | X |
| DOLAN, KEFF A. | 4 | D* | ▬ | | X |
| HAIRSTON, JAY L. | 4 | CB | ▬ | | X |
| JOHNSON, LAWRENCE C. | 4 | CB ⑤ | | Selected | |
| LIPPOLIS, JEFFREY C. | 4 | D* | | Selected | |
| MORGAN, SHELDON T. | 4 | CB ⑥ | | Selected | |
| MUSHLIN, BRIAN A. | 4 | D* | ▬ | | X |
| COGAVIN, DENNIS C. | 4 | D* | | Selected | |
| BAEZ, ELIAS | 4 | CH ① | | Selected | |
| FABIANO, RONNIE | 4 | D* | | Selected | |
| BOWDEN, JAMES D. | 5 | CB* | | Selected | |
| KEAVENEY, JOSEPH P. | 5 | D* | | Selected | |

_signature_
Paul F. Evans
Police Commissioner

38

3/15/02

Form 16-11 (PAR 09)　　　　　　　　Human Resource Division　　　　　　Certification #211023
City of Boston　　　　　　　　　　Certification Report Supplement　　　　　Certification
Police Department　　　　　　　　　　Original Appointment

| Name | # | Code | Status | Cert |
|---|---|---|---|---|
| BRYANT, CALVIN S. | 5 | CB | ~~redacted~~ | X |
| SAUNDERS, JEFREY | 5 | D* | ~~redacted~~ | X |
| CALDERON, CINDYLOU C. | 5 | CB | Selected | |
| WOZNIAK, CRAIG A. | 5 | D* | Selected | |
| COOLEY, RANCE R. | 5 | CB | Selected | |
| YANOVITCH, SCOTT | 5 | D* | Selected | |
| CUELLAR, MARC | 5 | CH | ~~redacted~~ | X |
| ATLEE, MARK P. | 5 | D* | ~~redacted~~ | X |
| DIAZ, ILIANA | 5 | CH | Selected | |
| | | | | |
| BICKERTON, DEAN C. | 6 | D* | Selected | X |
| GIRALDO, JIMMY | 6 | D* | Selected | X |
| CARLSON, JOHN T. | 6 | D* | ~~redacted~~ | X |
| GRAHAM, NIKKISHA K | 6 | CB | ~~redacted~~ | X |
| CONWAY, JOHN D. | 6 | D* | Selected | |
| GUMBS, DWAYNE W. | 6 | CB | ~~redacted~~ | X |
| HALL, LIONEL C. | 6 | CB | ~~redacted~~ | X |
| FALZONE, MICHAEL | 6 | D | ~~redacted~~ | X |
| HENSHAW, INDIA D. | 6 | CB | Selected | |
| HANNIGAN, GREGORY D. | 6 | D* | ~~redacted~~ | X |
| | | | | |
| HICKS, BERNARD E. | 7 | CH | Selected | |
| KANE, KEVIN J. | 7 | D* | ~~redacted~~ | X |
| JETER, NNEKA | 7 | CB | ~~redacted~~ | X |
| LYNCH, BRIAN S. | 7 | D* | ~~redacted~~ | X |
| PAIGE, SEAN | 7 | D* | ~~redacted~~ | X |
| LITTLE, TANISHA | 7 | CB | ~~redacted~~ | X |
| ALLENSHEPSKI, ROBERT | 7 | D* | ~~Not Reached~~ | X |
| MCLAUGHLIN, SHEILA N. | 7 | CH | Selected | |
| DONOVAN, SHAWN | 7 | D* | ~~Not Reached~~ | X |
| MEDINA, DENNIS | 7 | CH | ~~redacted~~ | X |
| | | | | |
| NAHIM, NELSON E. | 8 | CH | ~~redacted~~ | X |
| RESIL, JOEL J. | 8 | CB | Selected | |
| MATTHEWS, JOHN | 8 | D* | ~~Not Reached~~ | X |
| RIOS, ELIZABETH | 8 | CH | ~~redacted~~ | X |
| SMITH, MATTHEW | 8 | D* | ~~Not Reached~~ | X |
| STEELE, MEL A. | 8 | CB | Selected | |
| WOSNY, ANTHONY | 8 | D* | ~~Not Reached~~ | X |
| TRICE, KEVIN L. | 8 | CB | ~~Tie Group~~ | X |
| FORLANO, VITO A. | 8 | D* | ~~Not Reached~~ | X |
| KELLY, DAVID M. | 8 | D* | Not Reached | X |
| | | | | |
| CABRILLANA, MARIA Y | 9 | CH | Not Reached | X |
| MCKENNA, MATTHEW P. | 9 | D* | Not Reached | X |
| CASTRO, MARCO J. | 9 | CH | Not Reached | X |
| TSELIOS, EFTHEMIOS I | 9 | D* | Not Reached | X |
| CORDASCO, ROBERT | 9 | CH | Not Reached | X |
| WOODSAUNTES, SHARON | 9 | DI* | Not Reached | X |
| CRESPO, MARIVELLE | 9 | CH | Not Reached | X |
| DONOVAN, PATRICK J. | 9 | D* | See Page # 2 | X |
| DADDABBO, DANIELLE M. | 9 | CB | Not Reached | X |

