*ALM GL ch. 41, § 97B*

ANNOTATED LAWS OF MASSACHUSETTS
Copyright (c) 2004 Matthew Bender & Company, Inc.,
one of the LEXIS Publishing (TM) companies
All rights reserved

*** THIS DOCUMENT IS CURRENT THROUGH CHAPTER 250, 7/28/04 ***

PART I.  ADMINISTRATION OF THE GOVERNMENT
TITLE VII.  CITIES, TOWNS AND DISTRICTS
CHAPTER 41.  OFFICERS AND EMPLOYEES OF CITIES, TOWNS AND DISTRICTS

POLICE OFFICERS

ALM GL ch. 41, § 97B (2004)

§ 97B. Rape Reporting and Prosecution Unit; Preservation of Evidence.

   There shall be within the police department of every city and town, or grouping of cities and towns with the approval of the secretary of the executive office of public safety, a rape reporting and prosecution unit which shall be designed to improve the quality of rape reporting, counselling, and prosecution. Said units shall consist of police investigators who shall have completed a course of training in the counselling of victims of rape and the prosecution of alleged perpetrators of the crime of rape which shall be approved and funded by the municipal police training committee established by section one hundred and sixteen of chapter six. Each department shall make efforts to employ women police officers to serve in said units. A victim of rape who is male shall, whenever possible, be interviewed initially by a male police officer, and a victim of rape who is female shall, whenever possible, be interviewed initially by a woman police officer. Each unit shall in addition make use of such counselors, attorneys, and medical personnel as are necessary to provide a broad range of therapeutic services for victims of rape.

Each unit shall provide personnel with training in the use of a standardized kit for the collection and preservation of evidence in rape cases. Such kit shall be designed by said municipal police training committee and shall include instructions, standardized reporting forms, and appropriate receptacles for the collection and preservation of evidence for laboratory and police use.

A hospital licensed pursuant to the provisions of chapter one hundred and eleven shall inform a victim of rape that the evidence of rape preserved in said kit shall be kept for a period of at least six months upon the written request of the victim at the time the evidence is obtained upon forms provided to such victim by such hospital.

**HISTORY:**
1974, 581, § 3; 1979, 217; 1980, 195; 1985, 355
Amended by 2002, 196, §§ 19, 20, approved Aug 3, 2002, effective Nov 1, 2002

**NOTES:**

EDITORIAL NOTE--
   The 1979 amendment added the second paragraph, relative to preservation of

evidence.

The 1980 amendment inserted the fourth sentence of the first paragraph relative to the interview of rape victims by police officers of the same sex as the victim.

The 1985 amendment added the third paragraph, requiring hospitals to inform rape victims that preserved evidence shall be kept for six months upon victim's written request.

The 2002 amendment, by § 19, in the first paragraph, substituted "municipal police training committee" for "Massachusetts criminal justice training council"; and by § 20, in the second paragraph, substituted " municipal police training committee" for "criminal justice council".