*ALM GL ch. 31, § 21*

ANNOTATED LAWS OF MASSACHUSETTS
Copyright (c) 2004 Matthew Bender & Company, Inc.,
one of the LEXIS Publishing (TM) companies
All rights reserved

\*\*\* THIS DOCUMENT IS CURRENT THROUGH CHAPTER 250, 7/28/04 \*\*\*

PART I. ADMINISTRATION OF THE GOVERNMENT
TITLE IV. CIVIL SERVICE, RETIREMENT AND PENSIONS
CHAPTER 31. CIVIL SERVICE
[EXAMINATIONS]

ALM GL ch. 31, § 21 (2004)

§ 21. Educational Requirements; Physical Requirements; Eligibility for Certain Positions may be Limited by Sex of Applicant.

The administrator may establish educational requirements and alternatives thereto, in addition to the educational requirements established by statute, as prerequisites for appointment to any civil service position.

The administrator may also establish physical requirements, in additon to those established by statute and rule, as prerequisites for appointment to any civil service position; provided, however, that no applicant shall be discriminated against because he previously suffered from cancer if he is otherwise physically qualified and he signs a waiver of rights to disability benefits with respect to said cancer. The administrator may require an applicant for an original appointment to submit to physical examination prior to such appointment. The administrator may also require an applicant for a promotional appointment to submit a certificate of physical fitness signed by a physician approved by the administrator.

Any person who is unable to meet a physical requirement established by the administrator shall not be disqualified as a result of such inability from applying for and receiving an appointment to a civil service position if such person submits proof, satisfactory to the administrator, that he was injured in the performance of his duties while employed pursuant to a provisional appointment in such position, that he is unable to meet the physical requirements established by the administrator for such position solely because of such injury, and that the injury does not prevent him from performing the duties of such position. Such person shall, however, be subject to all other requirements for appointment to the position.

The administrator may limit eligibility for any examination for an original appointment to either male or female persons if the appointing authority requests such limitation in its requisition. Both male and female persons shall be presumed to be eligible for a promotional appointment to any civil service position; provided, however, that the administrator may limit such eligibility to either male or female persons if the duties and responsibilities of such position require special physical or medical standards or require custody or care of a person of a particular sex. Prior to any such limitation of appointment or promotion, the administrator shall submit in writing to the Massachusetts commission against discrimination a request for its recommendations on such proposed limitations.

**HISTORY:**
1978, 393, § 11