UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12538-PBS

---

PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD,
  Plaintiffs,

v.

CITY OF BOSTON, Massachusetts, MITT ROMNEY, in his capacity as Governor of the Commonwealth of Massachusetts; and the COMMONWEALTH OF MASSACHUSETTS,

  Defendants,

BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,
  Intervenors.

---

## AFFIDAVIT OF EDWARD P. CALLAHAN

I, Edward P. Callahan, on oath do depose and state as follows:

1. I am the Director of Human Resources for the City of Boston's Police Department ("Department").

2. I have been employed by the Department since 1986.

3. In 1999, there were a total of 2,246 police officers in the Department, and of those 1,558 were patrol officers.

4. In 2000, there were a total of 2,187 police officers in the Department, and of those 1,477 were patrol officers.

1

5. In 2001, there were a total of 2,162 police officers in the Department, and of those 1,459 were patrol officers.

6. In 2002, there were a total of 2,138 police officers in the Department, and of those 1,462 were patrol officers.

7. In 2003, there were a total of 2,044 police officers in the Department, and of those 1,433 were patrol officers.

8. As of August, 2004, there are a total of 2,020 police officers in the Department, and of those 1,398 are patrol officers.

9. As of August, 2004, 128 officers are out injured, 6 are on military leave, and 26 are on administrative leave or otherwise not on active duty.

10. Vacation time for City employees, including police officers, accrues effective January 1st of each year. When an individual retires or leaves employment for other reasons the employee can be paid for any unused vacation time. For this reason, a further decrease in the number of officers can be expected this January.

11. In 2003, 153 officers retired or otherwise left the Department.

*Signed under the pains and penalties of perjury this* \_\_2ND\_\_ *day of September, 2004.*

                                                               Edward P. Callahan