UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12538-PBS

PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD,
    Plaintiffs,

v.

CITY OF BOSTON, Massachusetts, MITT ROMNEY, in his capacity as Governor of the Commonwealth of Massachusetts; and the COMMONWEALTH OF MASSACHUSETTS,

    Defendants,

BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,
    Intervenors.

## AFFIDAVIT OF JAMES CLAIBORNE

I, James Claiborne, on oath do depose and state as follows:

1. I have been employed by the Boston Police Department ("BPD") since I was appointed as a police officer on May 9, 1979.

2. Since 1998, I have held the civil service rank of Captain with the BPD, which is the highest civil service ranking for police officers.

3. From 1993 through January 2000 and from April 2004 to date I have served as the Superintendent in charge of the Bureau of Field Services (BFS), the highest position within the Bureau.

4. The Superintendent of BFS is responsible for overseeing the effective operation of the Bureau and making recommendations to the Police Commissioner concerning staffing within all neighborhood police districts.

5. Due in part to retirements, the BPD is currently operating with fewer officers than it had in previous years, and needs additional police officers as soon as possible in order to effectively ensure the safety of the community.

6. A new Academy Class of police officers is slated to begin in November 2004. The City's public safety would be compromised if the Academy class were delayed or its numbers were reduced.

7. During my tenure with the Boston Police Department, the Department has sought to abide by the terms of a consent decree in the case of <u>Castro v. Beecher</u>, to ensure both that individuals who wish to serve as police officers are not discriminated against on the basis of race and that the police who serve the City of Boston reflect the community they serve.

8. The police officers who are assigned to BFS serve a vital function in ensuring the safety of citizens and visitors in the City of Boston and are called upon to interact with Boston's diverse constituencies.

9. In responding to calls for service, in patrolling our city's neighborhoods, and in assisting the public, Boston police officers interact with all segments of the City's population, including people of wide ranging age, health, education and socio-economic backgrounds.

10. BPD's ability to patrol the City is enhanced by a racially and ethnically diverse police force, since a diverse police force increases the confidence of Boston's citizens that the city's police officers share their experiences, and concerns.

*Signed under the pains and penalties of perjury this 1st day of September 2004.*

James Claiborne, Superintendent