UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD, ) ) ) ) ) ) |  |
| Plaintiffs, ) ) |  |
| v.  ) ) | Civil Action No. 03-12538-PBS |
| CITY OF BOSTON, Massachusetts, RUTH BRAMSON, in her official capacity as Chief Human Resources Officer for the Commonwealth of Massachusetts, and the COMMONWEALTH OF MASSACHUSETTS, ) ) ) ) ) ) ) |  |
| Defendants, ) ) |  |
| BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE AND MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS, ) ) ) ) ) ) |  |
| Intervenors. ) |  |

_____)

**ASSENTED-TO MOTION OF THE INTERVENORS AND COMMONWEALTH DEFENDANTS FOR A ONE-DAY EXTENSION TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND/OR FOR PRELIMINARY INJUNCTION**

The Intervenors and the Defendants Commonwealth of Massachusetts and Ruth Bramson (the "Commonwealth Defendants") hereby move for a one-day extension until September 3, 2004 to respond to Plaintiffs' Motion for Summary Judgment and/or for Preliminary Injunction (Docket No. 53), filed July 15, 2004

As grounds for this request, the Intervenors and the Commonwealth Defendants state as follows:

- 2 -

1. In an effort to reduce the number of submissions to the Court, the Intervenors and the Commonwealth Defendants will be submitting a joint Rule 56.1 Statement of Disputed Material Facts and Statement of Additional Material Facts.

2. The logistics of preparing of a joint Rule 56.1 Statement of Disputed Material Facts and Additional Material Facts has resulted in a short delay, and the Intervenors and the Commonwealth Defendants need until tomorrow, September 3, 2004, to finalize their efforts.

3. Pursuant to Local Rule 7.1, counsel for the Commonwealth Defendants conferred with counsel for Plaintiffs, who has assented to this motion.

4. Pursuant to Local Rule 7.1, counsel for the Intervenors conferred with counsel for the Defendant City of Boston, who has also assented.

WHEREFORE, the Intervenors and the Commonwealth Defendants request that the Court enter an Order extending until September 3, 2004 the time for them to respond to Plaintiffs' Motion for Summary Judgment and/or for Preliminary Injunction.

COMMONWEALTH OF MASSACHUSETTS

Thomas F. Reilly
Attorney General
By its attorneys,


/s/ Robert L. Quinan, Jr.
_____

Robert L. Quinan, Jr. (BBO #553010)
Victoria S. Cole (BBO #654996)
Assistant Attorneys General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108
(617) 727-2200, ext. 2554


BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS

By their attorneys,

/s/ Christopher R. Noyes
_____

Harry T. Daniels (BBO # 113800)
Mark D. Selwyn (BBO #565595)
Jennifer L. Carpenter (BBO #647214)
Christopher R. Noyes (BBO #654324)
christopher.noyes@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Robin L. Alperstein (*pro hac vice*)  
Wilmer Cutler Pickering Hale and Dorr LLP  
300 Park Avenue  
New York, New York  10022  
(212) 937-7200  

Nadine Cohen (BBO # 090040)  
Lawyers' Committee For Civil Rights  
  Under Law of the Boston Bar Association  
294 Washington Street, Suite 443  
Boston, Massachusetts  02108  
(617) 482-1145  

Dated: September 2, 2004

### CERTIFICATE OF SERVICE

I, Christopher R. Noyes, hereby certify that a copy of the foregoing has been served by facsimile and subsequently by first class mail this 2nd day of September, 2004 upon all counsel of record.

/s/ Christopher R. Noyes  
_____  
Christopher R. Noyes

BOSTON 2089641v1