UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BOSTON, Massachusetts, RUTH BRAMSON, in her Official Capacity as Chief Human Resources Officer of the Commonwealth of Massachusetts, and the COMMONWEALTH OF MASSACHUSETTS, <br><br> Defendants, <br><br> BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS, <br><br> Intervenors. | CIVIL ACTION <br> NO. 03-12538-PBS |

### THE COMMONWEALTH DEFENDANTS' MOTION FOR LEAVE TO SUBMIT A MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES

The Commonwealth defendants respectfully move for leave under Local Rule 7.1(B)(4) to submit a memorandum of law in excess of twenty pages in opposition to Plaintiffs' Motion for Summary Judgment and/or for Preliminary Injunction.

As grounds, the Commonwealth defendants state that their memorandum of law exceeds twenty pages because of the factual and legal complexity of the issues in this case and because

defendants must respond to a motion that requests alternative forms of relief (summary judgment or preliminary injunction).

        Respectfully submitted,

        THE COMMONWEALTH OF MASSACHUSETTS
and RUTH BRAMSON, in her Official Capacity as
Chief Human Resources Officer of the
Commonwealth of Massachusetts,

        By their attorneys:
THOMAS F. REILLY
ATTORNEY GENERAL

[ /s/ Robert L. Quinan, Jr. ]
_____
Robert L. Quinan, Jr.
BBO # 553010
Victoria S. Cole
BBO # 654996
Assistant Attorneys General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108
(617) 727-2200, ext. 2554

Dated: September 3, 2004

## CERTIFICATE OF SERVICE

    I, Robert L. Quinan, Jr., hereby certify that I have today, September 3, 2004, served a copy of The Commonwealth Defendants' Motion for Leave to Submit a Memorandum of Law in Excess of Twenty Pages, on principal counsel for each other party, by first-class mail, postage prepaid.

_____
Robert L. Quinan, Jr., BBO # 553010
Assistant Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108
(617) 727-2200, ext. 2083