UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD, <br><br>v.<br>    Plaintiffs,<br><br>CITY OF BOSTON, Massachusetts, RUTH BRAMSON, in her Official Capacity as Chief Human Resources Officer for the Commonwealth of Massachusetts and THE COMMONWEALTH OF MASSACHUSETTS,<br><br>    Defendants,<br><br>BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,<br><br>    Intervenors. | Docket No. 03-12538-PBS |

INTERVENORS' MOTION FOR LEAVE TO SUBMIT A
MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES

Intervenors, Boston Branch of the National Association for the Advancement of Colored People and the Massachusetts Association of Minority Law Enforcement Officers, hereby move for leave to submit a Memorandum of Law in excess of twenty (20) pages pursuant to Local Rule 7.1(B)(4).

In support of this Motion, Intervenors state that Plaintiffs have submitted a brief in excess of 20 pages, and Intervenors require additional space in which to respond to this lengthy submission. Intervenors also state that Plaintiffs have converted their Motion for Preliminary

Injunction into a Motion for Summary Judgment and/or Preliminary Injunction, and as such, Intervenors' opposition to Plaintiffs' combined motion is longer than if Intervenors were to oppose each motion individually.  Finally, Invervenors state that Plaintiffs' motion raises complex and weighty legal issues the resolution of which will affect not only the parties but the public, and Intervenors' opposition to this motion must be supported by a Memorandum of adequate length to properly address Plaintiffs' arguments and apprise the Court of the relevant facts and precedent.

> BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,
>
> By their attorneys,
>
>  /s/ Christopher R. Noyes
> _____
> Harry T. Daniels (BBO #113800)
> Mark D. Selwyn (BBO #565595)
> Jennifer L. Carpenter (BBO #647214)
> Christopher R. Noyes (BBO #654324)
> christopher.noyes@wilmerhale.com
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, Massachusetts 02109
> (617) 526-6000
>
> Robin L. Alperstein
> Wilmer Cutler Pickering Hale and Dorr LLP
> 300 Park Avenue
> New York, New York  10022
> (212) 937-7200

|  |  |
|---|---|
|  | Nadine Cohen (BBO #090040) |
|  | Lawyers' Committee For Civil Rights |
| Dated:  September 3, 2004 |   Under Law of the Boston Bar Association |
|  | 294 Washington Street, Suite 443 |
|  | Boston, Massachusetts   02108 |
|  | (617) 482-1145 |

- 4 -

## CERTIFICATE OF SERVICE

     I, Christopher R. Noyes, hereby certify that a copy of the foregoing has been served via facsimile and first class mail this 2nd day of September 2004 to the following attorneys of record:

Harold L. Lichten, Esq.
Pyle, Rome Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA  02108

Stephen G. Cox, Esq.
City of Boston
Boston City Hall, Room 615
Boston, MA  02201

Betsy Facher, Esq.
Office of the Legal Advisor
Boston Police Department
One Schroeder Plaza
Boston, MA  02120

Robert L. Quinan, Jr., Esq.
Attorney General's Office
One Ashburton Place, Room 2019
Boston, MA  02108-1698

                                  /s/ Christopher R. Noyes
                                  Christopher R. Noyes

BOSTON 2089561v1