UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD,  Plaintiffs, v.  CITY OF BOSTON, Massachusetts, RUTH BRAMSON, in her Official Capacity as Chief Human Resources Officer for the Commonwealth of Massachusetts and THE COMMONWEALTH OF MASSACHUSETTS  Defendants,  BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,  Intervenors. | Docket No. 03-12538-PBS |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**Intervenors' and Commonwealth Defendants' Rule 56.1 Statement of Disputed Material Facts and Statement of Additional Material Facts.**

- 2 -

The original documents are maintained in the case file in the Clerk's Office.

BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,

By their Attorneys,


/s/ Christopher R. Noyes
Harry T. Daniels (BBO #113800)
Mark D. Selwyn (BBO #565595)
Jennifer L. Carpenter (BBO #647214)
Christopher R. Noyes (BBO #654324)
christopher.noyes@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Robin L. Alperstein
Wilmer Cutler Pickering Hale and Dorr LLP
300 Park Avenue
New York, New York  10022
(212) 937-7200

Nadine Cohen, Esq.
Lawyers' Committee For Civil Rights
  Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts  02108
(617) 482-1145

Dated:  September 3, 2004

- 3 -

## CERTIFICATE OF SERVICE

      I, Christopher R. Noyes, hereby certify that a copy of the foregoing has been served via email, facsimile or first class mail this 3rd day of September, 2004 to the following attorneys of record:

Harold L. Lichten, Esq.
Pyle, Rome Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA  02108

Stephen G. Cox, Esq.
City of Boston
Boston City Hall, Room 615
Boston, MA  02201

Betsy Facher, Esq.
Office of the Legal Advisor
Boston Police Department
One Schroeder Plaza
Boston, MA  02120

Robert L. Quinan, Jr., Esq.
Attorney General's Office
One Ashburton Place, Room 2019
Boston, MA  02108-1698

                                                      /s/ Christopher R. Noyes
                                                      Christopher R. Noyes

BOSTON 2089280v1