

# CITY OF BOSTON
# LAW DEPARTMENT

City Hall, Room 615
Boston, MA 02201

THOMAS M. MENINO
Mayor

MERITA A. HOPKINS
*Corporation Counsel*

September 3, 2004

Mr. Robert Alba
United States District Court
 for the District of Massachusetts
One Courthouse Way
Suite 6130
Boston, MA 02110

Re:   *Paul DeLeo Jr. et al. v. City of Boston et al.*
      Docket No. 03 cv 12538 PBS

Dear Mr. Alba:

As a matter of clarification, yesterday I electronically filed *Defendant City of Boston's Local Rule 56.1 Statement Of Facts* and *Defendant City of Boston's Opposition To Plaintiffs' Motion For Summary Judgment And/or Preliminary Injunction*. In error, I attached exhibits (A through L) to the *Opposition*, when technically they are exhibits to the *Statement of Facts*. I apologize for any confusion this may have caused.

Thank you.

Sincerely,

Stephen G. Cox
Assistant Corporation Counsel
(617) 635-4064
stephen.cox@cityofboston.gov

cc:   Harold L. Lichten, Esq.
      Robert L. Quinan, Jr., Esq.
      Nadine Cohen, Esq.
      Mark D. Selwyn, Esq.
      Robin L. Alperstein, Esq.