Form 16 11 (PAR 09)  
City of Boston-Police Department

Human Resource Division  
Certification Report Supplement  
Original Appointment

Certification # 220831  
DATE: 8/05/02

| NAME | PAGE | DESIGNATION | NON-SELECTION REASON | S | NS |
|---|---|---|---|---|---|
| Dalmar, Rhoan J. | 1 | CB* | | | X |
| Orlandi, Matthew | 1 | D** | | | X |
| Rodriguez, Hector L. | 1 | CH* | | | X |
| Kacvinski, John J. | 1 | D** | | | X |
| Ramirez, Mariano | 1 | CH* | | | X |
| Carey, Michael | 2 | D** | | | X |
| Cox, Bruce | 2 | CB* | | | X |
| Hurley, Robert | 2 | D** | | X | |
| Kelley, David | 2 | D** | | | X |
| Lamarre, Davidson | 2 | CB* | | | X |
| Osgood, Carlos | 2 | CB* | | | X |
| Wahlen, Scott | 2 | D** | | | X |
| Gianetti, Anthony | 3 | D** | | | X |
| Kenneally, Brian | 3 | D** | | | X |
| Pusey, Daniel C. | 3 | CB* | | X | |
| Tarantino, Marc | 3 | D 402B | | | X |
| Deleon, Winston | 3 | CB* | | X | |
| Lucas, Scott | 3 | D** | | | X |
| Mohamoud, Mohamoud | 4 | | | | X |
| Flaven, Michael W. | 4 | D* | | X | |
| Carey, Helesha E. | 4 | CB | | | |
| McGrath, Douglas | 4 | D* | | X | |
| Plouffe, John H. | 4 | D* | | | X |
| Solana, Jacquelin | 4 | CH | | | X |
| Bryant, Calvin S. | 5 | CB | | | X |
| Dorfeuille, Gregory J. | 5 | CB | | | X |
| Atlee, Mark | 5 | D* | | | X |
| Gumbs, Dwayne W. | 5 | CB | | | X |
| Paradis, Michael P. | 5 | D* | | X | |
| Barry, Brian | 5 | D* | | X | |
| Medina, Dennis | 6 | CH | | X | |
| Nahim, Nelson | 6 | CH | | | X |
| Pires, Kenneth A. | 6 | CB | | | X |
| Rossi, Frank | 6 | D* | | X | |
| Sullivan, Michael J. | 6 | D* | | | X |
| Trice, Kevin L. | 6 | CB | | | X |
| Sullivan, Michael | 6 | D* | | X | |

Paul F. Evans  
Police Commissioner

10/9/2003   90

Form 16 11 (PAR 09)  
City of Boston-Police Department

Human Resource Division  
Certification Report Supplement  
Original Appointment

Certification # 220831  
DATE: 8/05/02

| Name | # | Code | Status | | |
|---|---|---|---|---|---|
| Ace, Richard | 6 | CB | | X | |
| Cabrilana, Maria Y. | 7 | CH | | X | |
| Allenshepski, Robert | 7 | D * | | X | |
| Castro, Marco | 7 | CH | | X | X |
| Cordasco, Robert | 7 | CH | | X | |
| Crespo, Marivelle | 7 | CH | See Female Certification | | |
| Griffin, Thomas | 7 | D * | | X | |
| Daddabbo, Danielle M. | 7 | CB | See Female Certification | | |
| Hubbard, William | 7 | D * | | X | |
| Delacruz, Bienvenid | 7 | CH | | X | |
| Lee, Michael | 7 | D * | Not Reached-Tie Group | X | |
| Diaz, Isabel C. | 8 | CH | | X | |
| Matthews, John | 8 | D* | Not Reached-Tie Group | X | |
| Dorsey, Sara | 8 | CB | See Female Certification | | |
| Smith, Matthew | 8 | D* | | X | |
| Drinkard, Lee | 8 | CB | | X | |
| Eunis, Gregory | 8 | CB | | X | |
| Evans, Lola | 8 | CB | See Female Certification | X | |
| McKenna, Matthew | 8 | D* | Not Reached | X | |
| Evans, Victor | 8 | CB | | X | |
| Tsellos, Efthemios | 8 | D* | | X | |
| Flores, Joshua | 9 | CH | Not Reached-Tie Group | X | |
| Woods-Antunes, Sharon | 9 | DI * | See Female Certification | | |
| Gouras, Eduardo | 9 | CH | | X | |
| Gonsalves, John G. | 9 | DI * | Not Reached | X | |
| Stone, Robert S. | 9 | DI * | Not Reached | X | |
| Griffin, Frederick | 9 | CB | Not Reached | X | |
| McKeeney, Denis | 9 | D* | Not Reached | X | |
| Henriquez, Ismael R. | 9 | CH | | X | |
| Hill, Andrea | 10 | CB | | X | |
| Key, Joey | 10 | CB | | X | |
| Egidio, Sylvester | 10 | D* | Not Reached | X | |
| Little, Julian | 10 | CB | | X | |
| Medina, Joseph | 10 | CH | | X | |
| Dillon, Michael | 10 | D* | Not Reached | X | |
| Mitchell, Michael | 10 | D* | | X | |
| Nahim, William A. | 11 | CH | Not Reached-Tie Group | X | |
| Zawadzki, Robert | 11 | D* | | X | |
| Placid, Samuel E. | 11 | CB | Not-Reached | X | |
| Carey, Matthew | 11 | D* | Not Reached | X | |

