Form 16-11 (PAR 09)  
City of Boston-Police Department

Human Resource Division  
Certification Report Supplement  
Original Appointment

Certification # 220833  
Certification Date: 8/5/02

| NAME | PAGE | DESIGNATION | NON-SELECTION REASON | SELECTED | NOT SELECTED |
|---|---|---|---|---|---|
| Gilbert, Maureen | 1 | CB* | | | X |
| Woods-Antunes, Sharon D. | 1 | DI* | | X | |
| Carey, Helesha E. | 1 | CB | | | X |
| Healey, Stepahnie M. | 1 | D* | | X | |
| Solana, Jacqueline | 1 | CH | | | X |
| Sloane, Carrie | 1 | D* | | | |
| Kirkpatrick, Dianne | 1 | D | | | X |
| O'Hara, Dawn | 2 | D | | X | |
| Bean, Stephanie | 2 | D | | X | |
| Boomhower, Danielle M. | 2 | D | | | |
| Crespo, Marivelle | 2 | CH | | X | |
| Flynn, Jennifer | 2 | D | | | |
| Daddabbo, Danielle M. | 3 | CB | | | X |
| Geary, Joan M. | 3 | D | | | X |
| Dorsey, Sara | 3 | CB | | X | |
| Drinkard, Lee | 3 | CB | | | X |
| Evans, Lola | 3 | CB | | | X |
| Pacella, Jennifer | 3 | D | | | X |
| Peterson, Heidi A. | 3 | D | | X | |
| Ross, Shiovan M. | 3 | D | | | X |
| Hill, Andrea | 4 | CB | | | X |
| Ulrich, Mary | 4 | D | | | X |
| Wagner, Jessica | 4 | D | | X | |
| Brown, Sharoyn | 4 | CB | | X | X |
| Chow, Rosa | 4 | CH | | X | |
| Brooks, Joanne | 4 | D | | | X |
| Chisholm, Amanda T. | 4 | D | | | X |
| Fergus, Mona E. | 5 | CB | | | X |
| Gooding, Curtesha M. | 5 | CB | | | X |
| Davison, Tanya M. | 5 | D | | | X |
| Dibiasio, Allison | 5 | D | | | X |
| Nieveslopez, Iris M. | 5 | CH | | | X |
| Donoghue, Erin M. | 5 | D | | | X |
| Parker, Sheneal | 5 | CB | | | X |
| Donovan, Kathleen T. | 5 | D | | | X |
| Price, Christine B. | 5 | CB | | | X |
| Fahey, Jennifer | 5 | D | | | |

Paul F. Evans  
Police Commissioner

10/9/2003   45

| Form 16-11 (PAR 09) City of Boston-Police Department | | Human Rresource Division Certification Report Supplement Original Appointment | | Certification # 220833 Certification Date: 8/5/02 |
|---|---|---|---|---|
| Rieves, Rena M. | 6 | CB | ▬▬▬ | X |
| Fenton, Tracey | 6 | D | Not Reached-Tie Group | X |
| Vargas, Shahira A. | 6 | CH | ▬▬▬ | X |
| Willoughby, Charlene | 6 | CB | X | |
| Bell, Kristin M. | 6 | CH | Not Reached | X |
| Gilfen, Katherine | 6 | D | Not Reached-Tie Group | X |
| Brown, Lila V. | 6 | CB | Not Reached | X |
| Kilday, Jaclyn | 6 | D | Not Reached-Tie Group | X |
| Cox-Anderson, Julie | 6 | CB | Not Reached | X |
| Davis, Sophia C. | 7 | CB | Not Reached | X |
| Laslie, Patricia J. | 7 | D | Not Reached-Tie Group | X |
| Debarros, Robbie | 7 | CB | Not Reached | X |
| Phillips, Raquel | 7 | CB | Not Reached | X |
| LoConte, Jennifer | 7 | D | Not Reached Tie Group | X |
| Lyden, Jennifer | 7 | D | Not Reached Tie Group | X |
| McGrath, Anne M. | 7 | D | Not Reached-Tie Group | X |
| McNulty, Erin N. | 7 | D | Not Reached-Tie Group | X |
| Plummer, Nicole M. | 8 | CB | Not Reached | X |
| Moynihan, Jillian | 8 | D | Not Reached-Tie Group | X |
| Ostiguy, Katie M. | 8 | D | Not Reached-Tie Group | X |
| Pokaski, Beth F. | 8 | D | Not Reached-Tie Group | X |
| Belim, Chanel | 8 | CB | Not Reached | X |
| Poles, Maria A. | 8 | D | Not Reached-Tie Group | X |
| Fields, Melissa | 8 | CB | Not Reached | X |
| Finley, Tamara F. | 9 | CB | Not Reached | X |
| Ward, Kerri L. | 9 | D | Not Reached | X |
| Wong, Janet M. | 9 | DA | Not Reached | X |
| Pineyroeastma, Jarida M. | 9 | CH | Not Reached | X |
| Wynn, Bridget V. | 9 | D | Not Reached | X |
| Smith, Kisha | 9 | CB | Not Reached | X |
| Boutin, Jessica | 9 | D | Not Reached | X |
| Boyd, Jennifer | 9 | D | Not Reached | X |
| Williams, Chandra C. | 10 | CB | Not Reached | X |
| Cawley, Kerri A. | 10 | D | Not Reached | X |
| Cumberbatch, Merdice C. | 10 | CB | Not Reached | X |
| Clinton, Amy E. | 10 | D | Not Reached | X |
| Davis, Wendy R. | 10 | CB | Not Reached | X |
| Dear, Maria | 10 | DA | Not Reached | X |
| Depina, Sandra | 10 | CB | Not Reached | X |
| Dunn, Vera | 10 | D | Not Reached | X |
| Douglas, Toneya | 10 | CB | Not Reached | X |
| Evans, Catherine | 10 | D | Not Reached | X |

Paul F. Evans
Police Commissioner

10/9/2003    46

| Form 16-11 (PAR 09) City of Boston-PoliceDepartment | | | Human Rresource Division Certification Report Supplement Original Appointment | | Certification # 220833 Certification Date: 8/5/02 |
|---|---|---|---|---|---|
| Flynn, Tracy M. | 10 | D | | Not Reached | X |

*[Signature]*
Paul F. Evans
Police Commissioner

10/9/2003     47