Boston Police Department

Rules and Procedures

RULE 101
May 4, 1998

## ORGANIZATIONAL STRUCTURE

**General Considerations:** In order to maintain consistency throughout these Rules, whenever a reference is made to a Commander or Director in these Rules, it shall be understood that in cases where an employee is assigned within a District or Division, it means the Commander or Director of the District or Division. In cases where an employee is assigned to a Bureau Office, it means the Bureau Chief. In cases where an employee is assigned to an Office which reports directly to the Police Commissioner or the Superintendent-in-Chief, the responsibility shall remain with the head of the Office where the employee is assigned.

**Sec. 1 Organization:** The Boston Police Department is structured into a series of organizational components that represent functional groupings of employees performing like activities. This structure of the Department provides management with a means of assigning responsibility for performance of a group of functions to a single supervisor or manager and clarifies to whom specific employees are accountable.

**Sec. 1.1 Operating Philosophy - Neighborhood Policing:** Neighborhood Policing is the operating philosophy and style of policing of this Department. Through Neighborhood Policing, police officers and the Department create a partnership with citizens and all relevant public and private agencies to identify and successfully solve problems that engender crime, disorder and fear. As these conditions are removed, the Department, other agencies and the public continue to work together to prevent new problems from arising. Through successful integration of the three key elements of **Partnership, Problem Solving** and **Prevention**, the Department heralds both a return and a re-emphasis on **Ownership** and **Accountability** for all of our efforts and our responsibilities.

**Sec. 2 Table of Organization:** The structure of the organization is management's mechanism for bringing together and coordinating resources to accomplish goals and objectives. The structure of the Department can be expected to change with increases or reductions in resources or when the strategies or priorities are altered. The Department has established a Table of Organization which will be updated periodically to reflect these changes. A copy should be maintained in the **Rules and Procedures Manual** and will be posted permanently in at least one location in each District or Unit accessible to all members of the Department.

**Sec. 3 Grades and Ranks:** The many sworn ranks and civilian grades within the Boston Police Department reflect the paramilitary structure of the organization. The Boston Police Department is organized under the following ranks, grades or position titles:

Boston Police Department      Rules and Procedures

RULE 101

---

## Police Commissioner

### Sworn:
Superintendent-in-Chief
Superintendent
Deputy Superintendent
Captain or Captain Detective
Lieutenant or Lieutenant Detective
Sergeant or Sergeant Detective
Police Officer or Police Officer Detective
Student, Recruit or Probationary Officer

### Civilian:
Bureau Chief or Legal Advisor
Assistant Bureau Chief
Division Director
Deputy Division Director, Unit or Office Director
All Other Support Positions

**Sec. 3.1 Commissioner's Absence:** Unless otherwise authorized by the Police Commissioner, or upon the vacancy of his office without a temporary Police Commissioner having been appointed, the Superintendent-in-Chief will serve as Acting Police Commissioner. If the Superintendent-in-Chief is absent or otherwise unavailable to perform this duty, the Superintendent, Bureau of Field Services will serve as Acting Police Commissioner. If the Superintendent, Bureau of Field Services is absent or otherwise unavailable to perform this duty, the Superintendent who has the most seniority, as determined by their date of appointment to the rank of Superintendent, will serve as Acting Police Commissioner.

**Sec. 3.2 Command and Control:** In the absence of authorization from the Police Commissioner to the contrary, and subject to the provisions of the succeeding sections of this rule, the senior officer of the highest rank, as determined by their date of appointment to that rank, who is present for duty at any place, or on any occasion, shall command.

**3.2.1 Special Service:** For a special service, or for a specified period of regular service, the Police Commissioner may designate an officer to take command without regard to seniority in the same rank.

**3.2.2 Special Assignment Command:** Nothing in this Rule, or elsewhere, shall authorize any officer below the grade of Deputy Superintendent to take command, without authorization from the Police Commissioner, of an Office, Bureau, Area, District, Division or Unit to which he is not regularly assigned.

Any officer designated by the Police Commissioner, the Superintendent-in-Chief, a Superintendent or a Deputy Superintendent, to perform a special duty in any part of the City shall be free to carry out their instructions without regard to the authority of any other officer, even though such officer is their superior. An officer with such a

special duty to perform may direct specific action be taken by other officers, both Superior Officers and subordinates.

**Sec. 3.3 District Authority:** When service is to be performed wholly within a District, but with the assistance of officers from other Districts, an officer of rank attached to the home District and present for duty, shall have authority over an officer of the same rank, even though senior by appointment to that rank, who is detailed from another District or Unit.

**Sec. 4 Definitions:** Throughout this Rule, various terms are used to describe functions and groupings within the Department. The following is a list of these common terms and their definitions:

4.1 **Department:** The Boston Police Department.

4.2 **Bureau:** The level of command responsible for coordinating and directing a major grouping of like activities within the Department.

