# EXHIBIT 1

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF MASSACHUSETTS
 3
 4
 5   PAUL DeLEO, et al      )   C.A. No. 03-12538-PBS
 6   VS.                    )   Courtroom No. 19
 7   CITY OF BOSTON, et al  )   1 Courthouse Way
 8                              Boston, MA  02210
 9
10
11
12                           SEPTEMBER 17, 2004
13                                2:00 P.M.
14
15
16
17
18   BEFORE THE HONORABLE PATTI B. SARIS
19   UNITED STATES DISTRICT JUDGE
20
21
22
23
24                           Valerie A. O'Hara
25                         Official Court Reporter
```

```
 1  A P P E A R A N C E S:

 2       Pyle, Rome, Lichten, Ehrenberg, & Liss-Riordan, P.C, by
    HAROLD L. LICHTEN, ESQ., and ALFRED GORDON, ESQ., 18 Tremont
 3  Street, Suite 500, Boston, Massachusetts  02108, for the
    Plaintiffs;

 4
         Boston Police Department, by BETSY J. FACHER, ATTORNEY,
 5  Office of the Legal Advisory, One Schroeder Plaza, Boston,
    Massachusetts  02120, for the Boston Police Department;

 6
         Office of the Attorney General, by ROBERT L. QUINAN, JR.,
 7  ASSISTANT ATTORNEY GENERAL, One Ashburton Place, Room 2019,
    Boston, Massachusetts  02108-1698, for the Commonwealth of
 8  Massachusetts;

 9       City of Boston, by STEPHEN G. COX, ASSISTANT CORPORATION
    COUNSEL, Boston City Hall, Room 615, Boston, Massachusetts
10  02201, for the City of Boston;

11       Wilmer, Cutler, Pickering, Hale and Dorr, LLP, by MARK D.
    SELWYN, ESQ., ROBIN ALPERSTEIN, ATTORNEY, HARRY T. DANIELS,
12  ESQ., and JENNIFER L. CARPENTER, ATTORNEY, 60 State Street,
    Boston, Massachusetts  02109, for Intervenors NAACP and MAMLEO;

13
         Lawyers' Committe for Civil Rights, by NADINE COHEN,
14  ATTORNEY, 294 Washington Street, Suite 443, Boston,
    Massachusetts  02108, for the Intervenors.

15

16

17

18

19

20

21

22

23

24

25
```

VALERIE A. O'HARA
OFFICIAL COURT REPORTER

1  data when people are applying for the test, we have no way of
2  knowing how people in the Boston Police Department can identify
3  themselves.
4           What I can tell you is this, individuals, the
5  numbers of individuals who are considered minority in the
6  Boston Police Department under the Castro definition being
7  African American or Hispanic. That number can only go up if
8  you started to talk about multi-race analysis because there
9  could be people out there who never called themselves --
10          THE COURT: You're all talking pure speculation
11 on everyone's part.
12          MR. GORDON: Your Honor, that's why the Supreme
13 Court and why the Plaintiffs in this case believe you should
14 take the analysis that the Supreme Court used and use the
15 people we know categorized themselves as African American and
16 Hispanic.
17          THE COURT: Let me just ask you this. Let's
18 assume for a minute if I go with the whole Boston Police force,
19 you lose, right, under any theory?
20          MR. GORDON: Yes, your Honor.
21          THE COURT: If I go with entry level, then it
22 becomes an exceptionally close question because it's either 38
23 or 40 percent. There are 38 percent entry level and one is one
24 on one and one is a two percent differential.
25          MR. GORDON: If I may just clarify, in June,

VALERIE A. O'HARA
OFFICIAL COURT REPORTER