# Exhibit A to the
# Commonwealth's Post-Argument Memo

**U.S. Census Bureau — American FactFinder**
*10 Years on the Web*
Main | Search | Feedback | FAQs | Glossary | Site Map | Help

Exh. A

PCT1. TOTAL POPULATION [1] - Universe: Total population
Data Set: Census 2000 Summary File 2 (SF 2) 100-Percent Data

NOTE: For information on confidentiality protection, nonsampling error, and definitions see
http://factfinder.census.gov/home/en/datanotes/expsf2.htm.

|  | Boston city, Suffolk County, Massachusetts |
|---|---|
| Total | 589,141 |

Source: U.S. Census Bureau
Census 2000

---

PCT1. TOTAL POPULATION [1] - Universe: Total population
Racial or Ethnic Grouping: **Hispanic or Latino (of any race)**
Data Set: Census 2000 Summary File 2 (SF 2) 100-Percent Data

NOTE: For information on confidentiality protection, nonsampling error, and definitions see
http://factfinder.census.gov/home/en/datanotes/expsf2.htm.

|  | Boston city, Suffolk County, Massachusetts |
|---|---|
| Total | 85,089 |

Source: U.S. Census Bureau
Census 2000

---

PCT1. TOTAL POPULATION [1] - Universe: Total population
Racial or Ethnic Grouping: **Black or African American alone or in combination with one or more other races, not Hispanic or Latino**
Data Set: Census 2000 Summary File 2 (SF 2) 100-Percent Data

NOTE: For information on confidentiality protection, nonsampling error, and definitions see
http://factfinder.census.gov/home/en/datanotes/expsf2.htm.

|  | Boston city, Suffolk County, Massachusetts |
|---|---|
| Total | 151,246 |

Source: U.S. Census Bureau
Census 2000

**Standard Error/Variance documentation for this dataset:**
Accuracy of the Data: Census 2000 Summary File 2 (SF 2) 100-Percent Data (PDF 44KB)

```
Total number of Hispanic residents of Boston (85,089) added to the
total number of Black/African-American residents who are not Hispanic
equals 236,335 minority residents.  This figure represents 40.12% of
the total population of the City of Boston (589,141 residents).
```

# Exhibit B to the
# Commonwealth's Post-Argument Memo

U.S. Census Bureau — American FactFinder — 10 Years on the Web

**QT-P4. Race, Combinations of Two Races, and Not Hispanic or Latino: 2000**
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data
Geographic Area: **Boston city, Massachusetts**

Exh. B

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

| Race | Total Number | Total Percent | Not Hispanic or Latino Number | Not Hispanic or Latino Percent |
|---|---|---|---|---|
| Total population | 589,141 | 100.0 | 504,052 | 100.0 |
| One race | 563,263 | 95.6 | 485,878 | 96.4 |
| White | 320,944 | 54.5 | 291,561 | 57.8 |
| Black or African American | 149,202 | 25.3 | 140,305 | 27.8 |
| American Indian and Alaska Native | 2,365 | 0.4 | 1,517 | 0.3 |
| Asian | 44,284 | 7.5 | 44,009 | 8.7 |
| Native Hawaiian and Other Pacific Islander | 366 | 0.1 | 271 | 0.1 |
| Some other race | 46,102 | 7.8 | 8,215 | 1.6 |
| Two or more races | 25,878 | 4.4 | 18,174 | 3.6 |
| Two races | 24,560 | 4.2 | 17,294 | 3.4 |
| White; Black or African American | 2,292 | 0.4 | 1,719 | 0.3 |
| White; American Indian and Alaska Native | 776 | 0.1 | 652 | 0.1 |
| White; Asian | 1,576 | 0.3 | 1,521 | 0.3 |
| White; Native Hawaiian and Other Pacific Islander | 126 | 0.0 | 101 | 0.0 |
| White; Some other race | 7,913 | 1.3 | 3,866 | 0.8 |
| Black or African American; American Indian and Alaska Native | 1,178 | 0.2 | 1,064 | 0.2 |
| Black or African American; Asian | 403 | 0.1 | 382 | 0.1 |
| Black or African American; Native Hawaiian and Other Pacific Islander | 459 | 0.1 | 423 | 0.1 |
| Black or African American; Some other race | 8,382 | 1.4 | 6,615 | 1.3 |
| American Indian and Alaska Native; Asian | 86 | 0.0 | 72 | 0.0 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 8 | 0.0 | 2 | 0.0 |
| American Indian and Alaska Native; Some other race | 222 | 0.0 | 62 | 0.0 |
| Asian; Native Hawaiian and Other Pacific Islander | 146 | 0.0 | 143 | 0.0 |
| Asian; Some other race | 733 | 0.1 | 561 | 0.1 |
| Native Hawaiian and Other Pacific Islander; Some other race | 260 | 0.0 | 111 | 0.0 |
| Three or more races | 1,318 | 0.2 | 880 | 0.2 |

