# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., THOMAS BARRETT, )<br>MICHAEL CONNEELY, MATTHEW )<br>HOGARDT, BRENDAN DEVER, )<br>PATRICK ROGERS, CHRISTOPHER )<br>CARR, and BRIAN DUNFORD, )<br>    )<br>       Plaintiffs, )<br>    v.    )<br>    )<br>CITY OF BOSTON, Massachusetts, )<br>RUTH BRAMSON, in her Official Capacity )<br>as Chief Human Resources Officer for the )<br>Commonwealth of Massachusetts and THE )<br>COMMONWEALTH OF )<br>MASSACHUSETTS, )<br>    )<br>       Defendants, )<br>    )<br>BOSTON BRANCH OF THE NATIONAL )<br>ASSOCIATION FOR THE )<br>ADVANCEMENT OF COLORED )<br>PEOPLE and MASSACHUSETTS )<br>ASSOCIATION OF MINORITY LAW )<br>ENFORCEMENT OFFICERS, )<br>    )<br>       Intervenors. )<br>    ) | DOCKET NO. 03-12538-PBS |

## CORRECTED SUPPLEMENTAL AFFIDAVIT OF
## DR. CRAIG LAWSON MOORE

I, CRAIG LAWSON MOORE, submit this affidavit as a supplement to my

original affidavit of August 19, 2004 on behalf of the Boston Branch of the National

Association for the Advancement of Colored People and the Massachusetts Association

of Minority Law Enforcement Officers (the "Intervenors"). I declare as follows:

1.      I have been asked to examine and comment on the supplement to the original affidavit of the plaintiffs' expert witness, Dr. Norman D. Aitken, and to render an opinion as to whether the City of Boston has achieved "parity" within the meaning of the Consent Decree in the case *Castro v. Beecher*.

2.      My understanding is that the standard for achieving "parity" is whether the proportion of minority (defined as including residents who are Black or African American, and who are Hispanic or Latino) residents of the City of Boston has reached or exceeded the proportion of minority members of the Boston Police Department.

3.      In my original affidavit, I expressed the following opinions: (a) that the most conservative calculation of the total minority population of Boston based on the 2000 census data is 39.77% (calculated by considering those who consider themselves Black/African-American alone or Latino/Hispanic (but not also Black/African-American)) (see Aff. ¶ 16); (b) that the better way to calculate the total minority population of Boston is to count those who consider themselves Black/African-American (regardless of whether those persons also consider themselves to be of another race), and add that number to those who are Latino/Hispanic (but not also Black/African-American) (see Aff. ¶¶ 24-26); (c) that these estimates are both deeply conservative because the census itself undercounts and understates the minority population in the City of Boston (see Aff. ¶¶ 12, 28); and (d) that Dr. Aitken's attempt to estimate the number of minorities eligible to hold the position of entry level police officer is statistically flawed. See Aff. ¶ 31.

4.      Dr. Aitken challenges only two of my opinions in his Supplemental Affidavit ("Atiken Supp"). He does not challenge my opinion, or the evidence on which

it is based, that the 2000 census in fact undercounts the number of minorities in the City

of Boston and therefore that any calculation of the number of minorities in Boston based

on that census data understates that number. See, generally, Aitken Supp. Nor does Dr.

Aitken attempt to rebut my opinion that his methodology for estimating the number of

minorities in Boston eligible to hold the position of entry-level police officer is

statistically flawed, inherently unreliable, and therefore should not be used.

5.      Dr. Aitken challenges my opinion on two grounds. First, he states that in

calculating the more conservative estimate of 39.77%, I mistakenly included in that

calculation persons who are both Black/African-American and Latino/Hispanic, thereby

double-counting 8,897 people. See Aitken Supp. ¶¶ 13, 16. Second, he advocates that

the Court should not include in the calculation of the total minority population the 10,941

persons who consider themselves to be Black/African-American and another race. Id. ¶¶

11, 16-19. Dr. Aitken acknowledges that his calculation of the total minority population

of Boston excludes nearly 11,000 people who identified themselves as Black/African-

American in the 2000 Census, arguing that these people should not be considered

minorities. Id. ¶ 16. I will address each of these challenges in turn.

