UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., *et al.*,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF BOSTON, *et al.*,<br>　　　　　　　Defendants. | CIVIL ACTION<br>NO. 03-12538-PBS |

**THE COMMONWEALTH DEFENDANTS' ASSENTED-TO MOTION
FOR LEAVE TO FILE CORRECTED POST-ARGUMENT MEMORANDUM**

　　Now come the Commonwealth defendants and seek leave to file to file the attached *corrected* post-argument memorandum. Due to the very compressed (7-day) timeline for filing this memorandum (and the fact that preparation of it largely had to await completion of another court proceeding the day before the memorandum was due), the undersigned counsel for the Commonwealth defendants unintentionally made a misleading statement in the memorandum filed on September 24, 2004, when he set forth the numbers of biracial and multiracial Bostonians who had not been counted as "minorities" in the Quinn proceedings (or by plaintiffs' expert in this litigation). See Docket # 80, pages 1 and 2 (stating that "nearly 14,000" part African-American citizens and "nearly 13,000" Black bi-racial residents were not being counted); footnote 1 (reporting 12,714 Boston residents who identified themselves to census takers as Black-African American and *one* other race, and 1,090 Bostonians who self-identified as Black/African-American and more than one other race); and Exhibit B appended to Docket # 80.

　　Although the more precise numbers in footnote 1 of Docket # 80 are correct, they also include some individuals who are both Hispanic and part African-American. Because both the District Court in the Quinn litigation and the plaintiffs' expert here have included 100% of Boston's Hispanic residents in their calculation of the "minority" residents of Boston, the only individuals

who are being ignored are those partly African-American residents who are *not* Hispanic.  They total 10,941 residents.  See corrected Exhibit B and footnote 1 of attached corrected memo.[1]

This error does not affect in any way the Commonwealth's bottom-line calculation that, upon including residents who are part African-American, the total "minority" population of the City of Boston, as that term is defined in the Castro decree, equals 236,335 residents, or 40.12% of the total population.  See Exhibit A to corrected memo.[2]  Indeed, it is now apparent that the Commonwealth and the plaintiffs' expert are in agreement concerning these numbers.  Compare Supplemental Affidavit of Dr. Norman Aitken [Docket # 73, Exh. A], ¶ 16 with the attached corrected memorandum's Exhibit A.  The sole dispute regarding this variable (the percentage of minorities in the community) is whether or not to include these 10,941 biracial and multiracial individuals.  The Commonwealth defendants have not altered their argument on that point.

Counsel for the plaintiffs does not object to the filing of the attached corrected memorandum.  Accordingly, the Commonwealth defendants respectfully ask the Court to accept the attached corrected memorandum, with its exhibits, in lieu of Docket #80.

---

[1] Corrected Exhibit B shows that, according to the 2000 census data, 10,203 Boston residents self-identified as Black/African-American and one other race (but not Hispanic).  An additional 738 Bostonians self-identified as Black/African-American and more than one other race (but not Hispanic).  Those numbers total to 10,941.

[2] This figure of 236,335 "minority" residents consists of:  (a) 140,305 residents who identified as Black/African-American only and not Hispanic on the 2000 census, plus (b) the 10,941 non-Hispanic, part African-American residents, and (c) 85,089 Hispanic/Latino residents (of any race).  See Corrected Memorandum's Exhibits A and B.  The total number of Bostonians counted in the April 1, 2000, census was 589,141, and the 236,335 "minority" residents were 40.12% of that total.  See id.  If the 738 "multiracial(including Black)/nonHispanic" residents (*see* footnote 1, *supra*) were to be subtracted, then the minority percentage would be almost exactly 40%.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS and its
Chief Human Resources Officer RUTH BRAMSON

By their attorneys:

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Robert L. Quinan, Jr.

_____
Robert L. Quinan, Jr.
Assistant Attorneys General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA  02108
(617) 727-2200, ext. 2554

Dated:  September 27, 2004

## LOCAL RULE 7.1 (a)(2) CERTIFICATE

I hereby certify, pursuant to Local Rule 7.1(a)(2), that I conferred with counsel for the plaintiffs and counsel for the defendants-intervenors prior to filing this motion, and that they have assented to this motion.  I further state that I tried twice, unsuccessfully, to reach counsel for the City of Boston or the Boston Police Department before filing this motion.

/s/ Robert L. Quinan, Jr.

_____