# Exhibit A to the Commonwealth's Post-Argument Memo

**U.S. Census Bureau — American FactFinder** — *10 Years on the Web*

Exh. A

PCT1. TOTAL POPULATION [1] - Universe: Total population
Data Set: Census 2000 Summary File 2 (SF 2) 100-Percent Data

NOTE: For information on confidentiality protection, nonsampling error, and definitions see
http://factfinder.census.gov/home/en/datanotes/expsf2.htm.

|  | Boston city, Suffolk County, Massachusetts |
|---|---|
| Total | 589,141 |

Source: U.S. Census Bureau
Census 2000

---

PCT1. TOTAL POPULATION [1] - Universe: Total population
Racial or Ethnic Grouping: **Hispanic or Latino (of any race)**
Data Set: Census 2000 Summary File 2 (SF 2) 100-Percent Data

NOTE: For information on confidentiality protection, nonsampling error, and definitions see
http://factfinder.census.gov/home/en/datanotes/expsf2.htm.

|  | Boston city, Suffolk County, Massachusetts |
|---|---|
| Total | 85,089 |

Source: U.S. Census Bureau
Census 2000

---

PCT1. TOTAL POPULATION [1] - Universe: Total population
Racial or Ethnic Grouping: **Black or African American alone or in combination with one or more other races, not Hispanic or Latino**
Data Set: Census 2000 Summary File 2 (SF 2) 100-Percent Data

NOTE: For information on confidentiality protection, nonsampling error, and definitions see
http://factfinder.census.gov/home/en/datanotes/expsf2.htm.

|  | Boston city, Suffolk County, Massachusetts |
|---|---|
| Total | 151,246 |

Source: U.S. Census Bureau
Census 2000

**Standard Error/Variance documentation for this dataset:**
Accuracy of the Data: Census 2000 Summary File 2 (SF 2 ) 100-Percent Data (PDF 44KB)

Total number of Hispanic residents of Boston (85,089) added to the total number of Black/African-American residents who are **not** Hispanic (151,246) equals 236,335 minority residents. This figure represents 40.12% of the total population of the City of Boston (589,141 residents).

$$\frac{236,335}{40.115} = \frac{589,141}{100}$$