# Exhibit B to the
# Commonwealth's Post-Argument Memo

**U.S. Census Bureau — American FactFinder**
10 Years on the Web
Main | Search | Feedback | FAQs | Glossary | Site Map | Help

Exh. B

**QT-P4. Race, Combinations of Two Races, and Not Hispanic or Latino: 2000**
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data
Geographic Area: **Boston city, Massachusetts**

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

| Race | Total Number | Total Percent | Not Hispanic or Latino Number | Not Hispanic or Latino Percent |
|---|---|---|---|---|
| **Total population** | 589,141 | 100.0 | 504,052 | 100.0 |
| One race | 563,263 | 95.6 | 485,878 | 96.4 |
|   White | 320,944 | 54.5 | 291,561 | 57.8 |
|   Black or African American | 149,202 | 25.3 | 140,305 | 27.8 |
|   American Indian and Alaska Native | 2,365 | 0.4 | 1,517 | 0.3 |
|   Asian | 44,284 | 7.5 | 44,009 | 8.7 |
|   Native Hawaiian and Other Pacific Islander | 366 | 0.1 | 271 | 0.1 |
|   Some other race | 46,102 | 7.8 | 8,215 | 1.6 |
| Two or more races | 25,878 | 4.4 | 18,174 | 3.6 |
|   Two races | 24,560 | 4.2 | 17,294 | 3.4 |
|     White; Black or African American | 2,292 | 0.4 | *1,719 | 0.3 |
|     White; American Indian and Alaska Native | 776 | 0.1 | 652 | 0.1 |
|     White; Asian | 1,576 | 0.3 | 1,521 | 0.3 |
|     White; Native Hawaiian and Other Pacific Islander | 126 | 0.0 | 101 | 0.0 |
|     White; Some other race | 7,913 | 1.3 | 3,866 | 0.8 |
|     Black or African American; American Indian and Alaska Native | 1,178 | 0.2 | *1,064 | 0.2 |
|     Black or African American; Asian | 403 | 0.1 | *382 | 0.1 |
|     Black or African American; Native Hawaiian and Other Pacific Islander | 459 | 0.1 | *423 | 0.1 |
|     Black or African American; Some other race | 8,382 | 1.4 | *6,615 | 1.3 |
|     American Indian and Alaska Native; Asian | 86 | 0.0 | 72 | 0.0 |
|     American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 8 | 0.0 | 2 | 0.0 |
|     American Indian and Alaska Native; Some other race | 222 | 0.0 | 62 | 0.0 |
|     Asian; Native Hawaiian and Other Pacific Islander | 146 | 0.0 | 143 | 0.0 |
|     Asian; Some other race | 733 | 0.1 | 561 | 0.1 |
|     Native Hawaiian and Other Pacific Islander; Some other race | 260 | 0.0 | 111 | 0.0 |
|   Three or more races | 1,318 | 0.2 | 880 | 0.2 |

(X) Not applicable.
Source: U.S. Census Bureau, Census 2000 Summary File 1, Matrices P3 and P4.

*Handwritten annotation:*
\* Specific Figures for biracial African-American (non-Hispanic) Bostonians

| | |
|---|---|
| 1,719 | 0.3% |
| + | + |
| 1,064 | 0.2% |
| 382 | 0.1% |
| 423 | 0.1% |
| 6,615 | 1.3% |
| 10,203 | 2.0% of total population of Boston |



**U.S. Census Bureau** — American FactFinder — 10 Years on the Web

Exhibit B

P4. HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE [73] - Universe: Total population
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

