# Exhibit C to the Commonwealth's Post-Argument Memo

BOSTON POLICE DEPARTMENT STRENGTH REPORT PREPARED ON 6/9/2003 BY ED CALLAHAN

Exh. C

| RANK | * | W/M | W/F | B/M | B/F | H/M | H/F | A/M | A/F |
|---|---|---|---|---|---|---|---|---|---|
| *PERMANENT OFFICERS* | **** | **** | **** | **** | **** | **** | **** | **** | **** |
| SUPERINTENDENT-IN CHIEF | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SUPERINTENDENT | 7 | 4 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| DEPUTY SUPERINTENDENT | 9 | 4 | 2 | 3 | 0 | 0 | 0 | 0 | 0 |
| CAPTAIN | 22 | 19 | 1 | 2 | 0 | 0 | 0 | 0 | 0 |
| CAPTAIN DETECTIVE | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LIEUTENANT | 48 | 43 | 0 | 3 | 0 | 1 | 0 | 1 | 0 |
| LIEUTENANT DETECTIVE | 20 | 15 | 3 | 2 | 0 | 0 | 0 | 0 | 0 |
| SERGEANT | 201 | 158 | 11 | 27 | 1 | 3 | 0 | 1 | 0 |
| SERGEANT DETECTIVE | 83 | 54 | 5 | 16 | 3 | 2 | 2 | 1 | 0 |
| DETECTIVE | 265 | 165 | 15 | 46 | 17 | 10 | 6 | 6 | 0 |
| PATROLMAN | 1388 | 764 | 71 | 295 | 105 | 106 | 20 | 26 | 1 |
| TOTAL TENURED | 2046 | 1229 | 109 | 395 | 127 | 122 | 28 | 35 | 1 |
| PERCENTAGES | 100% | 60.1% | 5.3% | 19.3% | 6.2% | 6.0% | 1.4% | 1.7% | 0.0% |

*PROBATIONARY OFFICERS*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS 38-02 (3/02) | 48 | 22 | 3 | 12 | 3 | 6 | 1 | 1 | 0 |
| CLASS 37-99 (5/01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

TOTAL RECRUITS: 48

| GRAND TOTALS | 2094 | 1251 | 112 | 407 | 130 | 128 | 29 | 36 | 1 |

MINORITY TENURED: 32.84%

Handwritten annotations:
- 526 minority patrol officers
- 1388 total
- 526/1388 = 13.88/100 = 37.8%
- RESIGNATION OF P.O. WILLIAM HAMILTON 3.11.11