# Exhibit D to the
# Commonwealth's Post-Argument Memo

Exh. D

BOSTON POLICE DEPARTMENT STRENGTH REPORT PREPARED ON 6/30/2003 BY ED CALLAHAN

| RANK | | W/M | W/F | B/M | B/F | H/M | H/F | A/M | A/F |
|---|---|---|---|---|---|---|---|---|---|
| *PERMANENT OFFICERS* | **** | **** | **** | **** | **** | **** | **** | **** | **** |
| SUPERINTENDENT-IN-CHIEF | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SUPERINTENDENT | 7 | 4 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| DEPUTY SUPERINTENDENT | 8 | 3 | 2 | 3 | 0 | 0 | 0 | 0 | 0 |
| CAPTAIN | 17 | 14 | 1 | 2 | 0 | 0 | 0 | 0 | 0 |
| CAPTAIN DETECTIVE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LIEUTENANT | 40 | 36 | 0 | 3 | 0 | 0 | 0 | 1 | 0 |
| LIEUTENANT DETECTIVE | 18 | 13 | 3 | 2 | 0 | 0 | 0 | 0 | 0 |
| SERGEANT | 186 | 144 | 11 | 26 | 1 | 3 | 0 | 1 | 0 |
| SERGEANT DETECTIVE | 79 | 50 | 5 | 16 | 3 | 2 | 2 | 1 | 0 |
| DETECTIVE | 252 | 153 | 14 | 46 | 17 | 10 | 6 | 6 | 0 |
| PATROLMAN | 1351 | 730 | 70 | 293 | 105 | 106 | 20 | 26 | 1 |
| TOTAL TENURED | 1959 | 1148 | 107 | 392 | 127 | 121 | 28 | 35 | 1 |
| PERCENTAGES | 100% | 58.6% | 5.5% | 20.0% | 6.5% | 6.2% | 1.4% | 1.8% | 0.1% |
| *PROBATIONARY OFFICERS* | | | | | | | | | |
| CLASS 38-02 (3/02) | 48 | 22 | 3 | 12 | 3 | 6 | 1 | 1 | 0 |
| CLASS 37-99 (5/01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL RECRUITS | 48 | | | | | | | | |
| GRAND TOTALS | 2007 | 1170 | 110 | 404 | 130 | 127 | 29 | 36 | 1 |
| MINORITY TENURED | 34.10% | | | | | | | | |

*Handwritten annotations:*

524 minority patrol officers
1,351 total

$$\frac{524}{38.786} = \frac{1351}{100}$$

6/30/03

RETIREMENTS