# Exhibit E to the Commonwealth's Post-Argument Memo

**U.S. Census Bureau** — American FactFinder — 10 Years on the Web
Main | Search | Feedback | FAQs | Glossary | Site Map | Help

*Exh. E*

## P1. TOTAL POPULATION [1] - Universe: Total population
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

|  | Winthrop town, Suffolk County, Massachusetts |
|---|---|
| Total | 18,303 |

U.S. Census Bureau
Census 2000

## P10. HISPANIC OR LATINO BY RACE (TOTAL RACES TALLIED) [15] - Universe: Total races tallied
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

|  | Winthrop town, Suffolk County, Massachusetts |
|---|---|
| Total races tallied: | 18,533 |
| Not Hispanic or Latino: | 18,003 |
|   White alone or in combination with one or more other races | 17,189 |
|   Black or African American alone or in combination with one or more other races | 339 |
|   American Indian and Alaska Native alone or in combination with one or more other races | 72 |
|   Asian alone or in combination with one or more other races | 250 |
|   Native Hawaiian and Other Pacific Islander alone or in combination with one or more other races | 9 |
|   Some other race alone or in combination with one or more other races | 144 |
| Hispanic or Latino: | 530 |
|   White alone or in combination with one or more other races | 294 |
|   Black or African American alone or in combination with one or more other races | 19 |
|   American Indian and Alaska Native alone or in combination with one or more other races | 7 |
|   Asian alone or in combination with one or more other races | 9 |
|   Native Hawaiian and Other Pacific Islander alone or in combination with one or more other races | 3 |
|   Some other race alone or in combination with one or more other races | 198 |

U.S. Census Bureau
Census 2000

*Handwritten annotation:*

Winthrop Minorities =

339 Black residents
−19 Black Hispanics
320 Black non-Hispanics
+530 Hispanic residents
850 minority residents

= 4.64% of total Winthrop population

$$\frac{18,303}{100} = \frac{850}{4.64}$$

**Standard Error/Variance documentation for this dataset:**
Accuracy of the Data: Census 2000 Summary File 1 (SF 1) 100-Percent Data (PDF 44KB)

http://factfinder.census.gov/servlet/DTTable?_bm=y&-context=dt&-ds_name=DEC_2000_SF1_U&-mt_na...    9/24/04