UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 03-12538-PBS |
| CITY OF BOSTON, Massachusetts, MITT ROMNEY, in his Capacity as Governor of the Commonwealth of Massachusetts, and the COMMONWEALTH OF MASSACHUSETTS, | )<br>)<br>)<br>)<br>) |
| Defendants, | ) |
| BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE AND MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS, | )<br>)<br>)<br>)<br>) |
| Intervenors. | ) |

_____)

## NOTICE OF CHANGE OF ADDRESS

Please take notice that, effective immediately, Robin L. Alperstein's address at WILMER CUTLER PICKERING HALE AND DORR LLP has changed to 399 Park Avenue, New York, NY 10022.  The telephone number has been changed to 212-230-8800 and the fax number is now 212-230-8888.

BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE AND MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,

By their attorneys,

/s/ Christopher R. Noyes
_____
Harry T. Daniels (BBO # 113800)
Mark D. Selwyn (BBO #565595)
Christopher R. Noyes (BBO# 654324)
christopher.noyes@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000

Robin L. Alperstein (admitted pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York  10022
(212) 230-8800

Nadine Cohen (BBO # 090040)
Lawyers' Committee For Civil Rights
  Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts   02108
(617) 482-1145

Dated:  October 4, 2004

- 3 -

**CERTIFICATE OF SERVICE**

      I, Christopher R. Noyes, hereby certify that a copy of the foregoing has been served via facsimile and/or first class mail this 4th day of October 2004 to the following attorneys of record:

Harold L. Lichten, Esq.
Pyle, Rome Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA  02108

Stephen G. Cox, Esq.
City of Boston
Boston City Hall, Room 615
Boston, MA  02201

Betsy Facher, Esq.
Office of the Legal Advisor
Boston Police Department
One Schroeder Plaza
Boston, MA  02120

Robert L. Quinan, Jr., Esq.
Attorney General's Office
One Ashburton Place, Room 2019
Boston, MA  02108-1698

      /s/ Christopher R. Noyes
      _____
      Christopher R. Noyes