UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Paul Deleo, et al

          Plaintiffs,                CIVIL ACTION
                                        NO. 03-12538-PBS

      v.

City of Boston, et al

          Defendants.


**NOTICE OF STATUS HEARING**


SARIS, U.S.D.J.                                  December 14, 2004


      TAKE NOTICE that the above-entitled case has been set for a Status Hearing on **January 7, 2005**, at **4:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**


                                  By the Court,


                                    /s/ Robert C. Alba
                                  Deputy Clerk


Copies to:  All Counsel