UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 03-12538-PBS |
| v. ) | |
| ) | |
| CITY OF BOSTON, et al., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF WITHDRAWAL

Please note the withdrawal of Betsy J. Facher from this case as counsel on behalf of the City defendants: City of Boston; Police Commissioner Kathleen M. O'Toole; and Thomas Menino, Mayor of Boston. Stephen Cox will continue as counsel to the City defendants.

Respectfully submitted,

_____
Betsy J. Facher, BBO #_#637613
Staff Attorney
Office of the Legal Advisor
Boston Police Department
One Schroeder Plaza
Boston, MA 02120
(617) 343-4550

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for the plaintiff and the attorney of record for the Commonwealth by first class mail.

12/30/04
_____
Date
1/3/04

_____
Mary Jo Harris