UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12538-PBS

PAUL DELEO, JR. et al.
　　Plaintiffs,

v.

CITY OF BOSTON et al.

## ORDER COMPELLING DISCLOSURE OF CIVIL SERVICE EXAMINATION SCORES FROM DEFENDANT COMMONWEALTH OF MASSACHUSETTS

This action came before this Court, upon the motion of Defendant, City of Boston, to compel the Defendant Commonwealth of Massachusetts to disclose civil service examination scores relative to the certification lists provided for hiring academy classes in March 2002, October 2003, and October 2004. After consideration, the Commonwealth is **ORDERED** to produce and permit the inspection and copying of documents reflecting the information sought by the Defendant, City of Boston within 3 working days of the date of this Order.

_____
Honorable Patti B. Saris
United States District Court

1/7/05
_____
Date