UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, et al. ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | NO. 03-12538-PBS |
| v. ) | |
| ) | |
| CITY OF BOSTON, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER OF THE COURT**

The above Stipulation for the Protection of Confidential Material is allowed, and its terms are to be entered as an order of this Court.

_/s/ Patti B. Saris_
United States District Judge

Dated: 1/7/05