UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD,<br>　　　　　　　　Plaintiffs<br><br>v.<br><br>CITY OF BOSTON, Massachusetts; MITT ROMNEY, in his capacity as Governor of the Commonwealth of Massachusetts; and COMMONWEALTH OF MASSACHUSETTS,<br><br>　　　　　　　　Defendants<br><br>BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,<br><br>　　　　　　　　Intervenors | Docket No. 03-12538-PBS |

MOTION TO ADD PLAINTIFF DONALD WIGHTMAN
AND TO AMEND CAPTION ACCORDINGLY

　　The Plaintiffs hereby move to add Donald Wightman as a Plaintiff in this action and to amend the caption accordingly.

　　In support of this Motion, the Plaintiffs state that Donald Wightman is similarly situated to the named plaintiffs in that he received a score of 100 on the April 2001 Entry-Level Police Office Examination and that he was not reached for consideration for either the March 2002 or October 2003 hiring classes. See Affidavit of Donald Wightman attached hereto as Appendix A.

1

The Plaintiffs further state that the addition of another plaintiff at this time, albeit after the granting of summary judgment, is in the interest of judicial economy. If not added as plaintiff in this action, Mr. Wightman would need to file an independent action in this Court, necessitating responsive pleadings from all the parties herein and the expenditure of judicial resources in reviewing and responding to the pleadings and scheduling the matter for any necessary hearings.

Pursuant to Local Rule 7.1, counsel for the Plaintiffs has conferred with all other counsel of record for this case. The City and Commonwealth Defendants assent to this motion; the Intervenors take no position on the motion.

Respectfully submitted,

PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, BRIAN DUNFORD, and DONALD WIGHTMAN

By their attorneys,

  /s/ Alfred Gordon
Alfred Gordon, BBO #630456
Pyle, Rome, Lichten, Ehrenberg &
    Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Date: January 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by first-class mail on January 27, 2005.

                                               /s/ Alfred Gordon
                                             Alfred Gordon