# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PAUL DELEO, JR., THOMAS BARRETT, )
MICHAEL CONNEELY, MATTHEW )
HOGARDT, BRENDAN DEVER, )
PATRICK ROGERS, CHRISTOPHER )
CARR, BRIAN DUNFORD, and DONALD )
WIGHTMAN )
            Plaintiffs )
)
v. )
)
CITY OF BOSTON, Massachusetts; )
MITT ROMNEY, in his capacity as Governor )   Civil Action No. 03-12538-PBS
of the Commonwealth of Massachusetts; and )
COMMONWEALTH OF MASSACHUSETTS, )
)
            Defendants )
)
BOSTON BRANCH OF THE NATIONAL )
ASSOCIATION FOR THE ADVANCEMENT )
OF COLORED PEOPLE and )
MASSACHUSETTS ASSOCIATION OF )
MINORITY LAW ENFORCEMENT )
OFFICERS, )
)
            Intervenors )
)

**AFFIDAVIT OF PLAINTIFF DONALD MARK WIGHTMAN**

I, Donald Mark Wightman, under oath, hereby state as follows:

1. I was born on May 18, 1980. [See Attachment A.]

2. I am a resident of Boston, Massachusetts, and currently reside at 48 Parklawn Road, West Roxbury, MA 02132. I resided at this address from April 27, 2000, until the summer of 2001. During the summer of 2001, I lived at 6 Selkirk Road, Brighton, MA 02135. At the end of the summer, I moved back to 48 Parklawn

1

Road in West Roxbury, where I have resided ever since. I have no residence outside the City of Boston. [See Attachments B and C.]

3. I am a citizen of the United States of America, having been born in the United States.

4. I graduated from high school at Boston College High School in 1998. I then received my Bachelors Degree in Criminal Justice from St. Anselm College in 2002. [See Attachments D and E.]

5. I held a valid Massachusetts driver's license on April 28, 2001. I last renewed my license on May 18, 2001, and it is currently valid. There have never been any suspensions or restrictions on my license. [See Attachment F.]

6. I have never been convicted of a felony.

7. I have the following law-enforcement or public-safety related experience: I hold a degree in Criminal Justice from St. Anselm College. In the summer of 2000, I had an internship with the Massachusetts State Police working in Special Investigations and Narcotics out of the Office of the Attorney General. I was a civilian employee of the Boston Police Department from December 2002 until June 28, 2004, when I became a Cadet in the Boston Police Department.

8. I took the Massachusetts Civil Service Examination for police officer candidates in April 2001 to be considered for an entry-level police officer position in the City of Boston. I received a score of 100 on the Examination.

9. After receiving my score, I was twice contacted by the City of Boston to come in to sign a certification list indicating my willingness to accept a position if offered to me. I signed the list on both occasions.

10. The City of Boston never offered me a position as a police officer.

11. I again took the Massachusetts Civil Service Examination for police officer candidates in April 2003 to be considered for an entry-level police officer position in the City of Boston. I received a score of 97 on the Examination.

Signed under the pains and penalties of perjury this _13_ day of January, 2005.

Donald M. Wightman

3

A

## REGISTRY DIVISION, CITY OF BOSTON

COUNTY OF SUFFOLK, COMMONWEALTH OF MASSACHUSETTS, UNITED STATES OF AMERICA

Reg. 7

Certificate No 039529

CERTIFIED COPY OF RECORD OF **BIRTH** IN OFFICE OF THE CITY REGISTRAR

II

I, the undersigned, hereby certify that I hold the office of ................................ City Registrar of the City of Boston, and have the custody of the Records of Births, Marriages and Deaths required by law to be kept in said City; and I certify that the following facts appear on said Records:

No. 5185  Date of Birth May 18, 1980  Name of Child Donald Mark Wightman

| Sex | Color | Name, Surname and Birthplace of Father | Name, Maiden Name and Birthplace of Mother |
|---|---|---|---|
| Male | | Donald E. Wightman Jr. Milton, Ma | Lynn M. Murphy Milton, Ma. |

| Place of Birth | Residence of Parents |
|---|---|
| Boston, Ma. | Boston, Ma. |

| Occupation of Parent | Name and Address of Informant |
|---|---|
| Police Officer | F. Nash MD |

Date of Record June 11, 1980

I further certify that by annexation, the Records of the following-named cities and towns are in the custody of the City Registrar of Boston:—

| | Annexed | | Annexed |
|---|---|---|---|
| East Boston | 1637 | Charlestown | |
| South Boston | 1804 | Brighton | 1874 |
| Roxbury | 1868 | West Roxbury | |
| Dorchester | 1870 | Hyde Park | 1912 |

Date of amendment: _____

WITNESS my hand and the SEAL of the CITY REGISTRAR

on this ........ NOV 1 5 2000 ........ A. D.

Judith A. McCarthy ........................................ City Registrar

By Chapter 314 of the Acts of 1892, "the certificates or attestations of either Assistant City Registrar shall have the same force and effect as that of the City Registrar."

B

# DISCOVER

payment due date: **April 8, 2000**
minimum payment due: **$0.00**

new balance:
account number: enter amount enclosed below

$ _____

Please make check payable to Discover Card.
No payment due! You recently paid more than the minimum.

R000586
WIGHTMAN, DONALD
48 PARKLAWN RD
WEST ROXBURY MA 02132-1014

Great Balance Transfer rates!
Call 1-800-DISCOVER to see if an offer is available for you.

PO BOX 6011
DOVER DE 19903-6011

Address or telephone change? Please print change in the space above.



