UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PAUL DELEO, JR., THOMAS BARRETT, )
MICHAEL CONNEELY, MATTHEW )
HOGARDT, BRENDAN DEVER, )
PATRICK ROGERS, CHRISTOPHER )
CARR, BRIAN DUNFORD, and DONALD )
WIGHTMAN, )
         Plaintiffs, )
 )
v. )
 )
CITY OF BOSTON, Massachusetts; )
RUTH BRAMSON, in her capacity as Chief )    Docket No. 03-12538-PBS
Human Resources Officer of the Commonwealth )
of Massachusetts; and COMMONWEALTH OF )
MASSACHUSETTS, )
         Defendants, )
 )
BOSTON BRANCH OF THE NATIONAL )
ASSOCIATION FOR THE ADVANCEMENT )
OF COLORED PEOPLE and )
MASSACHUSETTS ASSOCIATION OF )
MINORITY LAW ENFORCEMENT )
OFFICERS, )
         Intervenors. )

## ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS

The Plaintiffs hereby move for a twenty-one (21) day extension of time to file their motion for attorneys' fees and costs pursuant to Rule 54 of the Federal Rules of Civil Procedure. Such motion is currently due to be filed no later than Thursday, February 10, 2005, and the Plaintiffs are asking for an extension until March 3, 2005.

In support of this Motion, the Plaintiffs state that the City of Boston has agreed to pay the Plaintiffs' attorneys fees in this matter and that the parties are currently engaged in the sharing of information and discussions that are likely to lead to resolution of this matter without the need

1

for further involvement of the Court. The Plaintiffs therefore request that the Court grant the additional time requested to allow sufficient time for this matter to be resolved.

The City and Commonwealth Defendants assent to this motion.

Respectfully submitted,

PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, BRIAN DUNFORD, and DONALD WIGHTMAN

By their attorneys,

\_\_s/Alfred Gordon_____
Alfred Gordon, BBO #630456
Pyle, Rome, Lichten, Ehrenberg &
    Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Date:  February 3, 2005

**ASSENTED TO:**

CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel, City of Boston,
By its attorney,

\_\_s/Stephen G. Cox_____
Stephen G. Cox, BBO # 566943
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, MA 02201
(617) 635-4064

**ASSENTED TO:**

RUTH BRAMSON, in her capacity as Chief Human Resources Officer of the Commonwealth of Massachusetts, and the COMMONWEALTH OF MASSACHUSETTS,
By their attorney,

\_\_s/Robert L. Quinan_____
Robert L. Quinan, Jr., BBO # 553010
Office of the Attorney General
Government Bureau/Admin. Law
One Ashburton Place, Rm. 2019
Boston, MA 02108
(617) 727-2200, ext. 2554/2096

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by first-class mail on February 3, 2005.

                                                                            s/Alfred Gordon
                                                                            Alfred Gordon