UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  03-12538-PBS

PAUL DELEO, JR., THOMAS BARRETT,
MICHAEL CONNEELY, MATTHEW HOGARDT,
BRENDAN DEVER, PATRICK ROGERS,
CHRISTOPHER CARR, and BRIAN DUNFORD,
DONALD WIGHTMAN,
        Plaintiffs,

v.

CITY OF BOSTON, Massachusetts, RUTH
BRAMSON, in her capacity as Chief Human
Resources Officer of the Commonwealth of
Massachusetts; and the COMMONWEALTH OF
MASSACHUSETTS,
        Defendants,

BOSTON BRANCH OF THE NATIONAL
ASSOCIATION FOR THE ADVANCEMENT
OF COLORED PEOPLE and
MASSACHUSETTS ASSOCIATION OF
MINORITY LAW ENFORCEMENT
OFFICERS,
        Intervenors.

## JOINT MOTION FOR INTERIM ORDER REGARDING INSTATEMENT

The Plaintiffs and City of Boston ("City")(hereinafter "parties") hereby jointly

move for an Order by the Court providing guidelines for instatement of Plaintiffs as

Boston police officers.  In support of their Joint Motion, the parties state as follows:

1.      Pursuant to the Court's Memorandum and Order of November 23, 2004 in

        the above-entitled action, Defendant City of Boston ("City") has proposed

        a form of equitable relief to the named Plaintiffs to resolve this litigation.

1/20/05
allowed w/mcut
opposition after hearing.

*[signature]*

2.    Pursuant to the Court's Memorandum and Order of November 23, 2004, the Plaintiffs believe the City's proposed form of equitable relief is reasonable.

3.    Because one element of the City's proposal, however, is the opportunity pursuant to state civil service law and Boston eligibility requirements to be certified as police officer candidates, the City believes any action on this element requires a court order.

4.    The attached Proposed Order addresses a potential instatement remedy only and the intent of the parties is that this proposed Order apply to the nine named Plaintiffs only.

WHEREFORE, the parties respectfully request that the Court grant this Joint Motion and enter an Order consistent with the Proposed Order attached hereto.

| | |
|---|---|
| DEFENDANT CITY OF BOSTON<br>Merita A. Hopkins<br>Corporation Counsel, City of Boston<br>By their attorney, | PLAINTIFFS PAUL DELEO, JR. et al.<br>By their attorneys, |
| S/ Stephen G. Cox | S/ Harold L. Lichten |
| Stephen G. Cox, BBO# 566943<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, Boston City Hall<br>Boston, Massachusetts 02201<br>(617) 635-4064 | Harold L. Lichten, BBO#549689<br>Alfred Gordon, BBO#630456<br>Pyle, Rome, Lichten & Ehrenberg, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA  02108<br>(617) 367-7200 |

ASSENTED TO:

RUTH BRAMSON, in her capacity as
Chief Human Resources Officer of the
Commonwealth of Massachusetts, and the
COMMONWEALTH OF
MASSACHUSETTS
By their attorney,


S/ Robert L. Quinan

_____
Robert L. Quinan, Jr., BBO#553010
Office of the Attorney General
Government Bureau/Admin Law
1 Ashburton Place, Rm 2019
Boston MA 02108
(617) 727-2200, ext. 2554/2096


Dated:   January 27, 2005