<u>DeLeo, et al. v. City of Boston</u>

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 12/02/03 | HLL | Work on case; Meet w/clients | 1.80 | 1.80/ $320.00 | | 576.00 |
| 12/03/03 | HLL | Telephone call w/Hoch | 0.40 | | 0.40/ $213.00 | 85.20 |
| 12/05/03 | HLL | Met w.Client; Legal research; Begin draft of Lawsuit; Draft MCAD and EEOC charge | 1.80 | 1.80/ $320.00 | | 576.00 |
| 12/08/03 | HLL | Research; Work on complaint | 0.60 | 0.6/ $320.00 | | 192.00 |
| 12/09/03 | HLL | Research; Work on drafting complaint | 1.40 | 1.40/ $320.00 | | 448.00 |
| 12/10/03 | HLL | Finish draft of complaint; More Legal research | 1.00 | 1.00/ $320.00 | | 320.00 |
| 12/11/03 | HLL | Do Statistical Calculations and census Data research before filing | 1.80 | 1.80/ $320.00 | | 576.00 |
| 12/12/03 | HLL | Telephone call w/client re go over Facts for checking complaint | 0.50 | | 0.50/ $213.00 | 106.50 |
| 12/22/03 | HLL | Work on discovery requests | 1.20 | 1.20/ $320.00 | | 384.00 |
| 01/02/04 | HLL | Draft discovery | 1.30 | 1.30/ $320.00 | | 416.00 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 01/05/04 | HLL | Emails w/Barrett and other plaintiffs; Review standings and scores – decide whether to amend | 0.60 | 0.30/ $320.00 | 0.30/ $213.00 | 159.90 |
| 01/06/04 | HLL | Meet w/new plaintiffs Barrett and And Conneely re go over facts; Research | 1.50 | 1.50/ $320.00 | | 480.00 |
| 01/09/04 | HLL | Meet w/new clients; Work on amending Complaint; Legal research | 1.40 | 1.40/ $320.00 | | 448.00 |
| 01/09/04 | HLL | Work on adding new plaintiffs; Telephone call w/Carr, Hogardt and Barrett | 0.60 | 0.30/ $320.00 | 0.30/ $213.00 | 159.90 |
| 01/14/04 | HLL | Meet w/four new plaintiffs: Bottary, Carr, Dunford and Rogers; Edit letter | 1.60 | 1.00/ $320.00 | 0.60/ $213.00 | 447.80 |
| 01/15/04 | HLL | Telephone call w/Dunford | 0.30 | | 0.30/ $213.00 | 63.90 |
| 01/20/04 | HLL | Letters to clients; Check new Standings | 0.40 | | 0.40/ $213.00 | 85.20 |
| 02/04/04 | HLL | Telephone call w/Carr; Letter to Hoch on the current class | 0.30 | | 0.30/ $213.00 | 63.90 |
| 02/05/04 | HLL | Telephone call w/Atty. Hoch re next Hiring class | 0.30 | | 0.30/ $213.00 | 63.90 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 02/23/04 | HLL | Telephone call w/Attorney General's Office | 0.30 | | 0.30/ $213.00 | 63.90 |
| 02/25/04 | HLL | Draft amended complaint to add new New plaintiffs and new claims | 1.40 | 1.40/ $320.00 | | 448.00 |
| 03/24/04 | HLL | Telephone call w.Clients | 0.30 | | 0.30/ $213.00 | 63.90 |
| 03/29/04 | HLL | Telephone call w/Rob Quinan re go Over issues in case | 0.50 | 0.50/ $320.00 | | 160.00 |
| 03/29/04 | HLL | Telephone call w/Stephen Cox; Telephone call w/Nadine Cohen; Telephone call w/Atty. Hoch | 0.40 | | 0.40/ $213.00 | 85.20 |
| 04/05/04 | HLL | Review City's answer; Go over and Checklist admitted facts | 0.50 | 0.50/ $320.00 | | 160.00 |
| 04/21/04 | HLL | Telephone call w/Clients; Draft letter On hiring; Work on pre-trial disclosures | 0.70 | 0.35/ $320.00 | 0.35/ $213.00 | 186.55 |
| 04/26/04 | HLL | Draft automatic disclosures; Draft Notices of deposition, letters to Opposing counsel; Work on retaining Expert witness Aitkin; Telephone calls To experts | 2.30 | 1.15/ $320.00 | 1.15/ $213.00 | 612.95 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 04/27/04 | HLL | Review states' answer | 0.30 | 0.30/ $320.00 | | 96.00 |
| 04/30/04 | HLL | Edit automatic disclosures; Telephone Call w/Clients; Go over final Interrogatories and requests for production of documents | 0.60 | 0.30/ $320.00 | 0.30/ $213.00 | 159.90 |
| 05/03/04 | HLL | Work on getting qualifications data For entry-level BPD to look at parity issue | 0.60 | 0.60/ $320.00 | | 192.00 |
| 05/04/04 | HLL | Prepare letter and documents for Expert re parity issue; Send exhibits to Aitkin | 1.30 | | 1.30/ $213.00 | 276.90 |
| 05/05/04 | HLL | Telephone call w/Robert Gallante | 0.30 | | 0.30/ $213.00 | 63.90 |
| 05/07/04 | HLL | Work on case; Conference w/LIR Re go over issues | 0.40 | | 0.40/ $213.00 | 85.20 |
| 05/10/04 | HLL | Conference call w/Aitken | 0.60 | | 0.60/ $213.00 | 128.70 |
| 05/11/04 | HLL | Telephone call w/Cox re go over hiring Process, go over motion for clarification | 0.40 | 0.40/ $320.00 | | 128.00 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 05/11/04 | HLL | Telephone call w/Clients re pending Issues | 0.40 | | 0.40/ $213.00 | 85.20 |
