UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12538-PBS

PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, BRIAN DUNFORD, and DONALD WIGHTMAN
    Plaintiffs,

v.

CITY OF BOSTON, Massachusetts, RUTH BRAMSON, in her capacity as Chief Human Resources Officer of the Commonwealth of Massachusetts; and the COMMONWEALTH OF MASSACHUSETTS,
    Defendants,

BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,
    Intervenors.

## DEFENDANT CITY OF BOSTON'S OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

NOW COMES Defendant City of Boston ("City") in the above-entitled action and hereby opposes the *Plaintiffs' Motion For Attorneys' Fees and Costs*. As grounds therefore, the City states that adjustments should be made to account for duplicative hours, hours attributable to the Commonwealth and Intervenors, unnecessary hours, anticipated fees, incorrect core/non-core distinctions, excessive hourly rates, adjustment of the Lodestar, and excludable costs.

2

In support of its opposition, the City submits the attached memorandum of law.

    Respectfully submitted,

    DEFENDANT CITY OF BOSTON
    Merita A. Hopkins
    Corporation Counsel, City of Boston
    By its attorney,

    S/Stephen G. Cox
    _____
    Stephen G. Cox, BBO# 566943
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, Boston City Hall
    Boston, MA  02201
    (617) 635-4064