UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, BRIAN DUNFORD, and DONALD WIGHTMAN <br>                 Plaintiffs <br><br> v. <br><br> CITY OF BOSTON, Massachusetts; RUTH BRAMSON, in her capacity as Chief Human Resources Officer of the Commonwealth of Massachusetts; and COMMONWEALTH OF MASSACHUSETTS, <br>                 Defendants, <br><br> BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS, <br>                 Intervenors. | Docket No. 03-12538-PBS |

PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT A
RESPONSE TO DEFENDANT CITY OF BOSTON'S OPPOSITION
TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

Pursuant to Local Rule 7.1(B)(3), the Plaintiffs, Paul DeLeo, Jr., Thomas Barrett, Michael Conneely, Matthew Hogardt, Brendan Dever, Patrick Rogers, Christopher Carr, Brian Dunford, and Donald Wightman, hereby move for leave to submit a reply brief together with supporting evidence in response to the Defendant City of Boston's Opposition to Plaintiffs' Motion for Attorneys' Fees and Costs.

1

In support of this Motion, the Plaintiffs state that, although their original filing was sufficient to support their request for fees, the filing was kept very brief in the interest of not expending unnecessary time briefing issues that may not be in dispute. However, Plaintiffs must now respond to the multitude of legal and evidentiary issues raised by the Defendant City in its opposition, the specifics of which the Plaintiffs could not have been fully aware until the City filed its opposition. The Plaintiffs further note that this Court has allowed and sanctioned such an approach to resolving motions for attorneys' fees. See e.g., Wennik v. PolyGram Group Distribution, Inc., 304 F.3d 123, 134 (1st Cir. 2002) (affirming this Court's decision to accept supplemental filings in response to the defendant's opposition to the original motion for attorneys' fees).

Because of the number of issues raised by the Defendant City in its twenty (20) page opposition, the Plaintiffs respectfully request ten (10) days to submit their supplemental filing.

                              Respectfully submitted,

                              PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, BRIAN DUNFORD, and DONALD WIGHTMAN

                              By their attorneys,

                              __s/Alfred Gordon_____
                              Harold L. Lichten, BBO #549689
                              Alfred Gordon, BBO #630456
                              Pyle, Rome, Lichten & Ehrenberg, P.C.
                              18 Tremont Street, Suite 500
                              Boston, MA 02108

Date:  March 17, 2005                        (617) 367-7200

3

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served on the attorneys of record for each party by first class mail on March 17, 2005.


                                                 __s/Alfred Gordon_____
                                                 Alfred Gordon

Case 1:03-cv-12538-PBS     Document 100     Filed 03/17/2005     Page 3 of 3