UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, et al., </br>                   Plaintiffs, </br> </br>v. </br> </br>CITY OF BOSTON, Massachusetts, et al., </br>                   Defendants, </br> </br>BOSTON BRANCH OF THE NATIONAL </br>ASSOCIATION FOR THE ADVANCEMENT </br>OF COLORED PEOPLE, et al. </br>                   Intervenors. | Docket No. 03-12538-PBS |

# AFFIDAVIT OF HARVEY A. SCHWARTZ

Now comes Harvey A. Schwartz, who states as follows subject to the pains and penalties of perjury.

1. I am an attorney admitted to the Massachusetts bar since 1978. I am also admitted to the bars of the United States District Court for the District of Massachusetts, the First Circuit Court of Appeals and the United States Supreme Court. I have been in private practice since 1978, except for a three-year period from 1979-1982 when I was an assistant attorney general.

2. My practice is predominantly representing plaintiffs in civil rights and employment discrimination litigation in the state and federal courts. I have been lead attorney in more than a hundred such cases.

3. I frequently seek and am awarded attorneys fees in employment discrimination and civil rights cases. In preparing these motions for fee

1

awards, I am conversant with the rates charged in Massachusetts by attorneys in civil rights litigation. In addition, my clients or I have received billing records for legal fees paid by public entities for their representation in civil rights litigation, through requests filed pursuant to the Massachusetts Public Records act. As a result, I am familiar with the legal fees paid, and the hourly rates charged, to public entities for defense representation in civil rights litigation.

4. I have known Harold Lichten for many years and am familiar with his legal acumen, experience, skills and reputation. Attorney Lichten is among the premier civil rights litigators in Massachusetts.

5. The reasonable market billing rate for an attorney with Mr. Lichten's experience, skill and reputation in Boston for representation in civil rights litigation would exceed $400 per hour. For example, I recently reviewed bills submitted to the Massachusetts Bay Transportation Authority by its attorneys in a civil rights lawsuit in which I represented the plaintiff. The MBTA was billed by its counsel, who had experience comparable to Mr. Lichten, in excess of $400 per hour.

6. My standard hourly billing rate for private clients is $350 per hour. I recently filed a motion for an award of attorneys' fees in a civil rights

action in the federal court in Massachusetts seeking compensation at that hourly rate.

7. I understand that Mr. Lichten is seeking compensation at the rate of $325 per hour in the present action. I believe that this hourly rate is on the low side of reasonable market hourly rates for an attorney with Mr. Lichten's experience. In fact, I believe that many Boston law firms charge that rate for senior associates. I have been awarded legal fees in a civil rights case in the federal court at an hourly rate higher than that amount.

8. Finally, I am aware of no Boston lawyer or law firm that charges different hourly rates for core and non-core work. Dividing work performed by a single attorney into different hourly rates, based on the nature of the work, does not reflect the reasonable market for legal work in the Boston area.

I have read the above and state, subject to the pains and penalties of perjury, that it is true and accurate.

/s/ Harvey A. Schwartz
Harvey A. Schwartz, BBO. # 448080
RODGERS, POWERS & SCHWARTZ
18 Tremont Street
Boston, MA 02108
(617) 742-7010

Date: March 25, 2005