UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, BRIAN DUNFORD, and DONALD WIGHTMAN,<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON, Massachusetts; RUTH BRAMSON, her capacity as Chief Human Resources Officer of the Commonwealth of Massachusetts; and COMMONWEALTH OF MASSACHUSETTS,<br>　　　　　　　　Defendants,<br><br>BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,<br>　　　　　　　　Intervenors. | Docket No. 03-12538-PBS |

**AFFIDAVIT OF STEPHEN YOUNG**

I, Stephen Young, being first duly sworn, depose and state as follows:

1.　I was admitted to the State Bar of California in 2000, and I took the February 2005 bar examination for admission to practice in the Commonwealth of Massachusetts. I am a graduate of the University of British Columbia (1997) and Harvard Law School (2000).

2.　I am a contract attorney working for the law firm of Pyle, Rome, Lichten, Ehrenberg & Liss Riordan, P.C. Since graduation from law school, I have worked in

1

business litigation, including employment law, for about 1.5 years and in transactional law for eight months. I also worked for two years as an editor for an international animal-protection nonprofit organization.

3. Immediately following law school, from November 2000 through June 2001, I worked as an associate in the Corporate Transactions department of the Palo Alto, Calif., office of Cooley Godward LLP, where I assisted in negotiating venture capital funding agreements and in drafting the associated documents. After that, I worked in the Los Angeles, Calif., office of Quinn Emanuel LLP, a business litigation firm, from June 2001 through September 2002. In that position, I performed a great deal of research and writing in a variety of litigation matters, including employment litigation.

4. Prior to associating with Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, from November 2002 through September 2004, I worked as an editor for People for the Ethical Treatment of Animals. In that capacity, I proofread, edited, rewrote, and fact-checked letters, legal documents, news releases, website materials, pamphlets, and various other written materials.

5. I assisted attorney Alfred Gordon with research and writing in the preparation of a reply to Defendant City of Boston's Opposition to Plaintiffs' Motion for Attorneys' Fees and Costs. I became involved in the case in March 2005, and my research skills and ability to write quickly and clearly were helpful in enabling Plaintiffs to prepare a comprehensive reply to the City's Opposition.

8. Exhibits A and B contain a true and accurate representation of my billing records for this case.

9.     I believe that the $185 hourly rate requested for me in this case is commensurate with that paid to other attorneys of my experience and knowledge for litigation in employment and labor matters.  Because of my expertise in legal research and writing, I was able to perform the necessary work in an efficient manner.

Subscribed and sworn under the pains and penalties of perjury this ___25th___ day of March, 2005.

       ___s/Stephen Young_____
       Stephen Young