# BOWNE

## INVOICE

| | |
|---|---|
| Invoice: | I-04070981 |
| Invoice Date: | 07/14/2004 |
| Page: | 1/1 |

Remit Payment to: 
Bowne Business Solutions
P.O. Box 95566
Chicago IL 60694-5566

| | |
|---|---|
| Customer No: | PYL-01227 |
| Payment Terms: | Net 30 |
| Due Date: | 08/13/2004 |

AUG C 2 2004

**Bill To:**
Pyle, Rome & Lichten PC
Cindy Nile
18 Tremont Street
Suite 500
Boston MA 02108

**Ship To:**
Pyle, Rome & Lichten PC
18 Tremont Street
Suite 500
Boston MA 02108

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| BW Copies - BBS Equipt | 7,896 | CLK | 0.095 | 750.12 |
| Tabs | 602 | EA | 0.25 | 150.50 |
| Bind Velo - BBS Equipt REF# DELEO | 14 | EA | 3.50 | 49.00 |
| | | | Subtotal: | 949.62 |
| | | MA | 5.000 % | 47.49 |
| | | | **AMOUNT DUE:** | **$ 997.11** |



POSTED

We Now Accept - VISA, MC and AMEX.

If payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.