UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Paul Deleo, et al
        Plaintiffs,                  CIVIL ACTION
                                          NO.  01-12538-PBS
    v.

City of Boston, et al
        Defendants.

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                       March 17, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion for Attorney's Fees and Costs on **May 2, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                              By the Court,

                                                                            _/s/ Robert C. Alba_
                                                                            Deputy Clerk

Copies to:  All Counsel