UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12538-PBS

PAUL DELEO, JR., THOMAS BARRETT, MICHAEL CONNEELY, MATTHEW HOGARDT, BRENDAN DEVER, PATRICK ROGERS, CHRISTOPHER CARR, and BRIAN DUNFORD, DONALD WIGHTMAN,
    Plaintiffs,

v.

CITY OF BOSTON, Massachusetts, RUTH BRAMSON, in her capacity as Chief Human Resources Officer of the Commonwealth of Massachusetts; and the COMMONWEALTH OF MASSACHUSETTS,
    Defendants,

BOSTON BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,
    Intervenors.

## JOINT MOTION TO STAY

The Plaintiffs, City of Boston, and Commonwealth Defendants (hereinafter "parties") hereby jointly move that the Court stay proceedings in the above-captioned case. As reasons, the parties state that on March 3, 2005, Plaintiffs filed a *Motion for Attorney Fees and Costs and For Entry of Final Judgment*, which was subsequently opposed by the Defendants. Following a hearing on May 2, 2005, the parties reached a settlement agreement on the matter of fees, and have subsequently been endeavoring in good faith to complete the process and finalize the documents that will result in entry of final judgment. The parties believe an additional thirty days will permit the completion of this process.

**WHEREFORE,** the parties request that this Court STAY proceedings in the above-captioned case for a period of thirty (30) days.

| DEFENDANT CITY OF BOSTON | PLAINTIFFS PAUL DELEO, JR. et al. |
|---|---|
| Merita A. Hopkins | By their attorneys, |
| Corporation Counsel, City of Boston | |
| By their attorney, | |
| | |
| S/ Stephen G. Cox | S/ Alfred Gordon |
| _____ | _____ |
| Stephen G. Cox, BBO# 566943 | Harold L. Lichten, BBO#549689 |
| Assistant Corporation Counsel | Alfred Gordon, BBO#630456 |
| City of Boston Law Department | Pyle, Rome, Lichten & Ehrenberg, P.C. |
| Room 615, Boston City Hall | 18 Tremont Street, Suite 500 |
| Boston, Massachusetts 02201 | Boston, MA  02108 |
| (617) 635-4064 | (617) 367-7200 |

RUTH BRAMSON, in her capacity as
Chief Human Resources Officer of the
Commonwealth of Massachusetts, and the
COMMONWEALTH OF
MASSACHUSETTS
By their attorney,


S/ Victoria S. Cole
_____
Victoria S. Cole, BBO#654996
Office of the Attorney General
Government Bureau/Admin Law
1 Ashburton Place, Rm 2019
Boston MA 02108
(617) 727-2200, ext. 2083