UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL DELEO, JR., *et al.*,

                Plaintiffs,

      v.

CITY OF BOSTON, *et al.*,

                Defendants.

CIVIL ACTION
NO. 03-12538-PBS

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as co-counsel (along with Assistant Attorney General Robert L. Quinan, Jr.) for the Commonwealth defendants.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

    s/Juliana deHaan Rice
Juliana deHaan Rice, BBO # 564918
Assistant Attorney General
Government Bureau, Rm. 2019
One Ashburton Place
Boston, MA 02108-1698
(617) 727-2200, ext. 2062

Dated: June 16, 2005