UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BOSTON, *et al.*, <br><br> Defendants. | CIVIL ACTION <br> NO. 03-12538-PBS |

### WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Victoria S. Cole, Assistant Attorney General, as counsel for the Commonwealth of Massachusetts and Ruth Bramson, in her Official Capacity as Chief Human Resources Officer of the Commonwealth of Massachusetts.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Victoria S. Cole
Victoria S. Cole, BBO # 654996
Assistant Attorney General
Government Bureau, Rm. 2019
One Ashburton Place
Boston, MA 02108-1698
(617) 727-2200, ext. 2083

Dated: June 16, 2005

### Certificate of Service

I hereby certify that on June 16, 2005, I served this Withdrawal of Appearance on counsel for all other parties by filing it electronically and, where necessary, by mailing it by first-class U.S. mail, postage prepaid.

/s/ Victoria S. Cole
Victoria S. Cole