UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DELEO, JR., et al., )<br>               Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF BOSTON, et al., )<br>               Defendants, )<br>)<br>BOSTON BRANCH OF THE NATIONAL )<br>ASSOCIATION FOR THE ADVANCEMENT )<br>OF COLORED PEOPLE, et al., )<br>               Intervenors. )<br>) | Docket No. 03-12538-PBS |

SATISFACTION OF JUDGMENT

Now on this 19th day of September, 2005, the Plaintiffs hereby acknowledge receipt and satisfaction of all sums owing to Plaintiffs after judgment being found in favor of Plaintiffs. Plaintiffs move the Court for an order showing satisfaction of the judgment rendered herein.

                                      Respectfully submitted,

                                      PAUL DELEO, JR., et al.,

                                      By their attorneys,

                                      _____s/Alfred Gordon_____
                                      Harold L. Lichten, BBO #549689
                                      Alfred Gordon, BBO #630456
                                      Pyle, Rome, Lichten, Ehrenberg &
                                           Liss-Riordan, P.C.
                                      18 Tremont Street, Suite 500
                                      Boston, MA 02108
                                      (617) 367-7200

## CERTIFICATE OF SERVICE

  I hereby certify that, in addition to being electronically filed, a true copy of the above document was served on the attorneys of record for each party by __U.S. Mail__ on ___September 19, 2005__ .         (method)

  (date)

           ___s/Alfred Gordon___
           Alfred Gordon