UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL DELEO, JR | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-12538-PBS |
| | ) | |
| CITY OF BOSTON, ET AL | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as counsel on behalf of the City defendants:  City of Boston.

        Respectfully submitted,
        CITY OF BOSTON

        By their attorney:

        /s/ Susan M. Weise
        _____
        Susan M. Weise
        First Assistant Corporation Counsel
        For Litigation
        BBO#545455
        City of Boston Law Department
        Room 615, City Hall
        Boston, MA  02201
        (617)635-4040

CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of this document was served upon counsel of record via electronic filing.

1/20/06        /s/ Susan M. Weise
_____        _____
Date        Susan M. Weise