UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12538-PBS

PAUL DELEO, et al.
    Plaintiffs,

v.

CITY OF BOSTON, et al.

    Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please withdraw the appearance of Attorney Stephen G. Cox as attorney for the Defendant City of Boston.  Successor Counsel is filing an appearance herewith.

    Respectfully submitted,

    DEFENDANT CITY OF BOSTON
    Merita A. Hopkins
    Corporation Counsel, City of Boston
    By its attorneys,

    S/Stephen G. Cox
    _____
    Stephen G. Cox,  BBO# 566943
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, Boston City Hall
    Boston, Massachusetts 02201
    (617) 635-4064