# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Paul Deleo
                        Plaintiff

                V.

City of Boston, et al          .
                        Defendant

CIVIL ACTION

NO.   03-12538-NG

## SETTLEMENT ORDER OF DISMISSAL

Saris,  D. J.

        The Court having been advised that the above-entitled action has been settled, see

satisfaction of judgment dkt [109] for further details.

        IT IS ORDERED that this action is hereby dismissed.

                                                By the Court,

   4/28/11                                    /s/ Maryellen Molloy

        Date                                   Deputy Clerk

(SARIS Dismissal Settlement DELEO  4-2011.wpd - 12/98)

[stlmtodism.]