_Paul F. Evans_
Police Commissioner

3/15/02
39

| Form 16-11 (PAR 09)<br>City of Boston<br>Police Department | | Human Resource Division<br>Certification Report Supplement<br>Original Appointment | Certification #211023<br>Certification |
|---|---|---|---|
| GONSALVES, JOHN G. | 9 | D* | Not Reached | X |
| DLEACRUZ, BIENVENID J. | 9 | CH | Not Reached | X |
| STONE, ROBERT S. | 9 | D* | Not Reached | X |
| DIAZ, ISABEL C. | 10 | CH | Not Reached | X |
| MCKEENEY, DENIS H. | 10 | D* | Not Reached | X |
| DORSEY, SARA D. | 10 | CB | Not Reached | X |
| MCMULLEN, ANDREW J. | 10 | D* | Not Reached | X |
| DRINKARD, LEE A. | 10 | CB | Not Reached | X |
| O'BRIEN, MARK D. | 10 | D* | Not Reached | X |
| EUNIS, GREGORY R. | 10 | CB | Not Reached | X |
| WHITE, ERIK P. | 10 | D* | Not Reached | X |
| EVANS, LOLA | 10 | D* | Not Reached | X |
| KENNY, STEPHEN | 10 | D* | Not Reached | X |
| EVANS, VICTOR L. | 10 | CB | Not Reached | X |
| DILLON, MICHAEL | 10 | D* | Not Reached | X |
| PRESTON, GLEN M. | 10 | D* | Not Reached | X |
| FLORES, JOSHUA | 11 | CH | Not Reached | X |
| ZAWADZKI, ROBERT S. | 11 | D* | Not Reached | X |
| GOURAS, EDUARDO | 11 | CH | Not Reached | X |
| CAREY, MATTHEW K. | 11 | D* | Not Reached | X |
| SLOANE, CARRIE | 11 | D* | Not Reached | X |
| HEALEY, STEPHANIE M. | 11 | D* | Not Reached | X |
| GRIFFIN, FREDERICK | 11 | CB | Not Reached | X |
| STRYJEWSKI, JAN | 11 | D* | Not Reached | X |
| HALIDY, VARDA | 11 | CB | Not Reached | X |
| DELEO, PAUL A. | 11 | D | Not Reached | X |
| DENNEHY, SEAN | 11 | D | Not Reached | X |
| HILL, ANDREA | 12 | CB | Not Reached | X |
| JENKINS, TIMOTHY E. | 12 | D | Not Reached | X |
| KEY, JOEY C. | 12 | CB | Not Reached | X |
| BANIKJR, JOHN F. | 12 | D | Not Reached | X |
| LITTLE, JULIAN | 12 | CB | Not Reached | X |
| BARRETT, THOMAS | 12 | D | Not Reached | X |
| MARRERO, ISRAUL | 12 | CH | Not Reached | X |
| BONACETO, PAUL J. | 12 | D | Not Reached | X |
| MEDINA, JOSEPH F. | 12 | CH | Not Reached | X |
| BOTTARY, ROBERT D. | 12 | D | Not Reached | X |
| MILLIGAN, SAMUEL K. | 12 | CB | Not Reached | X |
| BUNKER, PATRICK J. | 12 | D | Not Reached | X |
| MORALES, ELVIN | 13 | CH | Not Reached | X |
| CARR, CHRIS | 13 | D | Not Reached | X |
| NAHIM, WILLIAM | 13 | CH | Not Reached | X |
| COLLINS, JAMES | 13 | D | Not Reached | X |
| PLACID, SAMUEL E. | 13 | CB | Not Reached | X |
| COLLINS, ROBERT M. | 13 | D | Not Reached | X |
| REVERON, JEANNETTE | 13 | CH | Not Reached | X |
| CONNEELY, MICHAEL | 13 | D | Not Reached | X |
| SMITH, JASON | 13 | CB | Not Reached | X |