Paul F. Evans

91

10/9/2003

| Form 16 11 (PAR 09) City of Boston-Police Department | | Human Resource Division Certification Report Supplement Original Appointment | | | Certification # 220831 DATE: 8/05/02 |
|---|---|---|---|---|---|
| Reveron, Jeannette | 11 | CH | ▬▬▬ | *signature* | X |
| Healey, Stephanie | 11 | D* | Not Reached | | X |
| Smith, Jason | 11 | CB | | X | |
| Sloane, Carrie | 11 | D* | Not Reached | | X |
| Alfred, Evans | 11 | CB | Not Reached | | X |
| DeLeo, Paul A. | 11 | D | Not Reached | | X |
| | | | | | |
| Bostick, Earl | 12 | CB | Not Reached | | |
| Jenkins, Timothy | 12 | D | Not Reached | | X |
| Brown, Desean | 12 | CB | Not Reached | | X |
| Brown, Sharyon | 12 | CB | Not Reached | | X |
| Barrett, Thomas E. | 12 | D | Not Reached | | X |
| Cardona, Jose | 12 | CH | Not Reached | | X |
| Cardona, Melvin | 12 | CH | Not Reached | | X |
| Bottary, Robert D. | 12 | D | Not Reached | | X |
| | | | | | |
| Chow, Rosa | 13 | CH | Not Reached | | X |
| Bunker, Patrick | 13 | D | Not Reached | | X |
| Chretien, Charae L. | 13 | CB | Not Reached | | X |
| Carr, Chris | 13 | D | Not Reached | | X |
| Cruz, Elais | 13 | CH | Not Reached | | X |
| Collins, James J. | 13 | D | Not Reached | | X |
| Estevez, Juan A. | 13 | CH | Not Reached | | X |
| Collins, Robert M. | 13 | D | Not Reached | | X |
| Exilien, Serge D. | 13 | CB | Not Reached | | X |
| Conneely, Michael | 13 | D | Not Reached | | X |
| Fergus, Mona | 13 | CB | Not Reached | | X |
| Daly, Daniel | 13 | D | Not Reached | | X |
| | | | | | |
| Curtesha, Gooding | 14 | CB | Not Reached | | X |
| Davis, Robert | 14 | D | Not Reached | | X |
| Green, Paul | 14 | CB | Not Reached | | X |
| Dunford, Brian R. | 14 | D | Not Reached | | X |
| Flaherty, Thomas | 14 | D | Not Reached | | X |
| Galante, Robert | 14 | D | Not Reached | | X |
| Latson, Khari | 14 | CB | Not Reached | | X |
| Gallagher, Thomas | 14 | D | Not Reached | | X |
| | | | | | |
| Martin, Stanley | 15 | CB | Not Reached | | X |
| Greene, James M. | 15 | D | Not Reached | | X |
| Matney, Ernest N. | 15 | CB | Not Reached | | X |
| Higgins, Bruce | 15 | D | Not Reached | | X |
| Hogard, Matthew | 15 | D | Not Reached | | X |
| Nieves-Lopez, Iris M. | 15 | CH | Not Reached | | X |