4.3 **Area:** An administrative level of command of a Bureau, responsible for two or more geographically defined Districts of the city, or of Units of related functions.

4.4 **Office:** The level of command responsible for coordinating and directing a grouping of specific interrelated functions within the Department.

4.5 **Division:** That portion of a Bureau or Office, which may or may not consist of Units, a Section or Sections, which has responsibility for specific functions.

4.6 **District:** A geographical portion of an Area for which responsibility is assigned to a commander, along with personnel and other resources in sufficient quantity to provide general police service on a 24 hour basis.

4.7 **Unit/Group:** A part of an Area, District, Division or Office with personnel and resources assigned ongoing responsibility for a particular function.

4.8 **Section:** Personnel and resources of an Area, District, Division, Unit or Office assigned to perform a special task.

4.9 **Platoon:** A group of officers comprising the work force of a District or Specialized Unit for a particular period of the day and containing its own supervisory and command officers.

4.10 **Squad:** A group of officers under the command of an officer of rank which, in a District, is responsible for patrolling and policing of a neighborhood sector, sectors or beats. In a Specialized Unit, a Squad is responsible for an operational task.

4.11 **Sector:** A geographical area of the city defined by identified neighborhood and/or business section boundaries of variable size within a District, responsibility for which is assigned to one or more patrol units.

4.12 **Beat:** A neighborhood, business section, or portion thereof within a District to which responsibility for patrol purposes is assigned to one or more officers under the direction of a Squad supervisor.

Boston Police Department                           Rules and Procedures

                                                         RULE 101

4.13 **Team:** A group of officers assigned patrol responsibility for a geographical area of a District; or, a number of specially trained on-call personnel who are normally assigned throughout the Department but who respond as a functioning unit to perform a specific task, e.g. Negotiation Team, Entry and Apprehension Team.

**Sec. 5 Organizational Structure:** The executive head of the Department is the **Police Commissioner**. The Police Department is organized into the following Offices and Bureaus:

### Office of the Police Commissioner

| | |
|---|---|
| **Bureau of Internal Investigations** | **Office of the Superintendent-in-Chief** |
| **Office of Administrative Hearings** | **Bureau of Field Services** |
| **Office of Communications** | **Bureau of Investigative Services** |
| **Office of Labor Relations** | **Bureau of Administrative Services** |
| **Office of the Legal Advisor** | **Bureau of Professional Development** |
| **Community Disorders Unit** | **Office of Media Relations** |
| | **Office of Research and Evaluation** |
| | **Office of Strat. Plan. and Resource Dev.** |
| | **Office of the Night Superintendent** |

### The Police Commissioner

**Sec. 6 The Police Commissioner:** The Police Commissioner is the Executive Head of the Department and is responsible for the management, planning, direction and control of the Department. In addition to the Police Commissioner's administrative and support staff and the Unit(s) listed below, the Offices and Bureaus which report directly to the Police Commissioner are: the Office of the Superintendent-in-Chief, the Bureau of Internal Investigations, the Office of Administrative Hearings, the Office of Communications, the Office of the Legal Advisor, the Office of Labor Relations and the Community Disorders Unit.

**Sec. 6.0.1 Office of Administrative Hearings:** Reporting directly to the Police Commissioner and under the command of a Superintendent, this Office has primary responsibility for managing the schedule of hearings; ruling on pre- and post-hearing motions and conducting pre-hearing conferences and disciplinary trial boards. Based on all relevant evidence, the Hearing Officer shall render a fair and reasoned written decision to the Police Commissioner.

**Sec. 6.0.2 Office of Communications:** Responsible for the development and overseeing of strategy to communicate the Neighborhood Policing message of the Boston Police Department both within the Department and to the general public. Special activities will include: coordination of all media messages; preparation of an interdepartmental newsletter; and, providing technical assistance to Districts and Units with preparation of materials for local newsletters and media.

**Sec. 6.0.2.1 Graphic Arts Unit:** Prepares illustrations, Department forms, graphic layouts, crime scene sketches and other art work as required by the various Units and Divisions of the Department.

**Sec. 6.0.3  Office of Labor Relations:** Reporting directly to the Police Commissioner, this Office is responsible for representing the Police Commissioner at employee collective bargaining negotiations, conferences and grievance discussions and for assisting in the development of policies regarding labor relations and negotiations. The Office advises command officers and provides training seminars when needed to ensure their understanding and compliance with the provisions of various collective bargaining agreements. When possible, the Office works with Commanders to resolve grievances at the Unit or District level.

**Sec. 6.0.4  Office of the Legal Advisor:** Reporting directly to the Police Commissioner and under the command of an Attorney, this Office formulates legal opinions and provides legal perspectives on policy matters. Also, provides legal advice to members of the Department concerning the performance of their duties and represents the Department in selected civil litigation. The Office of the Legal Advisor is also responsible for the presentation of all cases where disciplinary charges are brought against Department employees, presents the evidence against Department employees, and is responsible for any subsequent litigation of these cases before the Civil Service Commission and in State and Federal courts.