(X) Not applicable.
Source: U.S. Census Bureau, Census 2000 Summary File 1, Matrices P3 and P4.

*Handwritten annotations:*
2,292
1,178
403
459
8,382
—
12,714

**U.S. Census Bureau — American FactFinder** — 10 Years on the Web

P3. RACE [71] - Universe: Total population
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

| | Boston city, Suffolk County, Massachusetts | |
|---|---:|---:|
| Total: | 589,141 | |
| Population of one race: | 563,263 | |
| White alone | 320,944 | |
| Black or African American alone | 149,202 | |
| American Indian and Alaska Native alone | 2,365 | |
| Asian alone | 44,284 | |
| Native Hawaiian and Other Pacific Islander alone | 366 | |
| Some other race alone | 46,102 | |
| Population of two or more races: | 25,878 | |
| Population of two races: | 24,560 | |
| White; Black or African American | 2,292 | 2,292 |
| White; American Indian and Alaska Native | 776 | |
| White; Asian | 1,576 | |
| White; Native Hawaiian and Other Pacific Islander | 126 | |
| White; Some other race | 7,913 | |
| Black or African American; American Indian and Alaska Native | 1,178 | 1,178 |
| Black or African American; Asian | 403 | 403 |
| Black or African American; Native Hawaiian and Other Pacific Islander | 459 | 459 |
| Black or African American; Some other race | 8,382 | 8,382 |
| American Indian and Alaska Native; Asian | 86 | |
| | | 12,714 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 8 | |
| American Indian and Alaska Native; Some other race | 222 | |
| Asian; Native Hawaiian and Other Pacific Islander | 146 | |
| Asian; Some other race | 733 | |
| Native Hawaiian and Other Pacific Islander; Some other race | 260 | |
| Population of three races: | 1,145 | |
| White; Black or African American; American Indian and Alaska Native | 414 | 414 |
| White; Black or African American; Asian | 50 | 50 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander | 5 | 5 |
| White; Black or African American; Some other race | 246 | 246 |
| White; American Indian and Alaska Native; Asian | 25 | |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 2 | |
| White; American Indian and Alaska Native; Some other race | 55 | |
| White; Asian; Native Hawaiian and Other Pacific Islander | 27 | |
| White; Asian; Some other race | 59 | |
| White; Native Hawaiian and Other Pacific Islander; Some other race | 18 | |
| Black or African American; American Indian and Alaska Native; Asian | 26 | 26 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 1 | 1 |
| Black or African American; American Indian and Alaska Native; Some other race | 66 | 66 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 23 | 23 |
| Black or African American; Asian; Some other race | 58 | 58 |
| Black or African American; Native Hawaiian and Other Pacific Islander; Some other race | 43 | 43 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 2 | |
| American Indian and Alaska Native; Asian; Some other race | 9 | |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | 4 | |
| Asian; Native Hawaiian and Other Pacific Islander; Some other race | 12 | |
| Population of four races: | 149 | |
| White; Black or African American; American Indian and Alaska Native; | | |