6.      I have reviewed the census data upon which I relied in my original

affidavit to calculate the most conservative (and less accurate) number of minorities in

the city of Boston. Dr. Aitken is correct that I did not subtract from the 85,089

Latino/Hispanics those who are also Black/African-American, and that I should have. If

that subtraction is made, **and if the people who consider themselves to be both**

**Black/African-American and another race are excluded from the calculation,** the

total percentage is 38.26%. However, as discussed in my original affidavit and explained

-3-

in further detail below, it would be inappropriate to exclude these "multiracial" people from the calculation of the total number of minorities, and therefore, the correct calculation of the percentage of minorities in the city of Boston based on the 2000 census is **40.12%**.

7.    Upon further examination of the 2000 Census tables, I conclude that the correct number of minority residents in the City of Boston – comprised of Black or African/American and Hispanic or Latino persons – includes: 85,089 Hispanic or Latino residents, 140,305 Black/African-American residents who are not Hispanic or Latino, and 10,941 Black/African-American residents who are also of another race but who are not Hispanic or Latino (for a total of 151,246 people who are Black/African-American alone or in combination with another race, but not also Hispanic/Latino). The total minority population is therefore 236,335, or 40.12% of the 589,141 people in the Boston population. All of these figures come from Table P4 of the Census data (attached hereto as Exhibit A) and are internally consistent. This calculation does not include any double counting of persons who are both Black/African-American and Hispanic/Latino.

8.    Dr. Aitken agrees that the number of persons who are Black/African-American in combination with another race is 10,941. See Aitken Supp. Aff. ¶ 16. Dr. Aitken argues that I have not offered "any rationale" why the 10,941 persons who consider themselves to be Black/African-American as well as another race should be counted as part of the minority population of Boston. Id. ¶ 15. He argues, without statistical explanation, that it would be "methodologically invalid" to calculate the number of minorities in the City of Boston based on the Census data regarding persons who consider themselves Black/African-American and another race because the Boston

-4-

Police Department allegedly does not consider multiracial persons in its own calculation of minorities. Id. ¶ 11. He also argues that these people should be excluded because "there is no way to determine which of the multiple Races selected is the dominant or most important Race in the mind of the respondent." Id. ¶ 17.

9.      It is my opinion that Dr. Aitken's argument for not counting thousands of persons who self-identify as Black/African-American is flawed and without statistical foundation. He himself characterizes his opinion in this regard as "argument." See Aitken Supp. Aff. ¶ 16 ("[I]f the remaining multiracial individuals (10,941) are also not included in the minority total (as per my prior arguments)…")(emphasis added).

10.     In my view, it is the job of the expert to use the available data from the census to calculate the number of minorities in the city of Boston. That number is determined to be 236,335. The number of minorities in the population of Boston does not depend on the Boston Police Department's method of counting its own workforce; just as it does not depend on how the Fire Department, or any other agency, calculates its work force. If it did, then the minority population of Boston would not be a determinable number, but would shift depending on the counting methods of any particular agency. Therefore, I disagree with Dr. Aitken that counting the 10,941 people he prefers to exclude would lead to erroneous results.

11.     It is also my opinion that whether a particular ancestry of a multiracial person is "dominant" in that person's mind is not relevant to the calculation of the number of minorities, and that the issue of "dominance" that Dr. Aitken raises does not provide a legitimate basis for excluding multiracial people who consider themselves Black/African-American. My view is supported by the census questionnaire itself, which

asks, "What is person 1's race?  Mark x to *one or more races* to indicate *what this person considers himself/herself to be.*"  See Aitken Supp. App. Ex. A, Question 8 (emphasis added).  In selecting "Black, African Am. or Negro," therefore, respondents indicate that they consider themselves to be "Black, African Am. or Negro."  It is for precisely this reason that I believe these persons should be included in the calculation of the number of minorities in the city of Boston.

12.    It is also my opinion that Dr. Aitken's rationale for excluding these 10,941 people who self-identify as Black/African-American in addition to another race is based on impermissible and unsupported conjecture.  Specifically, he assumes that "multiracial individuals who were partially African-American but saw themselves as primarily of another race would have identified themselves as being also of the other race during the BPD application process."  Aitken Supp. Aff. ¶ 19.  No evidence whatsoever supports this hypothesis; it is simply invented to buttress an argument that itself is not based on statistical methodology, but rather a desire to prevent thousands of people from being counted.