| | Boston city, Suffolk County, Massachusetts |
|---|---:|
| Total: | 589,141 |
| Hispanic or Latino | 85,089 |
| Not Hispanic or Latino: | 504,052 |
|   Population of one race: | 485,878 |
|     White alone | 291,561 |
|     Black or African American alone | 140,305 |
|     American Indian and Alaska Native alone | 1,517 |
|     Asian alone | 44,009 |
|     Native Hawaiian and Other Pacific Islander alone | 271 |
|     Some other race alone | 8,215 |
|   Population of two or more races: | 18,174 |
|     Population of two races: | 17,294 |
|       White; Black or African American * | 1,719 |
|       White; American Indian and Alaska Native | 652 |
|       White; Asian | 1,521 |
|       White; Native Hawaiian and Other Pacific Islander | 101 |
|       White; Some other race | 3,866 |
|       Black or African American; American Indian and Alaska Native * | 1,064 |
|       Black or African American; Asian * | 382 |
|       Black or African American; Native Hawaiian and Other Pacific Islander * | 423 |
|       Black or African American; Some other race * | 6,615 |
|       American Indian and Alaska Native; Asian | 72 |
|       American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 2 |
|       American Indian and Alaska Native; Some other race | 62 |
|       Asian; Native Hawaiian and Other Pacific Islander | 143 |
|       Asian; Some other race | 561 |
|       Native Hawaiian and Other Pacific Islander; Some other race | 111 |
|     Population of three races: | 773 |
|       White; Black or African American; American Indian and Alaska Native * | 287 |
|       White; Black or African American; Asian * | 42 |
|       White; Black or African American; Native Hawaiian and Other Pacific Islander * | 5 |
|       White; Black or African American; Some other race * | 151 |
|       White; American Indian and Alaska Native; Asian | 20 |
|       White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 1 |
|       White; American Indian and Alaska Native; Some other race | 14 |
|       White; Asian; Native Hawaiian and Other Pacific Islander | 22 |
|       White; Asian; Some other race | 49 |
|       White; Native Hawaiian and Other Pacific Islander; Some other race | 12 |
|       Black or African American; American Indian and Alaska Native; Asian * | 22 |
|       Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 0 |
|       Black or African American; American Indian and Alaska Native; Some other race * | 41 |
|       Black or African American; Asian; Native Hawaiian and Other Pacific Islander * | 10 |
|       Black or African American; Asian; Some other race * | 46 |
|       Black or African American; Native Hawaiian and Other Pacific Islander; Some other race * | 36 |
|       American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 1 |
|       American Indian and Alaska Native; Asian; Some other race | 1 |
|       American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | 2 |

*Handwritten annotations:*

\* specific figures for biracial and multiracial -- Black & other race -- Bostonians:

1,719 ⎫
1,064 ⎬ biracial only
382  ⎪
423  ⎪
6,615 ⎭
———
10,203

287 ⎫
42  ⎪
5   ⎪
151 ⎬ multiracial residents who are part African-American
22  ⎪
41  ⎪
10  ⎪
46  ⎪
36  ⎭

http://factfinder.census.gov/servlet/DTTable?_bm=y&-context=dt&-ds_name=DEC_2000_SF1_U&-mt_na...    9/24/04

| Race combination | | Count |
|---|---|---|
| Asian; Native Hawaiian and Other Pacific Islander; Some other race | | 11 |
| Population of four races: | | 96 |
| White; Black or African American; American Indian and Alaska Native; Asian | * | 41 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | * | 2 |
| White; Black or African American; American Indian and Alaska Native; Some other race | * | 23 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | * | 1 |
| White; Black or African American; Asian; Some other race | * | 2 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some other race | * | 6 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | | 6 |
| White; American Indian and Alaska Native; Asian; Some other race | | 0 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | | 0 |
| White; Asian; Native Hawaiian and Other Pacific Islander; Some other race | | 2 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | | 0 |
| Black or African American; American Indian and Alaska Native; Asian; Some other race | * | 5 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | | 0 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some other race | * | 8 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | | 0 |
| Population of five races: | | 10 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | * | 8 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some other race | * | 1 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | | 0 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some other race | | 0 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | | 1 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | | 0 |
| Population of six races: | | 1 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | * | 1 |

U.S. Census Bureau
Census 2000

Handwritten annotations (right margin):
- 41 — more multi-racial residents who are part African-American
- 2
- 23
- 1
- 2
- 6
- 5
- 8
- 8
- 1
- 1
- ———
- 738
- + 10,203 (biracial)
- ———
- 10,941 total residents who are part African-American

**Standard Error/Variance documentation for this dataset:**
Accuracy of the Data: Census 2000 Summary File 1 (SF 1) 100-Percent Data (PDF 44KB)