**Closing Date: March 11, 2000**    page 1 of 1

| Cashback Bonus® Award | this period | to date |
|---|---|---|
| qualified purchases | $0.00 | |
| Cashback Bonus award earned | $0.00 |  |
| Cashback Bonus anniversary date: | August 11 | |

## Discover Card Account Summary

| | | | | | |
|---|---|---|---|---|---|
| account number | | previous balance | | | |
| payment due date | April 8, 2000 | payments and credits | | − | |
| minimum payment due | $0.00 | purchases | | + | 0.00 |
| credit limit | | cash advances | | + | 0.00 |
| credit available | | balance transfers | | + | 0.00 |
| cash credit limit | | FINANCE CHARGES | | + | |
| cash credit available | | new balance | | = |  |

You may be able to avoid Periodic Finance Charges, see the reverse side for details.

## Transactions

| | trans. date | post date | | |
|---|---|---|---|---|
| Payments and Credits | Mar 3 | Mar 3 | PAYMENT - THANK YOU | $  |

| | Average Daily Balances | Daily Periodic Rates | ANNUAL PERCENTAGE RATES | Periodic FINANCE CHARGES | Transaction Fee FINANCE CHARGES |
|---|---|---|---|---|---|
| current billing period: 29 days | | | | | |
| Purchases | | 0.04655% | | | none |
| Cash Advances | $0 | 0.05751% | 20.99% | $0 | $0 |
| previous billing period: 31 days | | | | | |
| Purchases | | 0.04655% | 16.99% | | none |
| Cash Advances | $0 | 0.05751% | 20.99% | | none |

Questions? Call 1-800-DISCOVER (1-800-347-2683) or log on to Discovercard.com. For TDD (Telecommunication Device for the Deaf) assistance, see reverse side. Send billing error notice to: Discover Card; P.O. Box 15192; Wilmington, DE 19850-5192.

C

JAN-04-2005 15:18 FR BELL ATLANTIC         TO 16173674820        P.04/07

**City of Boston**
Treasury Department

| | |
|---|---|
| Pay Group: | WK2-Weekly Pay Group Fire & Police |
| Pay Begin Date: | 11/13/2004 |
| Pay End Date: | 11/19/2004 |
| Advice #: | 2816124 |
| Advice Date: | 11/26/2004 |

Donald Wightman
48 Parklawn Road
West Roxbury, MA 02132

| | |
|---|---|
| Employee ID: | 089849 |
| Department: | 211000-Boston Police Department |
| Location: | BPD Police Commissioner'S Off. |
| Job Title: | Cadet (Police) |
| Pay Rate: | $406.35 Weekly |

TAX DATA:  Federal   MA State
Marital Status: Single   Single
Allowances: 0   0
Addl. Pct.:
Addl. Amt.:

### Earnings / YTD

| Description | Rate | Hours | Earnings | Hours | Earnings |
|---|---|---|---|---|---|
| Regular Pay | | | | | |
| Overtime-Time&Half | | | | | |
| Retroactive Regular Pay | | | 0.00 | | |
| Retroactive Overtime | | | 0.00 | | |
| Retroactive No Retirement | | | 0.00 | | |
| Personal Leave-Salaried | | | 0.00 | | |
| Vacation-Paid-Salaried | | | 0.00 | | |
| Regular Hours Paid Not Worked | | | 0.00 | | |
| Holiday Pay | | | 0.00 | | |
| Personal Leave-Non Salaried | | | 0.00 | | |
| Vacation-Paid-Non-Salaried | | | 0.00 | | |
| Sick Leave Buy Back-Amount | | | 0.00 | | |
| Other | | | 0.00 | | |
| Total: | | | | | |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | | |
| Fed MED/EE | | |
| MA Withholding | | |
| Total: | | |

### Before-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Harvard Pilgrim HMO Before Tax | 8.91 | 375.24 |
| Basic Life and AD&D Before Tax | 1.03 | 45.32 |
| OBRA-Actim | 30.33 | 489.79 |
| Retirement 9+2% 2T | 0.00 | 1,389.27 |
| Total: | 40.27 | 2,253.62 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Harvard Pilgrim HMO Before Tax | 80.34 | 3,377.96 |
| Basic Life and AD&D Before Tax | 1.03 | 45.32 |
| * Taxable | | |

### Leave Balances

| Vacation | | Personal | | Sick | |
|---|---|---|---|---|---|
| Carry Over: | 21.0 | Carry Over: | 0.0 | Carry Over: | 88.5 |
| + Earned: | 70.0 | + Earned: | 21.0 | + Earned: | 75.9 |
| - Taken: | 56.0 | - Taken: | 17.5 | - Taken: | |
| + Adjustments: | | + Adjustments: | | + Adjustments: | 42.0 |
| End Balance: | 35.0 | End Balance: | 3.5 | End Balance: | 123.5 |

MESSAGE: PLEASE NOTIFY YOUR PERSONNEL OFFICER IF YOU HAVE A NEW ADDRESS SO YOUR W-2 WILL BE CORRECT

City of Boston
Treasury Department

Date
11/26/2004

Advice No.
2816124

Deposit Amount:

To The
Account(s) Of

DONALD WIGHTMAN
48 Parklawn Road
West Roxbury, MA 02132

Location: BPD Police Commissioner'S Off.
Bureau Admin. & Tech.



| Account Type | Account Number | Deposit Amount |
|---|---|---|
| | | |
| Total: | | |

## NON-NEGOTIABLE

JAN 04 2005 14:58                    617 343 4480              TOTAL P.02
                                                                PAGE.02

D

# Boston College High School

This Diploma is awarded to

## Donald M. Wightman

who has satisfactorily completed the course of studies of the school.

At Boston, the twenty-fourth day of May in the year 1998



*Raymond Baile*, Principal

*Joseph L. Falangetti*, President

Ad Majorem Dei Gloriam

**E**



F