| 05/13/04 | HLL | Respond to and research on motion to Intervene and brief on Beecher case | 2.20 | 2.20/ $320.00 | | 704.00 |
| 05/14/04 | HLL | Draft brief in opposition to motion To stay; Research | 1.40 | 1.40/ $320.00 | | 448.00 |
| 05/18/04 | HLL | Telephone call w/Quinan; Edit Opposition to motion to stay | 0.40 | 0.20/ $320.00 | 0.20/ $213.00 | 106.60 |
| 05/19/04 | HLL | Telephone call w/Atty. Cox re Motion for stay | 0.20 | 0.20/ $320.00 | | 64.00 |
| 05/25/04 | HLL | Telephone call w/other attorneys in Case; Prepare for and go over drafts For scheduling statement | 1.00 | | 1.00/ $213.00 | 213.00 |
| 05/26/04 | HLL | Telephone call w/Aitken | 0.40 | | 0.40/ $213.00 | 42.60 |
| 05/26/04 | HLL | Telephone call w/Cohen; Work on Joint pre-trial statement draft | 0.60 | 0.30/ $320.00 | 0.30/ $213.00 | 159.90 |
| 05/27/04 | HLL | Review all prior Beecher consent Decrees | 0.80 | 0.80/ $320.00 | | 256.00 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|---|---|---|---|---|---|---|
| 06/02/04 | HLL | Prepare for and attend court Conference; Meet w/other attorneys; Research on current standing | 2.60 | 2.60/ $320.00 | | 832.00 |
| 06/09/04 | HLL | Review discovery responses, calculate percentages based on exhibits | 1.80 | 1.80/ $320.00 | | 576.00 |
| 06/10/04 | HLL | Work on case; do calculations based On new discovery data; Go over Discovery documents; Telephone Call w/Atty. Quinan | 1.40/ | 1.00/ $320.00 | 0.40/ $213.00 | 405.20 |
| 06/10/04 | AG | Review file to familiarize w/case and begin review of defendant's discovery | 0.80 | 0.40/ $250.00 | 0.40/ $167.00 | 166.80 |
| 06/11/4 | AG | Contact Rob Quinan, AAG | 0.10 | | 0.10/ $167.00 | 16.70 |
| 06/14/04 | AG | Contact w/opposing counsel re Information request; contact w/ expert Witness re affidavit | 0.40 | | 0.40/ $167.00 | 66.80 |
| 06/15/04 | AG | File review to familiarize with the case | 0.70 | | 0.70/ $167.00 | 116.90 |
| 06/16/04 | AG | File review and legal research to Familiarize with the case | 0.60 | | 0.60/ $167.00 | 100.20 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 06/18/04 | AG | Contact w/opposing counsel re Discovery | 0.10 | | 0.10/ $167.00 | 16.70 |
| 06/21/04 | HLL | Review deposition notices of plaintiffs; Work on protective order; Telephone Call w/Aitken | 0.60 | 0.40/ $320.00 | 0.20/ $213.00 | 170.60 |
| 06/21/04 | HLL | Prepare for deposition | 2.30 | 2.30/ $320.00 | | 736.00 |
| 06/21/04 | AG | Prepare for deposition; Contact w/expert; Begin motion for protective order re deposition of clients | 0.60 | 0.50/ $250.00 | 0.10/ $167.00 | 141.70 |
| 06/22/04 | HLL | Prepare for and take Callahan Deposition | 5.40 | 5.40/ $320.00 | | 1728.00 |
| 06/22/04 | AG | Prepare for deposition; Conduct Deposition; correspondence w/opposing Counsel | 3.50 | 3.50/ $250.00 | | 875.00 |
| 06/23/04 | HLL | Prepare for McNeely deposition; Do Statistical analysis of whether Plaintiffs would have been reached in 2002,2003,2004 | 2.20 | 2.20/ $320.00 | | 704.00 |
| 06/23/04 | AG | Prepare for depositions; Conduct Depositions; Draft protective order | 4.80 | 4.80/ $250.00 | | 1200.00 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 06/24/04 | AG | Prepare for deposition | 2.70 | 2.70/ $250.00 | | 675.00 |
| 06/25/04 | AG | Prepare for and conduct deposition | 6.70 | 6.70/ $250.00 | | 1675.00 |
| 06/28/04 | AG | Contact w/expert witness; Review Joint motion to substitute party and Contact w/opposing counsel | 0.20 | 0.10/ $250.00 | 0.10/ $167.00 | 41.70 |
| 06/29/04 | AG | Research and draft motion for protective Order and supporting memorandum | 4.00 | 4.00/ $250.00 | | 1000.00 |
| 06/30/04 | HLL | Work on protective order; Work on Motion for preliminary injunction | 0.70 | 0.70/ $320.00 | | 224.00 |
| 06/30/04 | AG | Continue draft motion for protective order together with affidavit and memorandum in support | 3.80 | 3.80/ $250.00 | | 950.00 |
| 07/01/04 | AG | Finish drafting motion for protective order together with affidavit and memorandum in support | 1.80 | 1.80/ $250.00 | | 450.00 |
| 07/02/04 | HLL | Work on statistics for P.I. brief Go over new documents produced by City | 1.00 | 1.00/ $320.00 | | 320.00 |