Paul F. Evans
Police Commissioner

40

3/15/02

| | | | | |
|---|---|---|---|---|
| Form 16-11 (PAR 09)<br>City of Boston<br>Police Department | | Human Resource Division<br>Certification Report Supplement<br>Original Appointment | | Certification #211023<br>Certification |
| DALY, DANIEL P. | 13 | D | Not Reached | X |
| ALFRED, EVANS J. | 13 | CB | Not Reached | X |
| DAVIS, ROBERT A. | 13 | D | Not Reached | X |
| | | | | |
| ANTOINE, EVENS | 14 | CB | Not Reached | X |
| DEVER, BRENDAN | 14 | D | Not Reached | X |
| DUNFORD, BRIAN R. | 14 | D | Not Reached | X |
| BOSTICK, EARL D. | 14 | CB | Not Reached | X |
| FLAHERTY, THOMAS P. | 14 | D | Not Reached | X |
| BROWN, DESEAN | 14 | CB | Not Reached | X |
| GALANTE, ROBERT | 14 | D | Not Reached | X |
| BROWN, SHARYON L. | 14 | CB | Not Reached | X |
| GALLAGHER, TROMAS A. | 14 | D | Not Reached | X |
| CARDONA, JOSE | 14 | CH | Not Reached | X |
| GREENE, JAMES M. | 14 | D | Not Reached | X |
| | | | | |
| CHOW, ROSA | 15 | CH | Not Reached | X |
| HIGGINS, BRUCE W. | 15 | D | Not Reached | X |
| HOGARDT, MATTHEW D. | 15 | D | Not Reached | X |
| CRUZ, ELIAS | 15 | CH | Not Reached | X |
| HONG, DENNIS | 15 | DA | Not Reached | X |
| ESTEVEZ, JUAN A. | 15 | CH | Not Reached | X |
| JONG, MATTHEW | 15 | DA | Not Reached | X |
| EXILIEN, SERGE D. | 15 | CB | Not Reached | X |
| KIRKPATRICK, DIANNE M. | 15 | D | Not Reached | X |
| FERGUS, MONA | 15 | CB | Not Reached | X |
| LOCKHART, AARON M. | 15 | D | Not Reached | X |
| | | | | |
| GOODING, CURTESHA M. | 16 | CB | Not Reached | X |
| LONG, TERENCE | 16 | D | Not Reached | X |
| MACDONALD, MATTHEW | 16 | D | Not Reached | X |
| GREEN, PAUL A. | 16 | CB | Not Reached | X |
| MARTIN, EMILY A. | 16 | D | Not Reached | X |
| LATSON, KHARI | 16 | CB | Not Reached | X |
| MCKEOWN, MARK J. | 16 | DA | Not Reached | X |
| MARTIN, STANLEY | 16 | CB | Not Reached | X |
| MCLAUGHLIN, ROBERT | 16 | D | Not Reached | X |
| MATNEY, ERNST | 16 | CB | Not Reached | X |
| NOBERINI, JOHN M. | 16 | D | Not Reached | X |
| | | | | |
| MIRANDA, TINDI J. | 17 | CB | Not Reached | X |
| NOVICK, STEPHEN T. | 17 | D | Not Reached | X |
| NICHOLAS, RANDY M. | 17 | CB | Not Reached | X |
| O'CONNOR, TIMOTHY G. | 17 | D | Not Reached | X |
| O'HARA, DAWN | 17 | D | Not Reached | X |
| NUNEZ, JASON | 17 | CH | Not Reached | X |
| OSBERG, RICHARD | 17 | D | Not Reached | X |
| PARKER, SHENEAL | 17 | CB | Not Reached | X |
| PAPASSO, PETER S. | 17 | D | Not Reached | X |
| PRICE, CHRISTINE | 17 | CB | Not Reached | X |
| PETERSON, KENNETH J. | 17 | D | Not Reached | X |
| QUINN, JOSEPH | 17 | D | Not Reached | X |

Paul F. Evans
Police Commissioner

41

3/15/02

Form 16-11 (PAR 09)  
City of Boston  
Police Department

Human Resource Division  
Certification Report Supplement  
Original Appointment

Certification #211023  
Certification

| Name | | | | |
|---|---|---|---|---|
| RIEVES, RENA M. | 18 | CB | Not Reached | X |
| ROGERS, PATRICK E. | 18 | D | Not Reached | X |
| SADBERRY, KEVIN D. | 18 | CB | Not Reached | X |
| VELAQUEZ, RONNEY | 18 | CH | Not Reached | X |
| SULLIVAN, EDWARD J. | 18 | D | Not Reached | X |
| WALKER, BRIAN | 18 | CB | Not Reached | X |
| WALSH, MARK G. | 18 | D | Not Reached | X |
| WILLOUGHBY, CHARLENE L. | 18 | CB | Not Reached | X |
| WIGHTMAN, DONALD M. | 18 | D | Not Reached | X |

Paul F. Evans  
Police Commissioner

42  
3/15/02