*signature*
Paul F. Evans
Police Commissioner

92
10/9/2003

*Stamp: HUMAN RESOURCES DIVISION 2003 OCT 28 A 8:1 TEST ADMINISTRATION*

Form 16 11 (PAR 09)  
City of Boston-Police Department  

Human Resource Division  
Certification Report Supplement  
Original Appointment  

Certification # 220831  
DATE: 8/05/02  

| Name | # | Code | Status | X |
|---|---|---|---|---|
| Nunez, Jason A. | 15 | CH | Not Reached | X |
| Kirkpatrick, Dianne M. | 15 | D | Not Reached | X |
| Parker, Sheneal | 16 | CB | Not Reached | X |
| Lockhart, Aaaron | 16 | D | Not Reached | X |
| Long, Terence | 16 | D | Not Reached | X |
| Rieves, Rena M. | 16 | CB | Not Reached | X |
| MacDonald, Matthew | 16 | D | Not Reached | X |
| Sadberry, Kevin D. | 16 | CB | Not Reached | X |
| Martin, Emily | 16 | D | Not Reached | X |
| Vargas, Shahira | 16 | CH | Not Reached | X |
| McKeown, Mark | 16 | DA | Not Reached | X |
| Velazques, Ronney | 16 | CH | Not Reached | X |
| Walker, Brian | 17 | CB | Not Reached | X |
| Noberini, John M. | 17 | D | Not Reached | X |
| Willoughby, Charlene | 17 | CB | Not Reached | X |
| Noonan, Richard | 17 | D | Not Reached | X |
| Bell, Kristen | 17 | CH | Not Reached | X |
| O'Connor, Timothy | 17 | D | Not Reached | X |
| Breveleri, Matthew | 17 | CB | Not Reached | X |
| O'Hara, Dawn | 17 | D | Not Reached | X |
| Britt, Amin J. | 17 | CB | Not Reached | X |
| Osberg, Richard | 17 | D | Not Reached | X |
| Brown, Lila V. | 18 | CB | Not Reached | X |
| Papasso, Peter | 18 | D | Not Reached | X |
| Coston, James | 18 | CB | Not Reached | X |
| Cox-Anderson, Julie | 18 | CB | Not Reached | X |
| Quinn, Joseph A. | 18 | D | Not Reached | X |
| Davis, Franklin | 18 | CB | Not Reached | X |
| Rogers, Patrick E. | 18 | D | Not Reached | X |
| Davis, Sophia | 18 | CB | Not Reached | X |
| Debarros, Robbie | 18 | CB | Not Reached | X |
| Sullivan, Edward | 18 | D | Not Reached | X |
| Diaz, Jose M. | 19 | CH | Not Reached | X |
| Walsh, Mark G. | 19 | D | Not Reached | X |
| Dumas, Jamar | 19 | CB | Not Reached | X |
| Wightman, Donald | 19 | D | Not Reached | X |
| Escobar, Richard | 19 | CH | Not Reached | X |
| Ambrose, Jeffrey | 19 | D | Not Reached | X |
| Hamilton, Lynette J. | 19 | CB | Not Reached | X |
| Anderson, Kyle W. | 19 | D | Not Reached | X |

Paul F. Evans

10/9/2003   93

| Form 16 11 (PAR 09) City of Boston-Police Department | | Human Resource Division Certification Report Supplement Original Appointment | | Certification # 220831 DATE:8/05/02 |
|---|---|---|---|---|
| Lenane, Timothy | 19 | CB | Not Reached | X |
| Bean, Stephanie | 19 | D | Not Reached | X |
| Lucien, Rico | 19 | CB | Not Reached | X |
| Boomhower, Danielle M. | 19 | D | Not Reached | X |

*[Stamp: TEST ADMINISTRATION  2003 OCT 26 A 8:15  HUMAN RESOURCES DIVISION]*

*[Signature]*
Paul F. Evans
Police Commissioner

94
10/9/2003