**Sec. 6.0.5  Community Disorders Unit:** Responsible for coordinating the Department's investigative and field activities concerning bias-related incidents and crimes in which citizens' civil rights have been infringed upon by violence, threats or harassment.

**Sec. 6.1  Office of the Superintendent-in-Chief:** Reporting directly to the Police Commissioner, the Superintendent-in-Chief is the highest ranking police officer in the Department and is responsible for the development, review, evaluation and recommendation to the Police Commissioner of policies, procedures and programs necessary to ensure the implementation of Neighborhood Policing and the effective delivery of police services to the public.

In addition to the Chief's administrative and support staff and the Unit(s) listed below, the Offices and Bureaus which report directly to the Superintendent-in-Chief are: the Bureau of Field Services, the Bureau of Investigative Services, the Bureau of Administrative Services, the Bureau of Professional Development, the Office of Media Relations, the Office of Research and Evaluation, the Office of Strategic Planning and Resource Development and the Office of the Night Superintendent.

Each Office Chief or Director and each Bureau Chief who reports to the Superintendent-in-Chief shall receive instructions and orders from the Police Commissioner through the Superintendent-in-Chief and shall in turn report to the Police Commissioner through the Superintendent-in-Chief.

**Sec. 6.1.1  Office of Media Relations:** Reporting directly to the Superintendent-in-Chief, this Office is responsible for keeping members of the Department, general public and news media informed of police activities by responding to media and

Boston Police Department

Rules and Procedures

RULE 101

informational inquiries and through the preparation and dissemination of news releases.

**Sec. 6.1.2 Office of Research and Evaluation:** Reporting directly to the Superintendent-in-Chief, this Office is responsible for the coordination and/or conduct of all quantitative and qualitative research within the Department. The Office is also designated as the principal liaison to external agencies and institutions in the development and implementation of collaborative research and evaluation activities and serves as the official source for statistical crime data. Specific responsibilities of this Office include, but are not limited to: operational analysis; empirical research; maintaining the master records of the Rules and Procedures, Special Orders and Commissioner's Memoranda; and reviewing analyzing and reporting on crime-related statistics.

**Sec. 6.1.3 Office of Strategic Planning and Resource Development:** Reporting directly to the Superintendent-in-Chief, this Office is responsible for examining and developing new policy initiatives and strategies and for assisting the Police Commissioner in the areas of policy communications, identification and acquisition of external funds, intergovernmental relations and liaison to counterparts in local, state and federal law enforcement agencies and associations.

**Sec. 6.1.4 Office of the Night Superintendent:** Reporting directly to the Superintendent-in-Chief, this Office is responsible for overseeing and supervising the delivery of general and tactical police services during the first half (evening) tour of duty.

### Bureau of Internal Investigations

**Sec. 7 Bureau of Internal Investigations, Office of the Chief:** Reporting directly to the Police Commissioner and under the command of a Superintendent, this Bureau has responsibility for ensuring that the professional standards and integrity of the Department and its members are maintained. The Bureau continually monitors and evaluates procedures and policies of the Department. The Bureau reviews and maintains records of all Department disciplinary actions.

**Sec. 7.1 Internal Affairs Division:** Reporting directly to the Chief, BII, investigates incidents of alleged police misconduct; reviews complaint investigations to assure that investigations are thorough and complete; analyzes all complaint data; and proactively assists in the development of needed training modules. Coordinates the Department's efforts relative to the Early Intervention System (EIS) in those circumstances where intervention may prevent subsequent problems or complaints. Reviews the investigative efforts of personnel assigned to conduct recruit investigations.

**Sec. 7.2 Anti-Corruption Division:** Reporting directly to the Assistant Chief, BII, investigates instances in which a Department member is reported or suspected of involvement in criminal activity involving abuse of position and any other investigation at the direction of the Chief, BII or the Police Commissioner.

**Sec. 7.3  Auditing and Review Division:**  Reporting directly to the Assistant Chief, BII, performs periodic audits of specific functions within Units and Districts to assess their level of performance and their compliance with Department policies and Rules and Procedures; reports recommendations for the development or modification of organizational strategies and procedures.

**Sec. 7.4  Recruit Investigations Unit:**  Reporting directly to the Assistant Chief, BII, conducts background investigations on all police recruit applicants and other Department employees as directed and conducts initial applicant interviews when necessary to determine the suitability of potential applicants.