| | | |
|---|---:|---:|
| Asian | 53 | 53 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 9 | 9 |
| White; Black or African American; American Indian and Alaska Native; Some other race | 43 | 43 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 1 | 1 |
| White; Black or African American; Asian; Some other race | 8 | 8 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some other race | 6 | 6 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 9 | |
| White; American Indian and Alaska Native; Asian; Some other race | 0 | |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | 0 | |
| White; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 3 | |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 0 | |
| Black or African American; American Indian and Alaska Native; Asian; Some other race | 5 | 5 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | 0 | |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 10 | 10 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 2 | |
| Population of five races: | 23 | |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 21 | 21 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some other race | 1 | 1 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | 0 | |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 0 | |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 1 | |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 0 | |
| Population of six races: | 1 | |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 1 | 1 |

U.S. Census Bureau
Census 2000

1,090

**Standard Error/Variance documentation for this dataset:**
Accuracy of the Data: Census 2000 Summary File 1 (SF 1) 100-Percent Data (PDF 44KB)

13,804

# Exhibit C to the
# Commonwealth's Post-Argument Memo

Exh. C

BOSTON POLICE DEPARTMENT STRENGTH REPORT PREPARED ON 6/9/2003 BY ED CALLAHAN

| RANK | | W/M | W/F | B/M | B/F | H/M | H/F | A/M | A/F |
|---|---|---|---|---|---|---|---|---|---|
| *PERMANENT OFFICERS* | **** | **** | **** | **** | **** | **** | **** | **** | **** |
| SUPERINTENDENT-IN CHIEF | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SUPERINTENDENT | 7 | 4 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| DEPUTY SUPERINTENDENT | 9 | 4 | 2 | 3 | 0 | 0 | 0 | 0 | 0 |
| CAPTAIN | 22 | 19 | 1 | 2 | 0 | 0 | 0 | 0 | 0 |
| CAPTAIN DETECTIVE | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LIEUTENANT | 48 | 43 | 0 | 3 | 0 | 1 | 0 | 1 | 0 |
| LIEUTENANT DETECTIVE | 20 | 15 | 3 | 2 | 0 | 0 | 0 | 0 | 0 |
| SERGEANT | 201 | 158 | 11 | 27 | 1 | 3 | 0 | 1 | 0 |
| SERGEANT DETECTIVE | 83 | 54 | 5 | 16 | 3 | 2 | 2 | 1 | 0 |
| DETECTIVE | 265 | 165 | 15 | 46 | 17 | 10 | 6 | 6 | 0 |
| PATROLMAN | 1388 | 764 | 71 | 295 | 105 | 106 | 20 | 26 | 1 |
| TOTAL TENURED | 2046 | 1229 | 109 | 395 | 127 | 122 | 28 | 35 | 1 |
| PERCENTAGES | 100% | 60.1% | 5.3% | 19.3% | 6.2% | 6.0% | 1.4% | 1.7% | 0.0% |

| *PROBATIONARY OFFICERS* | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS 38-02 (3/02) | 48 | 22 | 3 | 12 | 3 | 6 | 1 | 1 | 0 |
| CLASS 37-99 (5/01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

TOTAL RECRUITS: 48

GRAND TOTALS: 2094 | 1251 | 112 | 407 | 130 | 128 | 29 | 36 | 1

MINORITY TENURED: 32.84%

Handwritten notes:
- 526 minority patrol officers
- 1388 total
- 526 / 1388 = 37.8%
- 100
- RESIGNATION OF P.O. HAMILTON 3/11/M
- 13.88