13.    I reiterate here that the use of the labor pool statistics in any analysis of parity is inappropriate and unreliable for the reasons stated in my original affidavit.

**Conclusion**

14.    I am still of the opinion that the Boston Police Department has not achieved parity.  Even assuming that parity is calculated by comparing the percentage of minorities who are tenured patrolmen to the percentage of minorities in the population of Boston based on the 2000 Census data, and taking care to avoid double counting, a disparity (38.7% v. 40.12%) still exists.  That disparity is greater if parity is measured

-6-

based on the number of tenured police officers in the Boston Police Department (33.4%

v. 40.12%).


Signed under the pains and penalties of
perjury the 27th day of September, 2004


_____
Craig Lawson Moore, Ph.D.

-7-

# EXHIBIT A

**U.S. Census Bureau**
**American FactFinder**

*10 Years on the We*

P4. HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE [73] - Universe: Total
population
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see
http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

| | Boston city, Suffolk County, Massachusetts |
|---|---|
| Total: | 589,141 |
| Hispanic or Latino | 85,089 |
| Not Hispanic or Latino: | 504,052 |
| Population of one race: | 485,878 |
| White alone | 291,561 |
| Black or African American alone | 140,305 |
| American Indian and Alaska Native alone | 1,517 |
| Asian alone | 44,009 |
| Native Hawaiian and Other Pacific Islander alone | 271 |
| Some other race alone | 8,215 |
| Population of two or more races: | 18,174 |
| Population of two races: | 17,294 |
| White; Black or African American | 1,719 |
| White; American Indian and Alaska Native | 652 |
| White; Asian | 1,521 |
| White; Native Hawaiian and Other Pacific Islander | 101 |
| White; Some other race | 3,866 |
| Black or African American; American Indian and Alaska Native | 1,064 |
| Black or African American; Asian | 382 |
| Black or African American; Native Hawaiian and Other Pacific Islander | 423 |
| Black or African American; Some other race | 6,615 |
| American Indian and Alaska Native; Asian | 72 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 2 |
| American Indian and Alaska Native; Some other race | 62 |
| Asian; Native Hawaiian and Other Pacific Islander | 143 |
| Asian; Some other race | 561 |
| Native Hawaiian and Other Pacific Islander; Some other race | 111 |
| Population of three races: | 773 |
| White; Black or African American; American Indian and Alaska Native | 287 |
| White; Black or African American; Asian | 42 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander | 5 |
| White; Black or African American; Some other race | 151 |
| White; American Indian and Alaska Native; Asian | 20 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 1 |
| White; American Indian and Alaska Native; Some other race | 14 |
| White; Asian; Native Hawaiian and Other Pacific Islander | 22 |
| White; Asian; Some other race | 49 |
| White; Native Hawaiian and Other Pacific Islander; Some other race | 12 |
| Black or African American; American Indian and Alaska Native; Asian | 22 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 0 |
| Black or African American; American Indian and Alaska Native; Some other race | 41 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 10 |
| Black or African American; Asian;Some other race | 46 |
| Black or African American; Native Hawaiian and Other Pacific Islander; Some other race | 36 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 1 |
| American Indian and Alaska Native; Asian; Some other race | 1 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | 2 |

| | |
|---|---:|
| Asian; Native Hawaiian and Other Pacific Islander; Some other race | 11 |
| Population of four races: | 96 |
| White; Black or African American; American Indian and Alaska Native; Asian | 41 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 2 |
| White; Black or African American; American Indian and Alaska Native; Some other race | 23 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 1 |
| White; Black or African American; Asian; Some other race | 2 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some other race | 6 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 6 |
| White; American Indian and Alaska Native; Asian; Some other race | 0 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | 0 |
| White; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 2 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 0 |
| Black or African American; American Indian and Alaska Native; Asian; Some other race | 5 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | 0 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 8 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 0 |
| Population of five races: | 10 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 8 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some other race | 1 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | 0 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 0 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 1 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 0 |
| Population of six races: | 1 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 1 |

U.S. Census Bureau
Census 2000

**Standard Error/Variance documentation for this dataset:**
Accuracy of the Data: Census 2000 Summary File 1 (SF 1) 100-Percent Data (PDF 44KB)