<u>DeLeo, et al. v. City of Boston</u>

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 07/02/04 | AG | Correspondence with opposing counsel On document production; Review docs And expert's affidavits | 1.80 | 1.20/ $250.00 | 0.60/ $167.00 | 400.20 |
| 07/06/04 | AG | Review documents and expert's affidavits | 6.20 | 6.20/ $250.00 | | 1550.00 |
| 07/07/04 | HLL | Work on P.I. brief | 1.40 | 1.40/ $320.00 | | 448.00 |
| 07/07/04 | AG | Contact w/opposing counsel (Quinan) re request for production | 0.10 | | 0.10/ $167.00 | 16.70 |
| 07/08/04 | AG | Work on preliminary injunction motion Contact w/expert witness | 2.20 | 1.70/ $250.00 | 0.50/ $167.00 | 508.50 |
| 07/09/04 | AG | Work on preliminary injunction motion Contact w/expert witness | 5.00 | 4.50/ $250.00 | 0.50/ $167.00 | 1208.50 |
| 07/10/04 | AG | Work on preliminary injunction motion And memorandum | 4.50 | 4.50/ $250.00 | | 1125.00 |
| 07/11/04 | AG | Work on preliminary injunction motion And memorandum | 5.10 | 5.10/ $250.00 | | 1275.00 |
| 07/12/04 | HLL | Work on statement of facts | 1.30 | 1.30/ $320.00 | | 416.00 |
| 07/12/04 | AG | Work on preliminary injunction motion And memorandum | 10.00 | 10.00/ $250.00 | | 2500.00 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 07/13/04 | AG | Work on preliminary injunction Motion and memorandum; Review Affidavit and contact w/expert witness | 10.70 | 10.20/ $250.00 | 0.50/ $167.00 | 2633.50 |
| 07/14/04 | HLL | Work on P.I. brief | 1.60 | 1.60/ $320.00 | | 512.00 |
| 07/14/04 | HLL | Work on brief edits | 2.10 | 2.10/ $320.00 | | 672.00 |
| 07/14/04 | AG | Work on preliminary injunction motion And memorandum; Review affidavit and contact w/ expert witness | 10.50 | 9.90/ $250.00 | 0.60/ $167.00 | 2575.20 |
| 07/15/04 | AG | Finish preliminary injunction motion And summary judgment and Memorandum | 6.00 | 6.00/ $250.00 | | 1500.00 |
| 07/16/04 | HLL | Review defendants' motions and briefs on consent decree | 0.50 | 0.50/ $320.00 | | 160.00 |
| 07/16/04 | AG | Review Intervenors' response to Protective order and defendants' filing Regarding their motion to clarify; Contact w/Client (Dunford) re timeframes | 3.00 | 2.80/ $250.00 | 0.20/ $167.00 | 733.40 |