### Bureau of Field Services

**Sec. 8  Bureau of Field Services, Office of the Chief:**  Reporting directly to the Superintendent-in-Chief and under the command of a Superintendent, the Bureau of Field Services has primary responsibility for the implementation of Neighborhood Policing and the delivery of effective and efficient police services to the community, as well as primary responsibility for the delivery of general, tactical police services and joint Bureau operations, unless otherwise directed by the Police Commissioner.

**Sec. 8.0.1  Night Command:**  Responsible for overseeing and supervising the delivery of general and tactical police services during the first half (evening) and last half (night or morning watch) tours of duty. Performs periodic inspections of personnel, Units and Areas to assess their level of performance and their compliance with Department Rules and Procedures.

**Sec. 8.0.2  School Police Unit:**  Reporting to both the Police Department and the Boston School Department, the Safety Coordinator directs the Chief of School Safety in the provision of safety services in the Boston Public Schools. The Unit's goal is to ensure that full communication and collaboration exist between the Boston Public Schools Safety Services Department and the Boston Police Department to promote a safe and secure school and community.

**Sec. 8.0.3  Negotiation Team:**  Under the direction of a Superior Officer appointed by the Police Commissioner and reporting to the Chief, Bureau of Field Services, the team is responsible for resolving Special Threat Situations through the application of specialized negotiation techniques which allow the individuals to peacefully surrender.

**Sec. 8.0.4  Neighborhood Crime Watch Section:**  The Section provides technical expertise to community organizations that wish to set up and/or maintain neighborhood crime watch programs throughout the city.

**Sec. 8.0.5  Special Events Planning Unit:**  Plans and coordinates with federal, state and municipal agencies for implementing policing strategies for major public events (e.g., marathons, festivals, parades, etc.) which affect the neighborhoods of the city. In coordination with the Intelligence Unit, makes a determination of the threat level

Boston Police Department                                    Rules and Procedures

                                                           RULE 101

---

regarding visiting public figures and dignitaries. Provides for the security needs of public figures and dignitaries visiting the City.

**Sec. 8.1 Support Services Division:** Assists the Bureau Chief, acts as a liaison to the Bureau of Administrative Services, assists in coordinating and managing resources for the implementation of Neighborhood Policing, monitors and governs the expenditure of grant money and overtime funds allocated to the Bureau, and provides general oversight and supervision of the following Units.

**Sec. 8.1.1 Juvenile Detention Facility:** In accordance with the procedures established in Rule 318B, the Juvenile Detention Facility is responsible for the temporary care and custody of juveniles detained by the Boston Police Department who are awaiting arraignment.

**Sec. 8.1.2 Court Unit:** Responsible for the overall management of Department personnel assigned to the courts throughout the City and all Department related business being conducted at those courts, and provides for the unity of command over all Supervisors-of-Cases.

**Sec. 8.2 District Commands:** For administrative purposes, Districts are grouped into the following Areas which, at the discretion of the Police Commissioner, may be placed under the command of an Area Commander: Area A is comprised of District A-1 and District A-7. Area B is comprised of District B-2 and District B-3. Area C is comprised of District C-6 and District C-11. Area D is comprised of District D-4 and District D-14. Area E is comprised of District E-5, District E-13 and District E-18.

**Sec. 8.2.1 Districts A-1 through E-18:** District Commanders provide complete administrative and field supervision in the Districts under their control and are responsible for meeting the needs of citizens and for ensuring all functions and operations are performed in accordance with Department Rules and Procedures.

**Sec. 8.3 Operations Division:** The Operations Division is responsible for the receipt of calls for assistance on the Enhanced 9-1-1 Emergency Telephone System (E-911) and, through the Dispatch Section, for directing the deployment of response units as called for by the neighborhood policing response plan. In addition, the Division operates the Neighborhood Interaction Unit which assists the Department in providing for Differential Police Response by providing for the telephone reporting of crimes.

**Sec. 8.4 Special Operations Division:** Special Operations is responsible for specialized patrol, tactical and selective enforcement operations as detailed in the following sections:

**Sec. 8.4.1 Tactical Support Group:** Responsible for providing specialized patrol, tactical and selective enforcement operations in situations requiring a high degree of specialized training and/or equipment.

**Sec. 8.4.1.1 Mobile Operations Patrol (MOP) Unit:** Is the Department's motorcycle unit and is used for traffic enforcement, patrol, dignitary protection and selective tactical operations.

**Sec. 8.4.1.2 Entry and Apprehension Team:** Trained in tactics, physical training, weapons qualifications and equipment utilization, the team is responsible for responding to situations involving suspected armed and dangerous individuals or groups.

**Sec. 8.4.1.3 Canine Unit:** Responsible for responding city-wide to situations which require the use of specially trained canines in search procedures and other specialized operations.

**Sec. 8.4.1.4 Mounted Unit:** Responsible for responding citywide to situations which require highly visible patrol and/or the use of mounted units specially trained in crowd control techniques. Provides housing, care and transportation for police mounts.