# Exhibit D to the
# Commonwealth's Post-Argument Memo

Exh. D

BOSTON POLICE DEPARTMENT STRENGTH REPORT PREPARED ON 6/30/2003 BY ED CALLAHAN

| RANK | * | W/M | W/F | B/M | B/F | H/M | H/F | A/M | A/F |
|---|---|---|---|---|---|---|---|---|---|
| **PERMANENT OFFICERS** | **** | **** | **** | **** | **** | **** | **** | **** | **** |
| SUPERINTENDENT-IN CHIEF | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SUPERINTENDENT | 7 | 4 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| DEPUTY SUPERINTENDENT | 8 | 3 | 2 | 3 | 0 | 0 | 0 | 0 | 0 |
| CAPTAIN | 17 | 14 | 1 | 2 | 0 | 0 | 0 | 0 | 0 |
| CAPTAIN DETECTIVE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LIEUTENANT | 40 | 36 | 0 | 3 | 0 | 0 | 0 | 1 | 0 |
| LIEUTENANT DETECTIVE | 18 | 13 | 3 | 2 | 0 | 0 | 0 | 0 | 0 |
| SERGEANT | 186 | 144 | 11 | 26 | 1 | 3 | 0 | 1 | 0 |
| SERGEANT DETECTIVE | 79 | 50 | 5 | 16 | 3 | 2 | 2 | 1 | 0 |
| DETECTIVE | 252 | 153 | 14 | 46 | 17 | 10 | 6 | 6 | 0 |
| PATROLMAN | 1351 | 730 | 70 | 293 | 105 | 106 | 20 | 26 | 1 |
| TOTAL TENURED | 1959 | 1148 | 107 | 392 | 127 | 121 | 28 | 35 | 1 |
| PERCENTAGES | 100% | 58.6% | 5.5% | 20.0% | 6.5% | 6.2% | 1.4% | 1.8% | 0.1% |

| **PROBATIONARY OFFICERS** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS 38-02 (3/02) | 48 | 22 | 3 | 12 | 3 | 6 | 1 | 1 | 0 |
| CLASS 37-99 (5/01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

TOTAL RECRUITS: 48

| GRAND TOTALS | 2007 | 1170 | 110 | 404 | 130 | 127 | 29 | 36 | 1 |

MINORITY TENURED: 34.10%

Handwritten annotations:
- 524 minority patrol officers / 1,351 total
- 524/38.786 = 1351/100
- 6/30/03
- RETIREMENTS

# Exhibit E to the
# Commonwealth's Post-Argument Memo

**U.S. Census Bureau**
American FactFinder

10 Years on the Web

Main | Search | Feedback | FAQs | Glossary | Site Map | Help

Exh. E

**P1. TOTAL POPULATION [1] - Universe: Total population**
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

|  | Winthrop town, Suffolk County, Massachusetts |
|---|---|
| Total | 18,303 |

U.S. Census Bureau
Census 2000

**P10. HISPANIC OR LATINO BY RACE (TOTAL RACES TALLIED) [15] - Universe: Total races tallied**
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

|  | Winthrop town, Suffolk County, Massachusetts |
|---|---|
| Total races tallied: | 18,533 |
| Not Hispanic or Latino: | 18,003 |
| White alone or in combination with one or more other races | 17,189 |
| Black or African American alone or in combination with one or more other races | 339 |
| American Indian and Alaska Native alone or in combination with one or more other races | 72 |
| Asian alone or in combination with one or more other races | 250 |
| Native Hawaiian and Other Pacific Islander alone or in combination with one or more other races | 9 |
| Some other race alone or in combination with one or more other races | 144 |
| Hispanic or Latino: | 530 |
| White alone or in combination with one or more other races | 294 |
| Black or African American alone or in combination with one or more other races | 19 |
| American Indian and Alaska Native alone or in combination with one or more other races | 7 |
| Asian alone or in combination with one or more other races | 9 |
| Native Hawaiian and Other Pacific Islander alone or in combination with one or more other races | 3 |
| Some other race alone or in combination with one or more other races | 198 |

U.S. Census Bureau
Census 2000

*Handwritten annotation:*
Winthrop Minorities =
339 Black residents
−19 Black Hispanics
320 Black non-Hispanics
+530 Hispanic residents
850 minority residents
= 4.64% of total Winthrop population

$$\frac{18,303}{100} = \frac{850}{4.64}$$

**Standard Error/Variance documentation for this dataset:**
Accuracy of the Data: Census 2000 Summary File 1 (SF 1) 100-Percent Data (PDF 44KB)