<u>DeLeo, et al. v. City of Boston</u>

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|-------------------|----------------------|--------|
| 07/19/04 | AG | Review City's renewed motion to clarify Consent decree and Commonwealth's Full submission with attachments; Work On motion for leave to file response to City And Commonwealth's memoranda regarding motion to clarify Castro decree | 1.20 | 1.20/ $250.00 | | 300.00 |
| 07/20/04 | HLL | Work on narrowing discovery issues And depositions | 0.40 | 0.40/ $320.00 | | 128.00 |
| 07/20/04 | AG | Work on Motion for leave to Common-weath's memoranda re motion to clarify Castro decree and letter re protective orders | 3.80 | 3.80/ $250.00 | | 950.00 |
| 07/21/04 | AG | File motion and memo on reply to Clarification; Finalize and send letter To Intervenors re depositions | 0.20 | | 0.20/ $167.00 | 33.40 |
| 07/29/04 | AG | Review defendants'/intervenors' Motion for extension and legal Strategy for response; Notify court Of timeframe for submission of Opposition | 0.30 | 0.30/ $250.00 | | 75.00 |
| 07/30/04 | AG | Draft and file opposition to motion for extension; Review correspondence from Intervenors | 1.70 | 1.50/ $250.00 | 0.20/ $167.00 | 408.40 |