**Sec. 8.4.2 Environmental Safety Group:** The Commander of the Environmental Safety Group represents the Commissioner and Superintendent, BFS, on the City of Boston Environmental Strike Team and, as requested, at various judicial and regulatory hearings and procedures.

**Sec. 8.4.2.1 Harbor Patrol Unit:** The Commander, Harbor Patrol Unit is the Harbor Master of the City of Boston. All other sworn personnel assigned to the Harbor Patrol Unit are designated as Assistant Harbor Masters of the City of Boston. The Unit is responsible for patrolling the waterways of Boston Harbor and enforcing maritime laws and regulations, Boston Harbor regulations, the Laws of the Commonwealth and ordinances of the City of Boston regarding these waters, as well as enforcing environmental regulations promulgated by these entities.

**Sec. 8.4.2.2 Hazardous Materials Response Unit:** Responsible for responding to sites where hazardous materials are found and providing for the enforcement and prosecution of violations of environmental laws pertaining to the storage, transportation and disposal of hazardous materials.

**Sec. 8.4.2.3 Explosive Ordnance Unit:** Responsible for technical services relating to the safe detection, removal and disposal of incendiary devices and commercial/military explosive material.

**Sec. 8.4.3 Youth Violence Strike Force Unit:** Is comprised of uniformed officers, plainclothes officers and detectives whose mission is to disrupt the organizational structure and reduce the criminal activity and anti-social behavior of youthful offenders and youth gangs through directed and neighborhood-based policing strategies.

**Sec. 8.4.4 Youth/Senior Service Officer Unit:** Assists in coordination and obtaining resources for the Youth Service Officers and Senior Service Officers. Cooperates with the Police Athletic League (PAL) for resources and assistance. Acts as liaison with city Departments and agencies to coordinate the activities of the Youth and Senior Programs.

**Sec. 8.5 Special Police Division:** Is responsible for the direction of city funded ancillary police agencies in order to meet the needs of the citizens in public housing, the security needs of the Public Health Commission and designated city properties.

## Bureau of Investigative Services

**Sec. 9 Bureau of Investigative Services, Office of the Chief:** Reporting directly to the Superintendent-in-Chief and under the command of a Superintendent, the Bureau of Investigative Services oversees the activities of the citywide investigative Divisions and ensures that the most effective investigation practices and procedures are practiced on a daily and continuing basis. The staff provide logistical assistance to the Bureau Chief in meeting the administrative and operational needs of the Department's investigative services; develop and implement investigative information systems to coordinate information for the management of investigative resources; and provide administrative support to all Divisions, Sections and Units within the Bureau.

**Sec. 9.0.1 Homicide Unit:** At the direction of the District Attorney's Office, investigates and prepares cases on all homicides, suspicious deaths, serious assaults and battered children cases in which the victim is in danger of death, as well as the investigation of the sudden death of infants or those apparently stillborn.

**Sec. 9.1 Investigative Planning Division:** Provides administrative and operational logistical support to the Bureau Chief and assists in developing, coordinating and managing new initiatives, including the use of management information systems within the Bureau. Reviews and records daily supplement reports for Uniform Crime Report clearances.

**Sec. 9.1.1 Crime Stoppers Unit:** Assists investigating detectives with active unsolved cases by providing a telephone tip line to encourage citizens to supply information with guaranteed anonymity and cash awards.

**Sec. 9.2 Major Investigations Division:** Responsible for conducting investigations of criminal activity by both individuals and organized groups, including cases involving domestic violence and sexual assault. Also responsible for providing investigative and administrative support to the city's licensing agencies and to other law enforcement agencies. The Division includes the following:

**Sec. 9.2.1 Major Case Unit:** Conducts investigations of criminal activity by highly organized and disciplined groups; provides other commands with information on the crime potential in their Districts and assists District Detectives with ongoing investigations.

**Sec. 9.2.2 Intelligence Unit:** Responsible for collecting, evaluating and analyzing information on individuals and groups who are engaged in criminal activity, including emerging groups. Serves as the liaison between other law enforcement agencies for the exchange of critical intelligence information. In coordination with the Special Events Planning Unit, BFS, responsible for

conducting threat assessments and for evaluating the security needs of controversial public figures and visiting dignitaries, both foreign and domestic.

**Sec. 9.2.3  Sexual Assault Unit:** Responsible for the coordination and supervision of all Department investigations concerning rape, attempted rape and sex crimes including the investigation of all child sexual abuse cases forwarded by the Office of the District Attorney from the Department of Social Services.

**Sec. 9.2.4  Sex Offender Registry Information Unit:** Responsible for maintaining a database on all registered sex offenders living or working within the City of Boston; responsible for responding to all requests for sex offender registry information from members of the public authorized to obtain such data; and responsible for proactively notifying community organizations and/or members of the public likely to encounter any persons designated as serious offenders (Level II and Level III) by the Sex Offender Registry Board.