<u>DeLeo, et al. v. City of Boston</u>

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 08/02/04 | AG | Review Judge Saris's order granting Motion to quash and response to the Intervenors | 0.80 | 0.80/ $250.00 | | 200.00 |
| 08/04/04 | HLL | Review interrogatories | 0.40 | 0.40/ $320.00 | | 128.00 |
| 08/06/04 | HLL | Review NAACP's brief on interpreting consent decree and research to respond | 1.80 | 1.80/ $320.00 | | 576.00 |
| 08/06/04 | AG | Review intervenor's response to City's Clarification motion in Castro; Review I Interrogatories and begin preparing Response; Contact w/opposing counsel (Alperstien) re their discovery requests | 1.00 | 1.00/ $250.00 | | 250.00 |
| 08/10/04 | AG | Review interrogatories and response to opposing counsel; Meet w/Client (Carr) to answer interrogatories | 2.90 | 2.90/ $250.00 | | 725.00 |
| 08/11/04 | AG | Review Intervenors' response to Clarification motion and begin legal Research for reply brief; Contact w/expert witness (Aitken) | 3.90 | 3.40/ $250.00 | 0.50/ $167.00 | 933.50 |
| 08/12/04 | HLL | Work on discovery issue on Deposition Of Aitken | 0.40 | 0.40/ $320.00 | | 128.00 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 08/13/04 | AG | Research on depositions of expert Witnesses under federal and local Rules; Left message for expert Witness; Research on deposition of expert witnesses under federal and local rules | 3.80 | 3.70/ $250.00 | 0.10/ $167.00 | 941.70 |
| 08/16/04 | AG | Review confirming letter from opposing Counsel (Alperstein) re deposition of Expert; Met w/client (Conneely) re Interrogatories | 0.50 | 0.50/ $250.00 | | 125.00 |
| 08/18/04 | AG | Spoke w/clients (DeLeo and Barrett) to To get answers to interrogatories and Review documents; Review correspondence from Intervenors regarding notices of deposition of expert witness | 1.20 | 1.20/ $250.00 | | 300.00 |
| 08/19/04 | AG | Spoke w/clients (Dunford and Dever) to Get answers to interrogatories and Review documents | 1.30 | 1.30/ $250.00 | | 325.00 |
| 08/20/04 | AG | Spoke w/client (Rogers) to get answers to interrogatories and review documents; Review documents and interrogatory material to begin preparing responses; contact w/expert witness regarding supplemental affidavit | 5.00 | 4.50/ $250.00 | 0.50/ $167.00 | 1208.50 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 08/23/04 | AG | Prepare discovery responses; Contact w/expert witness regarding supplemental affidavit and scheduling deposition | 2.90 | 2.40/ $250.00 | 0.50/ $167.00 | 683.50 |
| 08/24/04 | AG | Coordinate w/expert witness and Opposing counsel (Alperstein) re Deposition; Complete and send responses To discovery; Receive and review impact Analysis report from Commmonwealth | 2.10 | 1.70/ $250.00 | 0.40/ $167.00 | 491.80 |
| 08/25/04 | AG | Contact w/expert witness; Meet w/client (Dever) re certification list issue | 0.90 | | 0.90/ $167.00 | 150.30 |
| 08/26/04 | AG | Review discovery issues; Contact w/expert witness | 0.40 | 0.20/ $250.00 | 0.20/ $167.00 | 83.40 |
| 08/30/04 | AG | Contact w/expert witness and opposing Counsel re deposition | 0.40 | | 0.40/ $167.00 | 66.80 |
| 08/31/04 | AG | Contact w/expert witness; Review Supplemental affidavit; Schedule Deposition | 1.30 | 0.30/ $250.00 | 1.00/ $167.00 | 242.00 |
| 09/01/04 | AG | Legal research in preparation for reply Brief; Contact w/expert witness about Draft supplemental affidavit | 2.80 | 2.30/ $250.00 | 0.50/ $167.00 | 658.50 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 09/03/04 | HLL | Telephone call w/Atty. Quinan; Review Brief of City and Affidavit of Expert; Begin work on reply | 1.20 | 1.00/ $320.00 | 0.20/ $213.00 | 362.60 |
| 7 09/03/04 | HLL | Review defendant's brief | 1.40 | 1.40/ $320.00 | | 448.00 |
| 09/04/04 | AG | Review opposing parties' briefs; Legal research and preparation for writing reply brief | 3.60 | 3.60/ $250.00 | | 900.00 |
| 09/05/04 | HLL | Work on reply brief | 1.90 | 1.90/ $320.00 | | 608.00 |
| 09/06/04 | AG | Review opposing parties' briefs'; Legal research and preparation for Writing reply brief | 7.20 | 7.20/ $250.00 | | 1800.00 |
| 09/07/04 | HLL | Research for reply brief | 1.30 | 1.30/ $320.00 | | 416.00 |
| 09/07/04 | AG | Legal research and writing reply brief | 4.30 | 4.30/ $250.00 | | 1075.00 |
| 09/08/04 | HLL | Work on reply brief; Research | 1.80 | 1.80/ $320.00 | | 576.00 |
| 09/08/04 | AG | Legal research and writing reply brief | 9.10 | 9.10/ $250.00 | | 2275.00 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 09/09/04 | HLL | Work on reply brief | 1.40 | 1.40/ $320.00 | | 448.00 |
| 09/09/04 | AG | Contact w/expert witness re Supplemental affidavit; Finish and File reply brief | 8.80 | 8.30/ $250.00 | 0.50/ $167.00 | 2158.50 |
| 09/13/04 | AG | Receive and review electronic filings | 0.70 | 0.70/ $250.00 | | 175.00 |
| 09/14/04 | HLL | Prepare for oral argument; Review Cases and briefs | 2.20 | 2.20/ $320.00 | | 704.00 |
| 09/14/04 | AG | Review electronic orders Received by the court and Correspondence from opposing counsel (Cox); Begin preparations for summary Judgment hearing on Friday | 1.00 | 0.80/ $250.00 | 0.20/ $167.00 | 233.40 |
| 09/15/04 | HLL | Prepare for oral argument | 1.60 | 1.60/ $320.00 | | 512.00 |
| 09/15/04 | AG | Review pleadings and cases in Preparation for summary judgment Hearing on Friday. | 2.10 | 2.10/ $250.00 | | 525.00 |
| 09/16/04 | AG | Review pleadings and cases in preparation for summary judgment hearing on Friday | 6.30 | 6.30/ $250.00 | | 1575.00 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 09/17/04 | HLL | Prepare for and attend Federal Court Hearing on DeLeo | 7.80 | 7.80/ $320.00 | | 2496.00 |
| 09/17/04 | AG | Prepare for and representation at At preliminary injunction/summary Judgment hearing | 9.50 | 9.50/ $250.00 | | 2375.00 |
| 09/19/04 | HLL | Work on post-hearing brief | 1.40 | 1.40/ $320.00 | | 448.00 |
| 09/20/04 | AG | Contact w/client (Dever) re last Friday's Hearing; Research remedial order in Quinn (as ordered by the Court); work On supplemental brief | 2.50 | 2.30/ $250.00 | 0.20/ $167.00 | 608.40 |