**Sec. 9.2.5  Domestic Violence Unit:** Manages the police response to victims of domestic violence and provides technical assistance to local Districts and other Units.

**Sec 9.2.6  Licensed Premises Unit:** Responsible for the continual inspection and monitoring for compliance of licensed premises to the terms of those licenses issued by the Licensing Board of the City of Boston and the Mayor's Office of Consumer Affairs and Licensing Division and for providing investigative support to District Commanders on licensing issues.

**Sec. 9.2.7  District Attorney's Office Unit:** Provides investigative support to the Suffolk County District Attorney in the prosecution of specialized cases as directed.

**Sec. 9.2.8  Fugitive Squad:** Responsible for the coordination of efforts between the Districts/Units and the courts within the city in demanding rendition of known fugitives from the state where they reside or are held in custody.

**Sec. 9.2.9  Arson Squad Unit:** Responsible for the investigation of all fires that the Fire Investigation Unit/Arson Squad is called to; investigates all fatal fires and provides assistance on court and legal matters relating to such incidents.

**Sec. 9.2.10  Auto Squad Unit:** Responsible for citywide investigations of "Chop Shops", auto theft-rings and motor vehicle insurance fraud.

**Sec. 9.2.11  Fraud Investigation Unit:** Responsible for citywide investigations of fraudulent and larcenous schemes, and other crimes as directed.

**Sec. 9.3  Drug Control Division:** Responsible for coordinating and managing the citywide enforcement of the Massachusetts Controlled Substance Act (M.G.L. c. 94C) as well as being responsible for the development and implementation of drug-related public education programs and maintaining liaison with public and private organizations involved in the prevention and control of drug abuse. In addition, responsible for the

Case 1:03-cv-12538-PBS    Document 78-6    Filed 09/24/2004    Page 12 of 17

Boston Police Department                                      Rules and Procedures

RULE 101

receipt and deposit of all money seized pursuant to M.G.L. c. 94C, § 47, as well as compliance with such orders as the court issues regarding final disposition of such funds.

**Sec. 9.4 Forensic Technology Division:** Responsible for obtaining, preserving and analyzing physical evidence for eventual court presentation and for assisting in the development of techniques and procedures for effective crime scene search and criminal identification and apprehension.

**Sec. 9.4.1 Ballistics Unit:** Maintains custody of, examines and ensures the continuity of evidence for the prosecution of cases, including those in which a firearm is discharged by a member of the Department, except when in training or practice. Examines and provides expert testimony in court on firearms and/or ammunition coming into police custody. Maintains custody and control of all firearms coming into the possession of Department members for any reason. Ensures disposal, according to court order and statutes, of firearms no longer needed to be held.

**Sec. 9.4.2 Crime Laboratory Unit:** Provides the following services: crime scene processing, evidence collection and preservation, analysis of evidence, DNA analysis, reporting of results and conclusions and providing courtroom testimony. The Crime Laboratory interacts with all units within the Department and provides expert testimony in the prosecution of criminal cases. Ensures disposal according to court order and/or when statutes regarding evidence indicate it no longer needs to be held.

**Sec. 9.4.3 Identification and Photography Unit:** Manages and coordinates the activities of the sections listed below, including classifying and/or maintaining fingerprint and photograph files on arrested persons; responding to crime scenes to assist in the recovery of physical evidence; providing photographic documentation at crime scenes; processing both crime scenes and physical evidence for latent fingerprints; development of both color and black and white film; entering and maintaining relevant warrant files; and maintaining and coordinating files on missing persons.

**Sec. 9.4.3.1 Main Index Section:** Responsible for the fingerprint classification and criminal identification of all booking arrests through the Integrated Identification Imaging System and forwards fingerprints to appropriate state and federal agencies. Responds to crime scenes to provide photographic documentation. Photographs autopsies at the request of the Homicide Unit and fingerprints dead bodies. Photographs all Department motor vehicle accidents.

**Sec. 9.4.3.2 Criminal Record Section:** Responsible for compilation and dissemination of Criminal Offender Record Information in accordance with Rule 307 and M.G.L. c. 6, §§ 167-178.

Sec. 9.4.3.3 **Latent Print Section:** Responds to homicides and other crime scenes to identify and collect latent fingerprint evidence. Processes evidence by various chemical methods to develop latent prints, establish points of identification and match prints to known suspects. Offers expert testimony in latent print identification for court prosecution and lends technical support to District detectives.

Sec. 9.4.3.4 **Photo Lab Section:** Develops and prints color and black and white photographs as well as maintaining negative archives of crime scenes and mug shots.

Sec. 9.4.3.5 **Warrant Section:** Responsible for entry and deletion of all NCIC warrants. Maintains an alpha file on Housing Court warrants. Returns canceled warrants upon service.