| 09/21/04 | HLL | Work on post-trial brief | 0.40 | 0.40/ $320.00 | | 128.00 |
| 09/21/04 | AG | Work on supplemental brief and exhibits Contact w/client (Conneely) re status After hearing last Friday | 2.20 | 2.00/ $250.00 | 0.20/ $167.00 | 533.40 |
| 09/22/04 | HLL | Finish post-hearing reply brief; add cites | 1.40 | 1.40/ $320.00 | | 448.00 |
| 09/23/04 | AG | Work on supplemental brief; Review Filings | 2.30 | 2.30/ $250.00 | | 575.00 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 09/24/04 | AG | Work on supplemental brief; Review Filings | 4.70 | 4.70/ $250.00 | | 1175.00 |
| 09/25/04 | AG | Review other parties' supplemental Filings | 0.50 | 0.50/ $250.00 | | 125.00 |
| 09/27/04 | HLL | Review other sides' post-hearing brief | 0.60 | 0.60/ $320.00 | | 192.00 |
| 09/27/04 | AG | Further review of filings; contact w/ Opposing counsel re correcting his brief (Quinan) | 0.60 | 0.60/ $250.00 | | 150.00 |
| 09/28/04 | HLL | Review supplemental filings and Analyze | 0.40 $320.00 | 0.40/ $213.00 | | 128.00 |
| 09/28/04 | AG | Review today's filings; Contact w/client (Carr) re new hiring class | 1.10 $250.00 | 1.10/ | | 275.00 |
| 10/04/04 | AG | Review intervenors' filing of today | 0.10 | 0.10/ $250.00 | | 25.00 |
| 10/05/04 | AG | Contact w/client (Carr) re new recruit Class that started yesterday | 0.20 | | 0.20/ $167.00 | 33.40 |
| 11/01/04 | AG | File review and preparation for Meeting w/client (Wightman) | 0.50 | | 0.50/ $167.00 | 83.50 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 11/08/04 | AG | Contact w/client (Carr) re status | 0.10 | | 0.10/ $167.00 | 16.70 |
| 11/22/04 | AG | Contact w/client (Conneely) re his EEOC right to sue letter | 0.10 | | 0.10/ $167.00 | 16.70 |
| 11/23/04 | AG | Review court decision and order from Court; Contact w/clients | 1.40 | 0.70 $250.00 | 0.70/ $167.00 | 291.90 |
| 11/24/04 | AG | Review decision and order from the Court; contact w/clients (Barrett, Carr); Begin work on remedy brief | 4.50 | 4.10/ $250.00 | 0.40/ $167.00 | 1091.80 |
| 11/25/04 | HLL | Review decision – go over issues on Remedy; Telephone call w/Clients | 1.40 | 0.70/ $320.00 | 0.70/ $213.00 | 373.10 |
| 11/26/04 | AG | Contact w/client (Carr) | 0.10 | | 0.10/ $167.00 | 16.70 |
| 11/29/04 | HLL | Work on and outline position in remedy - need for having; Research banding for Unreached plaintiffs | 1.20 | 1.20/ $320.00 | | 384.00 |
| 11/30/04 | HLL | Telephone call w/Cox re go over back Pay issues; Telephone calls to clients For information | 0.40 | | 0.40/ $213.00 | 85.20 |
| 12/01/04 | AG | Contact w/Client (Conneely) re judge's Decision | 0.20 | | 0.20/ $167.00 | 33.40 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|---|---|---|---|---|---|---|
| 12/02/04 | AG | File review, work on remedy brief; Prepare for meeting with defendants | 3.80 | 3.80/ $250.00 | | 950.00 |
| 12/03/04 | AG | File review; Work on remedy brief; Contact w/opposing counsel (Cox) | 1.70 | 1.30/ $250.00 | 0.40/ $167.00 | 391.80 |
| 12/03/04 | AG | Contact w/client (Wightman) re his Status in the action | 0.20 | | 0.20/ $167.00 | 33.40 |
| 12/06/04 | AG | Contact w/Client (Conneely) re info To be provided for remedy phase | 0.10 | | 0.10/ $167.00 | 16.70 |
| 12/07/04 | AG | Contact w/opposing counsel (Cox) re proposed joint motion on remedy | 1.20 | | 1.20/ $167.00 | 200.40 |
| 12/08/04 | AG | Research, write and file remedy Request w/Court | 6.70 | 6.70/ $250.00 | | 1675.00 |
| 12/09/04 | AG | Review court logs for filings on remedy | 0.20 | 0.20/ $250.00 | | 50.00 |
| 12/16/04 | AG | Review Intervenor's filing on remedy | 0.10 | 0.10/ $250.00 | | 25.00 |
| 12/17/04 | AG | Contact w/client (Wightman) to set up Office meeting and to discuss remedy In the action | 0.20 | | 0.20/ $167.00 | 33.40 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 12/22/04 | AG | Prepare for and meet w/client (Wightman) to take information Necessary for filing claim; Email Contact w/client re required documentation | 0.70 | 0.60/ $250.00 | 0.10/ $167.00 | 166.70 |
| 12/22/04 | AG | Contact w/client (Barrett) re filings and And status | 0.30 | | 0.30/ $167.00 | 50.10 |
| 01/04/05 | AG | Contact w/client (Wightman) to collect Last of information for supporting Affidavit | 0.20 | 0.20/ $250.00 | | 50.00 |
| 01/05/05 | AG | Review proposed stipulation and order And contact with opposing counsel (Quinan) re proposal | 1.00 | 1.00/ $250.00 | | 250.00 |
| 01/06/05 | AG | Contact w/opposing counsel (Quinan) Re release of information | 0.20 | | 0.20/ $167.00 | 33.40 |
| 01/07/05 | AG | Prepare for and attend status Conference | 2.50 | 2.50/ $250.00 | | 625.00 |
| 01/07/05 | HLL | Prepare for and attend federal court Hearing | 1.60 | 1.60/ $320.00 | | 512.00 |
| 01/10/05 | AG | Review court order; Contact w/clients (Dever, Carr, Conneely); Contact w/ Opposing counsel (Quinan, Cox) | 1.00 | 0.40/ $250.00 | 0.60/ $167.00 | 200.20 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 01/10/05 | AG | Contact w/opposing counsel (Cox) re Amending complaint' work on affidavit For Wightman | 2.30 | 1.15/ $250.00 | 1.15/ $167.00 | 479.55 |
| 01/10/05 | HLL | Telephone call w/Clients | 0.30 | | 0.30/ $167.00 | 50.10 |
| 01/11/05 | AG | Review filing of City of Boston | 0.10 | 0.10/ $250.00 | | 25.00 |
| 01/12/05 | AG | Contact w/opposing counsel (Quinan) re supplemental information To be provided and addition of ninth Plaintiff; Review newly provided information | 0.90 | 0.45/ $250.00 | 0.45/ $167.00 | 187.65 |
| 01/13/05 | AG | Further review of supplemental info Provided by Commonwealth | 0.40 | 0.40/ $250.00 | | 100.00 |
| 01/13/04 | AG | Client (Wightman) meeting to get affidavit signed and to discuss case status | 0.20 | | 0.20/ $167.00 | 33.40 |
| 01/14/05 | AG | Draft motion to add Wightman to case | 0.50 | 0.50/ $250.00 | | 125.00 |
| 01/18/05 | AG | Contact w/opposing counsel (Cox) re W-2's for the plaintiffs and information Regarding one of the plaintiffs | 0.20 | | 0.20/ $167.00 | 33.40 |