Sec. 9.4.3.6 **Missing Persons/Exploited Children Section:** Responsible for coordinating the documentation, entry, cancellation and follow-up investigation of all reported missing persons with the Detective Supervisor in each District.

### Bureau of Administrative Services

Sec. 10 **Bureau of Administrative Services, Office of the Chief:** Reporting directly to the Superintendent-in-Chief and under the command of a Superintendent or Bureau Chief, the Bureau of Administrative Services is responsible for providing services to support the field activities of the Department by assisting with the management, personnel, fiscal, maintenance, communication, and procurement functions required for the Department to accomplish its mission.

Sec. 10.1 **Information Technology Division:** Responsible for the purchase, installation, maintenance, repair and training necessary to support the communications and information needs of the Department.

Sec. 10.1.1 **Information Systems Group:** Responsible for maintaining and supporting the computer and information needs of the Department. Responsible for personal computer (PC) based installations, support, user applications, software evaluation, procurement and networking. Also responsible for conducting and coordinating the education and training of Department personnel in computer use and technology.

Sec. 10.1.2 **Telecommunications Management Unit:** Responsible for the purchase, installation and maintenance of all Department telecommunications and electronic equipment. Included are: field deployable telecommunications and electronic equipment, such as radios, MDT terminals, radar, PA systems, telephones, the mobile field command post, lighting trucks and the operations center emergency generator. Also, maintains and deploys crowd control barriers as needed.

Sec. 10.2 **Fleet Management Division:** Responsible for the acquisition, repair, maintenance and inventory of police vehicles and for evaluating all Departmental motor vehicle accidents and reports.

**Sec. 10.3 Facilities Management Division:** Responsible for the preparation of the capital budget and the execution of the Capital Plan and for all maintenance and alterations of buildings.

**Sec. 10.3.1 Capital Projects and Planning Unit:** Responsible for the planning, preparation and execution of the Department's Capital Plan.

**Sec. 10.3.2 Facilities Maintenance Unit:** Oversees all repair and upkeep of the various police facilities using staff and contract personnel as required.

**Sec. 10.3.2.1 Electrical Maintenance Section:** Responsible to install, maintain, repair and alter all electrical appliances, equipment, lines and related accessories in Department buildings.

**Sec. 10.3.2.2 Building Services:** Under the direction of the Superintendent of Buildings, responsible for the care and cleaning of all Department facilities.

**Sec. 10.3.2.3 Mail Services:** Responsible for collection, sorting and distribution and delivery of Department mail and for processing all outgoing mail, both U.S. Postal and Department mail.

**Sec. 10.4 Human Resources Division:** The Human Resources Division is responsible for providing medical and records support. The Division works closely with the City Personnel Office, the Commonwealth of Massachusetts, Human Resources Division and the Training and Education Division and has responsibilities that include, but are not limited to: job postings, employee hiring and exam development as well as the examining and drafting of recommendations on employment and health matters.

**Sec. 10.4.1 Personnel Processing Unit:** Administers the Department's personnel system; drafts Personnel Action Reports, Absence and Termination Forms, Budget Amendments, Adjustment in Compensation Forms, Personnel Orders, retirement documents and employee benefit forms and any other document that is required. Maintains the Departmental personnel database, including photographs and fingerprints of all employees and applicants. Produces Departmental I.D. cards. Develops standards and policies for all personnel transactions.

**Sec. 10.4.2 Employment Services Unit:** Responsible for recruiting, screening, selecting and retention of civilian employment positions within the Department. Specific responsibilities of this unit will be the management of the civil service system as related to civilian employment, the drafting and publication of internal and external job postings, interviewing prospective employees, drafting job descriptions and position description questionnaires, administering typing tests and any other task that will ensure that the Department is fully staffed from a civilian employment perspective.

**Sec. 10.4.3 Personnel Records Section:** Responsible for the care and custody of all Department personnel files.

**Sec. 10.4.4 Attendance Management Section:** Responsible for tracking all sworn and civilian attendance. Also responsible for producing reports as requested and for processing "buy-backs", as required by collective bargaining agreements.

**Sec. 10.4.5 Occupational Health Services Unit:** Provides occupational health care and case management for all sick and injured employees and assists the Office of Labor Relations and individual employees in matters regarding an employee's duty status, assignment due to medical status and in hearings and retirement matters involving injury or illness. Also, responsible for managing the medical expenses incurred as a result of injuries sustained in the line of duty by sworn members of the Department.

**Sec. 10.4.6 Stress Support Unit:** Organizes and maintains an employee assistance program, providing confidential support groups, counseling and referrals for sworn personnel.

**Sec. 10.5 Finance Division:** Responsible for the preparation and presentation of the Department's Annual Budget, the continuous monitoring of spending throughout the fiscal year. Ensures full compliance with: the City of Boston's fiscal guidelines; payment of vendor invoices and the preparation and execution of all contracts; the billing of all private paid detail requests; the processing and monitoring of all grants; and the dissemination of all financial reports.