<u>DeLeo, et al. v. City of Boston</u>

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 01/19/05 | AG | Review court orders received this date; Contact w/clients (Rogers, DeLeo, Wightman) and opposing counsel (Cox) about providing W-2's for the City | 0.50 | 0.20/ $250.00 | 0.30/ $167.00 | 100.10 |
| 01/19/05 | AG | Work on motion to amend complaint (Wightman) | 0.20 | 0.20/ $250.00 | | 50.00 |
| 01/24/05 | AG | Contact w/opposing counsel (Cox) re Tax forms; contact w/client (Hogardt) | 0.30 | | 0.30/ $167.00 | 50.10 |
| 01/25/05 | AG | Contact w/opposing counsel (Cox) and Client (DeLeo); Prepare for Thursday's Status conference; Contact w/all clients Re settlement offer | 3.20 | 2.80/ $250.00 | 0.40/ $167.00 | 766.80 |
| 01/26/04 | AG | Review settlement offer; Legal strategy Session w/HLL; contact w/opposing Counsel (Cox); Draft motion to add Plaintiff and contact all parties re motion | 3.10 | 2.00/ $250.00 | 1.10/ $167.00 | 683.70 |
| 01/27/04 | AG | Contact w/opposing counsel (Cohen, Quinan) re adding plaintiff; Contact w/opposing counsel (Cox) re settlement agreement; Follow-up with all plaintiffs re Settlement agreement | 4.30 | | 4.30/ $167.00 | 718.10 |