The Division consists of a number of Units/Sections, including Auditing and Finance, Budget, Contracts, Paid Details Payment, Payroll and Central Cashier. The Division is available to answer all inquiries regarding fiscal and contractual issues and to provide all related information as requested by the Commissioner and the Command Staff.

**Sec. 10.5.1 Detail Assignment Unit:** Responsible for the assignment of paid details to non-District personnel, in accordance with collective bargaining agreements.

**Sec. 10.5.2 Central Artery Detail Assignment Unit:** Responsible for the assignment of paid details for the Central Artery Project, in accordance with the agreement governing such details.

**Sec. 10.5.3 Data Entry Unit:** Responsible for the data input of all arrest data, details and performed overtime.

**Sec. 10.5.4 False Alarm Billing:** Reviews false alarm reports and bills negligent parties as required by City Ordinance.

**Sec. 10.6 Licensing and Public Services Division:** Responsible for overseeing and setting policy for the following Units in areas which govern the operation of Hackney Carriages and Sightseeing Vehicles, the issuing of licenses approved by the Police Commissioner, the maintenance and retrieval of incident and arrest records and the monitoring of pawn shops.

**Sec. 10.6.1 Hackney Carriage Unit:** Processes all applications for Hackney Carriage Medallions and Hackney Carriage Operator's Licenses, as well as regulating the operation of the Hackney Carriage industry within the City.

Boston Police Department

**Sec. 10.6.2 Licensing Unit:** Processes and records all applications for all licenses issued by the Police Commissioner. When appropriate, investigates applications for licenses and permits issued by other City or State agencies.

**Sec. 10.6.3 Pawn Section:** Records and monitors all pawn sheets submitted by pawn shops and secondhand dealers; examines them to discover property which may be stolen; and coordinates with District/Unit Detectives to recover stolen property.

**Sec. 10.6.4 Public Services Unit:** Provides licensing services and information to the public and other authorized agencies or individuals.

**Sec. 10.6.5 Field Reports Section:** Reviews, codes and ensures that incident and arrest reports are properly filled out and correctly routed; prepares data received from other units. Processes and verifies documents necessary for maintaining computer files.

**Sec 10.6.6 Insurance Reports Section:** Responsible for preparing and issuing miscellaneous reports upon request from private individuals, insurance companies and government agencies and for issuing good conduct letters for the U.S. Department of Immigration and Naturalization Service.

**Sec. 10.7 Central Supply Division:** Responsible for all procurements, inventory controls, disbursements and disposal of all equipment, supplies and materials necessary to support the functions of the Department. Also, participates in the coordination of auctions for lost/found property and automobiles.

**Sec. 10.7.1 Lost/Found Property Unit:** Receives and inventories unclaimed property turned over to the Department until its rightful owner can be located or until the property is disposed of in accordance with statutory requirements either through destruction, sale or by being transferred to Central Supply for auction.

**Sec.10.8 Central Drug Depository Unit:** Responsible for the transportation of all seized drugs to the Commonwealth of Massachusetts Food and Drug Administration for analysis. Also responsible for the storage and safeguarding of such drugs until a court issues a final disposition order and the drugs are disposed of according to such order.

### Bureau of Professional Development

**Sec. 11 Bureau of Professional Development, Office of the Chief:** Reporting directly to the Superintendent-in-Chief and under the command of a Superintendent, the Bureau is responsible for providing and/or coordinating all professional development initiatives for Department personnel. The Bureau is also tasked with establishing partnerships throughout the City and the region which can assist in furthering the professional development of our Department, e.g., Regional Community Policing Institute for New England (RCPI/NE), Regional Roundtable on Police Integrity.

**Sec. 11.1 Training and Education Division:** Responsible for providing extensive training to all Department personnel, including student officer, in-service and specialized training.

Boston Police Department                              Rules and Procedures

RULE 101

---

**Sec. 11.1.1 Boston Police Academy:** Provides all personnel with an understanding of current issues which impact policing within the City, utilizing the philosophy and practice of Neighborhood Policing as a cornerstone. Provides extensive training to all student officers on skills and knowledge necessary to effectively fulfill their responsibility with the Neighborhood Policing mission.

**Sec. 11.1.2 Audio Visual Unit:** Produces training and informational videos and broadcasts training videos, as well as providing video taping services for crime scene investigations, line-ups, demonstrations and special events.

**Sec. 11.1.3 Firearms Training Unit (Range):** Operates the police range; develops standards relative to firearms, ammunition and related equipment, e.g. holsters; and coordinates the firearm qualification training program.

**Note:** Amended by Special Order 99-29, dated May 18, 1999, which transferred the Graphic Arts Unit from BAS to Office of Communications, OPC.