DeLeo, et al. v. City of Boston

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|---|---|---|---|---|---|---|
| 01/28/05 | AG | Follow-up with plaintiffs (Dunford/ Hogardt) regarding settlement Agreement; Research on rules regarding Attorney's fees petitions per suggestion of Court. | 0.80 | 0.40/ $250.00 | 0.40/ $167.00 | 166.80 |
| 02/02/05 | AG | Contact with client (Rogers) regarding application problems. Contact with opposing counsel (Cox) regarding application problems and fee petition. Contact with opposing counsel (Quinan) regarding possible extension of time on fee petition. Prepared motion for extension of time. | 1.60 | 0.60/ $250.00 | 1.00/ $167.00 | 317.00 |
| 02/03/05 | AG | Contact with opposing counsel (Cox) and client (Rogers) regarding application issue. | 0.30 | | 0.30/ $167.00 | 50.10 |
| 02/14/05 | AG | Review of filings | 0.30 | 0.30/ $250.00 | | 75.00 |
| 02/16/05 | AG | Contact with opposing counsel (Cox) regarding fee petition. Legal research and review regarding attorney's fees. | 0.80 | 0.60/ $250.00 | 0.20/ $167.00 | 183.40 |
| 02/17/05 | AG | Contact with client (Dever) regarding background investigation. | 0.20 | | 0.20/ $167.00 | 33.40 |

<u>DeLeo, et al. v. City of Boston</u>

| Date | Atty. | Description | Total Hours | Core Hours/ Rate | Non-Core Hours/ Rate | Amount |
|------|-------|-------------|-------------|------------------|----------------------|--------|
| 02/18/05 | AG | Contact with opposing counsel (Cox) Re: fee petition | 0.20 | | 0.20/ $167.00 | 33.40 |
| 02/22/05 | AG | Research on fee petitions. Contact with opposing counsel (Cox). | 1.00 | 0.80/ $250.00 | 0.20/ $167.00 | 233.40 |
| 03/02/05 | AG | Research on fee petitions in the 1st Circuit. Review of billing and drafting Fee petition. | 6.20 | 3.00/ $250.00 | 3.20/ $167.00 | 1284.40 |
| 03/03/05 | AG | Research on fee petitions. Review of billing and drafting fee petition | 3.00 | 3.00/ $250.00 | | 750.00 |
| | AG | Estimated relating to monitoring and resolving continued compliance matters | 10.00 | | 10.00/ $167.00 | 1,670.00 |

Total Hours for HLL @ $320.00 = 80.90
Total Hours for HLL @ $213.00 = 13.30
Total Hours for AG @ $250.00 = 227.00
Total Hours for AG @ $167.00 = 41.90

Total Hours:
$92,468.20

DeLeo, et al. v. City of Boston

Expenses:

| | | |
|---|---|---|
| 12/17/03 | U.S. District Court – filing fee | 150.00 |
| 02/03/04 | Suffolk County Sheriff's Dept. – service of summons And complaint on Mayor of Boston | 42.00 |
| 02/06/04 | Suffolk County Sheriff – service of summons on Governor, Attorney General | 84.00 |
| 04/08/04 | Courier Charges – January and/or February 2004 | 42.95 |
| 06/22/04 | Esquire Deposition Services – deposition transcript of Edward Callahan | 516.85 |
| 06/25/04 | Esquire Deposition Services – deposition transcript of Sally Mc Neely | 506.80 |
| 06/25/04 | Bowne Business Solutions – photocopies | 29.34 |
| 06/30/04 | Courier Charges for March and/or April 2004 | 14.45 |
| 07/02/04 | FedEx to Atty. Selwin | 15.86 |
| 07/02/04 | FedEx to Stephen Cox | 15.86 |
| 07/02/04 | FedEx to Nadine Cohen | 15.86 |
| 07/02/04 | FedEx to Robert Quinan, Esq. | 15.86 |
| 07/15/04 | Bowne Business Solutions – photocopies, velo binding, | 1295.95 |

<u>DeLeo, et al. v. City of Boston</u>

Exhibit tabs

| 09/03/04 | FedEx to Norman Aitken | 20.52 |
| 09/04/04 | FedEx to Norman Aitken | 29.14 |
| 09/17/04 | Valerie O'Hara, Court Reporter – hearing transcript | 144.10 |
| 09/30/04 | Dr. Norman Aitken – expert fee | 1935.00 |
| 09/30/04 | Bowne Business Solutions – photocopies and exhibit tabs | 82.72 |
| 10/21/04 | Bowne Business Solutions – photocopies and exhibit tabs | 107.75 |

Total expenses:    $5,065.01

**Grand Total (hours and expenses):    $97,533.21**